**UNITED STATES DISTRICT COURT**
**IN THE NORTHERN DISTRICT OF GEORGIA**
**(SOUTHERN DIVISION)**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 3 2018

JAMES N. HATTEN, Clerk

By:

Deputy Clerk

S. Brannon

**JEROME ALMON,**
**PLAINTIFF,**

**Case No.**

**V.**

Hon.

**3 : 1 8 - C V - 0 0 9 2**

**New York Times, The Southern Poverty Law Center, CNN, The Hill, The Washington Post, The ABA Journal, Market Watch, CBS News, Fortune, US News, NY Mag, Daily Mail, The Express, The Root, The Slate, The Huffington Post, Courthouse News, ABC News, The Walt Disney Company, The Law.com, NY Daily News, VICE, Bustle, The Week, Politico, AOL.com, The Washington Examiner, Salon.com, The Daily Beast, Mother Jones, Wonkette, Carbonated TV, Lawandcrime.com, Raw Story, MSNBC, DailyKos, Talking Points Memo, Cincinatti.com, Heavy.com, David E. McCraw,Michael S. Schmidt, Matt Apuzzo, , Sophie Tatum, Bill Morlin,Carol D. Leonnig, Amy Brittain, Aaron C. Davis, Rebecca Shabad, Yahoo Inc., US News And World Report, The Daily Dot, Elura Nanos, People's World, LawAndCrime.com, et al,**

**DEFENDANTS.**

_____/

**Jerome Almon**
*In Pro Per*

_____/

**COMPLAINT AND JURY DEMAND**

NOW COMES Plaintiff and for his complaint states as follows:

**INTRODUCTION**

1.  The lawsuit seeks to redress the blatant defamation and libel committed by the defendants

    in a coordinated and malicious attack on the plaintiff.

2. Evidence supported by emails from and to the defendants, clearly demonstrate that the defendants knew their articles concerning the Plaintiff and President Donald J. Trump were false and designed to cause maximum damage to the reputation and earnings of the Plaintiff.

3. All defendants were in possession of Plaintiff's complete and verified bio and background.

4. Defendants have previously written articles on Plaintiff, and the subjects falsely addressed in their articles.

5. The Defendant The Southern Poverty Law Center and NY Times have previously corresponded with the Plaintiff regarding and south the Plaintiff's assistance concerning legal and race related issues.

## JURISDICTION AND VENUE

6. The proprer Jurisdiction of the Court is founded on the fact that the Plaintiff was a resident of the State of Georgia, in Carroll County at the time the libelous and defamatory articles were published.

## PARTIES

7. The Plaintiff is a resident and citizen of the United States of America.

8. The Defendants are citizens of the United States of America and/or are incorporated in the

The United States of America.

## FACTUAL ALLEGATIONS

9. On or about 16 August 2017 Defendants knowingly and with extreme malice, in a coordinated and conspiratorial manner defamed and committed libel against the Plaintiff in articles concerning the Plaintiff, President Donald J. Trump, and the violent incidents in Charlottesville, Virginia.

10. Defendants repeatedly and falsely accused the Plaintiff of being a conspiracy theorist, although the defendants were in possession absolute evidence proving this allegation and assertion to be irrefutably and knowingly false.

11. Defendants were aware that their defamatory and libelous articles would lead to the Plaintiff's warnings concerning school shootings and terrorism to law enforcement and intelligence agencies being doubted and necessary action being delayed that would end in a severe loss of life among civilians and law enforcement.

12. Plaintiff cites the 1 October 2017 mass shooting and terrorist attack on the Route 91 Harvest Music Festival in Las Vegas, Nevada as evidence of the severe danger and damaged caused by the false articles. Plaintiff had repeatedly warned of the imminent attack, and has been contact and/or questioned by the FBI, foreign intelligence services, law enforcement entities, and Foreign Ministers.

13. The Plaintiff cites the fact that Canadian Prime Minister Justin Trudeau contacted then President Barack Obama concerning the Las Vegas, Nevada festival attack warning as evidenced by a voicemail from the FBI conccerning the imminent attack.

14. Plaintff cites an email from NY Times Vice President and assistant general counsel David E. McCraw on Wednesday, July 27, 2016 8:16 am stating, "Jerome, Got it. Thanks. I or someone else from The Times will be in touch" as evidence of the Defendant being fully aware of the extremely false, defamatory, and libelous nature of the Defendants article. The Defendant NY Times has been forced to issue numerous retractions and apolgies regardin false and defamatory articles of the nature of the libelous article published on the Plaintiff. The false articles include the conspiracy theory repeatedly promoted by the Defendant that former President of Iraq, Saadam Hussein was concealing massive amounts of weapons of mass destruction. The Defendants false articles were instrumental in leading the United States of America into the second Iraq War, costing tens of thousands of injuries and deaths to American military members, and costing the country trillions of dollars. The Defendant has now admitted to its articles on the subject to be knowingly false.

15. Plaintiff cites the Defendant NY Times repeated contact with the Plaintiff via email on or about 27 July 2016 and actions taken by the Defendant concerning a threatened civil complaint by the National Football League and the league's commissioner Roger Goodell as further and absolute evidence that the Defendant was fully aware of the libelous nature of their article and the danger posed to the Plaintiff and civilians.

16. Defendant The Southern Poverty Law Center has recently settled a mirror case for over $3 million in which the outlet wrote false and defamatory article on Maajiid Nawaz.

17. Plaintiff cites evidence consisting of emails, voicemails, taped phone calls, and articles written by the Defendants, the FBI, Judge Sheri Pym of the United States District Court, Central District of California, Apple Inc., the NYPD anti-terrorism unit, European Union Foreign Ministers and diplomats, two Canadian Prime Ministers, several Canadian Cabinet Ministers, former Secretary of State Condoleezza Rice, former US Senator Carl Levin, Senator Debbie Stabenow, the Department of Homeland Security, Sheriff Jerry Demings,

Las Vegas Mayor Carol Goodman, Las Vegas Sheriff Joseph Lombardo, House Intelligence Chairman Devin Nunes, the Australian Courts, the European Union anti-trust unit Nicholas Banasevic, European Union diplomat Dr. Mitja Zagar, several foreign intelligence agencies, President Donald J. Tump, etc. that provide irrefutable evidence of the truthfulness and factual nature of the Plaintiff's complaint against the Defendants.

## COUNT ONE

18. Freedom from the endless spread of the false article on the internet. The Plaintiff seeks relief with a full retraction of the article cited.

## COUNT TWO

19. The Plaintiff seeks monetary damages equivalent to $1 million US dollars for every victim killed or wounded in the four major terrorist attacks and or mass shootings, bombings, and vehicle attacks that the Plaintiff warned of, in which his warnings were not heeded. These three attacks are the 1 October 2017 mass shooting at the Route 91 Harvest Festival in Las Vegas, Nevada, the 23 April 2018 Toronto van attack, the 14 February 2018 Parkland school shooting, and the 2 March-20 March 2018 Austin bombings.

## JURY DEMAND

Plaintiff hereby requests a trial by jury for all triable issues.

Respectfully Submitted,

Jerome Almon, *In Pro Per*

113 South Dogwood Street

Villa Rica, Georgia 30180

(305) 725 2271

Dated: August 11, 2018

Print | Close Window

**Subject:** RE: PERSONAL AND CONFIDENTIAL FOR REVIEW BY MAYOR GOODMAN RE: TERRORISM THREAT
  **From:** "Carolyn G. Goodman" <cgoodman@LasVegasNevada.GOV>
  **Date:** Mon, Apr 11, 2016 2:30 pm
  **To:** "act@preactdontreact.com" <act@preactdontreact.com>
  **Cc:** Carolyn Levering <clevering@LasVegasNevada.GOV>, Ted Olivas <tolivas@LasVegasNevada.GOV>
**Attach:** image001.jpg

Mr. Almon, thank you for sharing your concerns about terrorism and its potential impact to the Las Vegas area. I have recently expressed my own concerns directly with Secretary Johns Security. As a city, we invest in many resources to ensure the safety of the community and the visitors we serve. As you know, we cannot prevent every possible act of violence or terror communication, cooperation and coordination with our local government agencies, the private sector and our state and federal partners to be prepared to achieve our 5 mission areas: recover from terror attack.

I am forwarding your concerns to our Joint Terrorism Task Force and the Southern Nevada Counter Terrorism Center for further investigation. If you have knowledge of *specific planned and times of planned attack*, please file a SAR (Suspicious Activity Report) as soon as possible with our Counter Terrorism Center. This report may be sent anonymously if so desired."



**CAROLYN G. GOODMAN, MAYOR**
Las Vegas City Hall
495 S. Main Street
Las Vegas, NV 89101

(702)229-6241

*City Hall is closed on Fridays*

**From:** act@preactdontreact.com [mailto:act@preactdontreact.com]
**Sent:** Friday, April 08, 2016 3:15 PM
**To:** Carolyn G. Goodman
**Subject:** PERSONAL AND CONFIDENTIAL FOR REVIEW BY MAYOR GOODMAN RE: TERRORISM THREAT

The Honorable Mayor Carolyn Goodman:

I am contacting you concerning the information on terrorism below. Due to 2 incidents in Las Vegas and my familiarity with terrorism, I sent the email below to a have since contacted other commanders, corporate, and a Las Vegas politician with my concerns. Unfortunately, the response was as inadequate as the response well known individuals experienced when warning top DC officials about 9/11. This is why I and others are so reluctant to contact authorities concerning the issue to contact the Las Vegas commander with my original warning (due to what I witnessed in Las Vegas). If it were not for the fact so many EU, Australian, Chinese, know visit Las Vegas I would just ignore the situation and let it happen and then say I told you so to the media. (I am also covering myself by having proof that I responsible for public safety in Las Vegas, the US, and abroad.) I assure the situation is far worse than you know, and I would not underestimate it or the ruthless already picked out their targets and made their decision to carry out their missions no matter what. They will have to be physically stopped by and aggressive and competent and aggressive law enforcement/intelligence officers.

Due to the seriousness of the situation, my ties to the EU, Australia, and other countries, I have warned Ministers that I have had previous contact with and others travel warning to their citizens. I have not mentioned the city of concern, however as of next week I may have to. I do not want to get involved in the situation a experts are fed up with the incompetence and politicizing of terrorism that has led to the disastrous attacks from 9/11, Paris, San Bernardino, and now Brussels. ( Bush terrorism expert Richard Clark, former CIA agent/CNN consultant Bob Baer, and former Bin Laden desk Chief Michael Scheuer.) We have all reached this poi correct in our forecasts and strategies for addressing terrorist threats, and the individuals and entities that were listened to being dead wrong each and every time forecasting terrorist trends and events to be irrefutably accurate, and an audit of the *"experts"* to be irrefutably inaccurate.

The individuals are sought after to address terrorism in the US by the government and media are not actually experts-are you aware of that? If you are count terrorism officials to save Las Vegas-I would stock up on body bags, you're going to need them.

Those responsible for anti-terrorism measures in Las Vegas and the US as a whole have no idea what they are up against, nor do they have a clue as to how to ne ISIS/Al Qaeda continue to beat them to the punch.

**EXAMPLES:**
-The only people that did not know that Ms. Prouty a terrorist mole were the Directors of the FBI and CIA (literally) that fought over her and gave her the highest . has https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html
http://www.cbsnews.com/news/the-case-against-nada-prouty-26-03-2010/. There are a lot more Nada Prouty's in the US committing the same act. Ms. Prouty p be vetted, there are many just like her in the US that have US passports, driver's licenses, and they are in no way who the government thinks they are right down documents.

-This terrorist pioneer lived 2 miles down the road from me http://articles.chicagotribune.com/1985-06-19/news/8502090070_1_lebanon-david-berry-nabih-berri

I grew up here and know or have met all of the people connected to this issue and I assure you the situation is far worse than is suspected by authorities. I have individuals responsible for stopping these terrorists, and trust me-the terrorists are far ahead of the opposition.

http://www.mlive.com/news/detroit/index.ssf/2014/08/report_more_residents_in_dearb.html

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=plane+terrorism+dearborn+

**LAS VEGAS CONNECTION**
http://www.wxyz.com/news/local-news/investigations/happys-pizza-headquarters-raided-by-irs-criminal-division-dea ( Las Vegas has a franchise and a lot more c than you likely are aware of. It is a case of this https://www.youtube.com/watch?v=Jc2HSGyos6g)

I have talked with the founders of this business several times and this case was strictly about terrorist funding as in this case http://www.mlive.com/lansing-news/index.ssf/2011/12/report_several_southeast_michi.html.

In closing, my original warning should have been ran to ground, the fact that it wasn't is proof of just how off and far behind Las Vegas is in addressing Paris and every Minister from every foreign country I contacted responded with a phone call or/and email seeking further information because they now *"get it".*) To be direct the US have their heads in the sands regarding the issue of terrorism and must change their strategy and tactics while they still have a chance to do so. With Las terrorist vulnerabilities of any major city, Las Vegas should be much more precise and aggressive in avoiding such an attack (which is possible). An attack in the r would dwarf the Paris body count by a minimum of X5, however it will be worse. The intelligence, physical security, and counter measures of Las Vegas are an invi terrorist know all of the cities vulnerabilities as well as I do.

No casino pit boss, dealer, etc. could have the record of the anti-terrorism leadership and still be employed in Las Vegas, it is the equivalent to them *"losing"* track for a year and the casino owners and Gaming Control Board accepting any explanation he came up with as legitimate. This would never happen. The see somethin work as Brussels, Paris, and San Bernardino prove with the number of people that knew and didn't talk for various reasons. The #1 reason is that people simply ha taking proper action. Examine my experience with the issue, each time I am putting my life and business life in danger by even contacting authorities in Las Vegas much as responded or asked me how and why I reached the conclusions I have reached. This is a mirror of the warning by James Woods cited below regarding 9/ have been ended right then and there. The mindset of law enforcement/political leadership on the municipal level must change, at the end of the day the battle an politics-local.

As you know the odds always catch up, and luck runs out. Vegas' luck is about to run out in the worst of ways. If you would like the scenario I war gamed, I will f

Thank you and good luck-

Sincerely,
Jerome Almon
305 725 2271

**EMAIL TO LV COMMANDER**
-------- Original Message --------
Subject: INFORMATION ON SAFETY ISSUES-LAS VEGAS
From: <info@thecountermedia.com>
Date: Sat, May 17, 2014 1:02 pm
To: ted@tedmoody.com

Sheriff Moody:

Thank you for you response and time regarding the issues below:

**1)THE TERRORISM ISSUE:**

As you are certainly aware of, Al Qaeda has Las Vegas as one of its top 5 main targets, specifically the Strip. I am certain that the area has been scouted and targ experience in the area and my observations of individuals and groups while in Las Vegas. They will hit what is most familiar with them, and Las Vegas is very fami mastermind behind 911 graduated from the University of North Carolina http://edition.cnn.com/2002/US/South/12/19/al.qaeda.aggie/ .

ACTIONS THAT WILL BE TAKEN BY TERRORIST:

A) http://newyork.cbslocal.com/2014/03/19/al-qaeda-magazine-calls-for-car-bombings-in-u-s-new-york

B) http://www.cnn.com/2013/09/18/world/asia/mumbai-terror-attacks/

RECOMMENDED COUNTER MEASURES:

A) Special response teams will not get to the site in time, and must be in place PRIOR to any incident in the immediate area.
B) *CONTAIN AND KILL*-officers must be prepared to neutralize the terrorist at the point of attack, i.e. the attacker cannot be allowed out of the building, off the blo where they attacked (Las Vegas Blvd is a perfect kill zone for a terrorist due to its geography, such as the inability to cross the Strip in certain areas combined with Point blank, these are the same individuals and groups that Delta Force, Navy SEALS, Army Rangers, Airforce Commandos, and Marine RECON/special forces faced Afghanistan-they are not to be under estimated. (Essentially they are Islamic special forces.) They are going to attack sooner than later.
C) Las Vegas should have its own anti-terrorism unit on the level of the NYPD's anti-terrorism unit, NYC learned its lesson the hard way 911-YOU CANNOT DEPENE GOVERNMENT TO PROTECT YOUR CITY. As you will see in the information from the Canadian CIA (CSIS) and the response to that information from both that unit authorities are grossly out of touch with reality regarding terrorism.
- http://www.cbsnews.com/news/the-case-against-nada-prouty-26-03-2010/
- http://www.nydailynews.com/news/world/fbi-appalled-cia-veterans-defense-agent-nada-nadim-prouty-lies-article-1.258534
- http://pamelageller.com/2007/12/hezbo-mole-crac.html/
I assure you this is not close to the worst.
I am well versed in this area as you will see due to my studies/duties as a university guest lecturer, and personal experiences however most of my experience is f joined the US Army, several individuals that I attended college with left college and joined our enemy and did fight against the US in numerous war zones around supported by groups in America, and know the country as well as you and I do.

**TSA NOT TO BE DEPENDED ON**
http://www.huffingtonpost.com/2013/12/23/airport-security_n_4494308.html

http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/

(Morale within the agency is as low as its competence-my letter warning of issue.)

**30 MARCH 2009**

Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Secretary Napolitano-

I am writing you concerning a pervasive and unacceptable
sanctioned policy within the Department of Homeland Security of the sexual harassment of female traveler's entering the United States. I have been informed by coming to visite me in the United States from Norway, Germany, and especially Canada that they are routinely harassed by male DHS inspectors. I find the allega the carbon copy stories from the females, and the profile of the females- all attractive teen or near teen girls traveling alone. The harassment is so overt that it is are not aware of it, do not witness it, and in fact sanction it.

I have a substantial amount of both academic and field study experience in this area, and have personally witnessed the practice by DHSemployees myself. Th open without hesitation. It is insulting to the female travelers, and also opens up US females to the retaliatory actions by the security personnel of other countries Certainly with all the alleged dangers facing Americans and the gaping holes in border security at the various ports of entry, DHS does not have the luxury expend payers money on sexually harassing female travelers.

I thank you for your time and consideration and will await your reply.


Sincerely,

Jerome Almon

------ Original Message --------
Subject: Re: DHS RAPE/MURDERS-SCHOOL SHOOTINGS
From: "Senator Debbie Stabenow" <senator@stabenow.senate.gov>
Date: Wed, December 23, 2015 11:48 am
To: <act@preactdontreact.com>

# United States Senate

U. S. Senator Debbie Stabenow
MICHIGAN

Dear Jerome,

Thank you for contacting me about the reports of sexual misconduct and abuse by U.S. Customs and Border Protection agents. I appreciate that you have taken the time to concerns with me.

I share your concern about this issue. Should related legislation come before the U.S. Senate for a vote, I will keep your views in mind, and share your thoughts on this issu on the Senate Homeland Security and Governmental Affairs Committee.

Thank you again for contacting me. Please continue to keep me informed about issues of concern to you and your family.
Sincerely,

Debbie Stabenow
United States Senator

U.S. Senator Debbie Stabenow
The United States Senate • Washington, DC 20510
stabenow.senate.gov


**POLICE NOT EQUIPPED FOR TERROR ATTACK IN NYC-OR ANYWHERE ELSE**
http://observer.com/2015/11/sergeants-union-boss-nypd-patrol-cops-not-ready-for-paris-style-terror-attack/


**9/11 WARNINGS IGNORED BY AUTHORITIES**
http://www.wnd.com/2006/03/35348/

http://www.newsweek.com/saudi-arabia-911-cia-344693

http://truth-out.org/archive/component/k2/item/61531:fbi-agent-says-he-warned-of-911-hijackings

http://www.democracynow.org/2004/4/9/two_fbi_whistleblowers_accuse_bureau_of

http://www.cbsnews.com/news/fbi-was-warned-about-flight-schools/

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=fbi%20agent%20warning%20911


**WHAT IS NOW DHS AND NYC WERE WARNED AT THE SAME TIME OF THE THREAT AND ONLY ACTED AFTER MY FORECAST CAME TRUE**

---- Forwarded Message -----
**From:** "WEB.COMMENTS@customs.treas.gov" <WEB.COMMENTS@customs.treas.gov>
**To:** almonjer@yahoo.com
**Sent:** Thursday, September 20, 2001 9:40 AM
**Subject:** Detroit/Windsor security/GYR


Thanks for your message.  I am forwarding it onto the Security Team for investigation.

Customs/GYR


almonjer@yahoo.com (Jerome Almon)
09/14/01 03:54 PM

     To:     web.comments@customs.treas.gov, technical@customs.treas.gov

     cc:
     Subject:    U.S. Customs Website Comment.


```
Below is the result of your feedback form.  It was submitted by
Jerome Almon (almonjer@yahoo.com) on Friday, September 14, 2001 at 15:54:31
-----------------------------------------------------------------------------

email: almonjer@yahoo.com
```

subject-of-this-message: Detroit/Windsor Security

website_comments: I have had previous contacts with your office issues (specifically Bonnie Tischler). I feel it is necessary to reintr
will send a copy of this information to US Senator Carl Levin.) I have made compliants against certain procedures and individuals at the
crossing. I also corresponded with the Canadian Minister for Immigration (Elinor Caplan) concerning the fact that even the supervisors at
understand much of the information they need to concerning legitimate vs. false documentation. (I unfortunately am able to prove this poi
person was on a wanted list -the Canadians often ask the person to interpret the information.
Finally the Detroit/Windsor tunnel. It is a disaster waiting to happen. Since the US checks cars AFTER they have entered the tunnel (as
defeat the objective of stopping a terrorist act in the tunnel? The check should happen before the tunnel is entered, and after-or the t

---------------------------------------------------------------------------

REMOTE_ADDR: 24.131.62.95
HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 5.0; Windows NT; DigExt)

I originally warned a agent at a federal law enforcement entity of the threat on 9/11 and although he agreed I was correct, he took no ac
exactly know what to do regarding the information, and that he was quite frankly stunned at the danger. Only when an individual drove thr
appeared to be a bomb on his front seat did the politicians take the matter up, as you will see with NYC. The tunnel is in a far worse p
due to Detroit's economic collapse, the influx of more Middle Easterners into Canada, and this http://www.reuters.com/article/us-detroit-
idUSBRE9600RT20130725.

Copyright 2002 Gannett News Service. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.
Tighter security at border hits snag
Legal issues may block U.S., Canada checks before crossing
By Lisa Zagaroli / Detroit News Washington Bureau

Comment on this story
Send this story to a friend
Get Home Delivery
WASHINGTON -- Checking travelers between the United States and Canada
after they've crossed the border -- which some liken to checking airline
passengers after they land -- is being scrutinized by officials
concerned that bridges and tunnels could be vulnerable to attack.
Lawmakers are pressuring the U.S. Customs Service and Canadian
officials to come up with a decision this week on whether the countries
can swap inspection locations.
An alternative to paying a toll, crossing the bridge or tunnel, and
then being scrutinized by Customs officials once inside the other
country's territory is to do inspections before crossing.
Although the reverse inspection system is the only solution being
lobbied to enhance infrastructure safety, the two nations haven't agreed
on how to settle legal obstacles. An old idea revived by the Sept. 11
terrorist attacks, a revised system would involve numerous agencies in
both countries in the decision.
"This reverse clearance proposal has a number of sovereignty and
structure issues attached to it," said Michel Proulx, spokesman for the
Canada Customs and Revenue Agency in Ottawa.
"There are a lot of players involved in all of this. It's difficult
to get a sound, concrete answer. No one department or agency would be
able to say yes or no."
There's little to stop someone who wanted to damage the Ambassador
Bridge, Detroit-Windsor Tunnel, or even Detroit Metropolitan Airport, if
the crime is done before the perpetrator even gets to an inspection
point, critics say.
Besides the human safety concern, destroying any one of the
border-crossing points would do serious harm to the auto industry, one
of the United States' economic engines, and many other businesses that
rely on just-in-time delivery of material. Michigan had $70 billion in
trade with Canada in 2000.
**"Every time I drive through that tunnel, I expect something to
happen," said Jerome Almon, a Detroiter who drives to and from Toronto
at least twice a month.**
**"Osama bin Laden says the economy is what they want to attack, and
you cannot find a more decimating effect than that bridge or tunnel on
our economy. You will kill Detroit, it's over, goodbye. But think of the
effect on the rest of America."**
Firearms an issue
Aside from jurisdiction, the question of whether U.S. Customs agents
should carry firearms in Canada is of particular concern to Canadians.
Canada is known for being much less tolerant of guns than the United
States.
"Our Customs officers are not armed and at this point in time we
still feel there is no reason for them to be," Proulx said.
"We have a study going on right now to determine whether the tools
they have are adequate to do their jobs safely and with full security.
The U.S. (agents) are (armed) and definitely that would be one of the
snags in the issue."
The preclearance concept does have precedent. U.S. Customs agents
inspect U.S.-bound passengers at six Canadian airports so they don't
have to be routed through Customs once they arrive like travelers on
flights from every other country, said former Michigan Gov. James
Blanchard.
He spearheaded the "open skies" agreement when he was U.S. ambassador
to Canada.
The real stumbling block to doing this at bridges and tunnels will be
working out how much authority each side is given to enforce the other
country's laws, he said.

"You could always prevent (a suspicious passenger) from getting on
the plane," Blanchard said. "The question is who arrests them, can they
say 'I choose not to fly' then go home, or do we hold them?"
Sen. Carl Levin, D-Detroit, said he thinks all of the issues can be
worked out.

"The only impediment here is bureaucratic impediment," he said. "Even
though there's supposed to be an urgency after Sept. 11, there seems to
be some unnecessary foot-dragging."

Levin and Sen. Debbie Stabenow, D-Lansing, sent a letter to Customs
Commissioner Robert Bonner on Jan. 4, insisting on a progress report by
Friday.

"It is obvious that inspecting vehicles for dangerous contents such
as bombs or explosives after they enter our tunnels or cross our bridges
is inadequate," they wrote.

Customs spokesman Jim Michie said he wasn't sure when a decision
would be made on reverse inspections, but that it was being closely
studied.

Tighter local security

Local authorities say they've taken the steps they can to bolster
security.

Travelers who use the Detroit-Windsor Tunnel are no longer allowed
through unless operators are certain they can make to the other side
without backups, said Gordon Jarvis, president of the Detroit & Canada
Tunnel Corp.

"If there is an incident and you need to get out, there is space for
you to do so, and there are fewer cars in the tunnel at any one time,"
Jarvis said. "It also makes it much easier for us to identify when there
are incidents in the tunnel."

Jarvis said reverse inspections are a viable option at the tunnel,
despite the smaller queue area, compared to other crossing points like
the Ambassador Bridge.

The owners of the Ambassador Bridge have installed new lighting,
fencing and surveillance cameras, as well as armed security 24 hours a
day, said Dan Stamper, president of the Detroit International Bridge Co.
Stamper said the bridge company is paying for the extra security.
"We're not sure whose responsibility it is for the cost of security,
but we are not in the position to say it's not going to be done," he
said.

The bridge authority has completed plans showing that logistically,
preclearance can be implemented on an interim basis within 90 days,
Stamper said. In doing so, there would be the added bonus of huge
efficiencies in traffic flow.

"The current six lanes that cross the border, two at the tunnel and
four at the bridge, become traffic lanes and not parking lots," Stamper
said. "It increases the capacity of both the tunnel and the bridge, a
lot more than anything else we can do today."

Blue Water Bridge study

Bruce Campbell, the engineer manager of the Blue Water Bridge, said
the proposal is being examined as part of a long-term security review of
the span connecting Port Huron with Sarnia, Ontario.

With the Ambassador Bridge being the busiest U.S.-Canada entry point,
carrying 12 million vehicles a year, the economic implications for the
region are enormous.

"One 18-wheeler goes across that bridge every eight seconds," said
Carmine Palombo, director of transportation planning at the Southeast
Michigan Council of Governments.

The implications for the bridge and tunnel operators are significant
as well.

"They're all looking at an out-of-pocket expense they hadn't
anticipated," said Neil Gray, director of government affairs at the
International Bridge, Tunnel and Turnpike Association, which represents
toll agencies.

"Nobody wants to do a toll increase to reflect this, in fact I'm not
sure anyone has proposed one, but it's an issue we are all having to
think about."

Protecting airports is a concern as well, though most of the
attention has been on protecting aircraft against air piracy, Capt.
Duane E. Woerth, president of the Air Line Pilots Association, told
senators late last year.

Noting that airports in Rome and Vienna have been hit, Woerth said
he's worried terrorists could attack ticket counters, check-in
facilities and lines of passengers waiting outside.

Airlines, bridges and tunnels are experiencing lower traffic flow
because of leisure travelers concerned about terrorist risks.

**Almon, the Detroiter who travels to Toronto on business, said he's a
former combat engineer with the Army and he's concerned about how easily
a carload of explosives put together with store-bought material could
take out the bridge or tunnel.**

**"At the mouth of the Detroit tunnel sits General Motors headquarters,
a terrorist would get two for one with that," Almon said.**

http://www.dailymail.co.uk/news/article-1334404/US-subway-tunnels-terror-proof-600m-ring-steel.html
http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/

http://www.cbc.ca/news/canada/windsor/story/2012/07/12/wdr-windsor-detroit-tunnel-closed.html

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=bomb%20in%20detroit%20windsor%20tunnel

Ahmed Ressam, the Millennium bomber had the Detroit-Windsor tunnel, GM HQ, and the Ambassador Bridge as his secondary targets if he could not reach L he would have been 100% successful and 9/11 would not be close to America's worst terrorist attack. https://www.fbi.gov/about-us/history/famous-cases/n ressam

**THIS EMAIL WAS THE RESULT OF ONE OF NUMEROUS SECURITY WARNINGS I SENT TO THE CANADIANS COMING TRUE AND THE US SECURITY AN NOT UNDERSTANDING THE IMMINENT DANGER**

From: Minister of Transport, Infrastructure and Communities / Ministre des Transports, de l'infrastructure et des Collectivités<MINTC@tc.gc.ca>
Date: Thu, Oct 13, 2011 at 1:24 PM
Subject: Proposed construction of a new bridge
To: "almonjer@gmail.com" <almonjer@gmail.com>
Cc: "cims_oper@pm.gc.ca" <cims_oper@pm.gc.ca>


Dear Mr. Almon:

Thank you for your correspondence of July 18, 2011, regarding the proposed construction of a new bridge between Detroit and Windsor apologies for the delay in replying.


Again, thank you for writing and for providing me with your comments.

Yours sincerely,


Denis Lebel, P.C., M.P.

c.c.     Office of the Right Honourable Stephen Harper, P.C., M.P.
Prime Minister

The issue with the Ambassador Bridge is equally troubled, the owner has successfully blocked a new bridge being built. The issue too c Ports issue https://en.wikipedia.org/wiki/Manuel_Moroun. Ottawa wrote me 90 days after my warning to CYA and because again what I occurred.

The largest portion of the trade comes through the tunnel and bridge mentioned
https://www.commerce.gov/news/blog/2014/01/secretary-pritzker-highlights-strong-economic-partnership-between-usa-and-canada

**PARIS-SAN BERNARDINO-BRUSSELS**
-------- Original Message --------
Subject: RE: JEROME FROM WAYNE STATE UNIVERSITY
From: <act@preactdontreact.com>
Date: Wed, October 21, 2015 11:44 am
To: "Mitja_Žagar" <mitja.zagar@guest.arnes.si>

Dr. Zagar-
Good to hear from you. I am sorry I just got to my email messages, I am working on several other huge projects that all come back to have to hook up Skype, I don't know how it works to be honest.

The situation in the States is pretty dire. We are essentially at civil war with the country collapsing socially. All of the work that you and forecasts turned out to be 100% accurate. Simply put, America bet on the wrong people with the wrong plans and now we are getting c

I am against the re-settling of immigrants in the US or Europe, it will most certainly lead to more conflict in both areas and the Middle E establishing a safe zone in Syria and Iraq, which is as close to impossible as it gets considering the collapse of the basic structures and factions. Electing George Bush was the worse event that has happened to the world since WWII. I will get on Skype and send you and moving to Berlin to work on a large social media project in the next 30-60 days. In the meantime I am sending these articles for your i thoughts on the migrant issue. Would you be able to attend a conference on the issue of the migrants and school shooter issues in Euro expenses and a fee paid to you?


**The other issue I am extremely concerned about is a threat that would end Detroit, cost America 2 million jobs in a week, market to below 2008 and 911 levels. The Iran deal was done in part due to Iran has 40,000 agents in or at America's bo if Iran's nuclear facilities were attacked. That is the good news, the bad news is the Sunnis have 3X that many agents in t for their "Islamic Tet offensive."** With Russia, out of necessity intervening in the Syrian/Iraq war and the US govt. giving behind the Russian-Iranian-Alawite axis which will inevitably bring in Israel and the US the Sunnis will go after the US and Canadians on their own aggressive and massive way. My assessment is that the Chinese will be drawn into the war due the unrest with the Xinjiang Province a Islamic State (IS) has spread throughout Central Asia and will take Afghanistan and defeat the Taliban in the end unless there is a "mas contention that Putin has decided to that. He cannot lose the Syrian-Iraq War, he cannot allow the IS to continue to grow in the Central Afghanistan, and he is not giving up Crimea, and does not have the military resources nor money to fight a prolonged war. I believe Pu tactical/battle field nuclear weapon (NATO appears to be thinking that way on the Ukraine which is insane). Most of the intelligence guy that is the only way to stop the IS/Sunnis or to completely withdraw from the Middle East. What is your opinion?
Thanks-
Jerome

(My numbers on the size of the networks mentioned are accurate I assure you. 2 other respected security/intelligence officers that hav accuracy, agree with me. The messages I sent to US authorities were more detailed and were sent in the Spring of 2014, and the Sprin
**DR. ZAGAR BIO**

**CV**
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=mitja%20zagar%20cv

## INTERVIEW
http://www.huffingtonpost.com/john-feffer/could-the-yugoslav-wars-h_b_7620756.html

## PUTIN STATEMENT ON NUCLEAR WEAPONS
http://www.express.co.uk/news/world/625465/Islamic-State-Russia-Vladimir-Putin-threatens-bomb-ISIS-nuclear-weapons

## WARNING TO AIRLINE INDUSTRY THAT FORESAW BRUSSELS ATTACK

-------- Original Message --------
Subject: THE THREAT OF TERRORISM TO THE TRAVEL INDUSTRY AND CORRECTIONS
THAT MUST BE MADE
From: <act@preactdontreact.com>
Date: Sun, November 29, 2015 7:59 pm
To: president@apfa.org, Nancy.Rivard@airlineamb.org,
public-comment@alliedpilots.org, PMcIsaac@americanpilots.org,
comm.chair@alliedpilots.org
Cc: communications@apfa.org

Sir or Madam: I am forwarding the following information sent to first responders, due to its application to your industry. To be dire your union several times since 9/11 of these very threats, and the actions of the leadership has not matched the threat. Unfortuna conduct of law enforcement and political leadership regarding what is now a catastrophic situation. That is, the industry will suffer personnel and revenue due to the lack of taking prudent steps to pre-act rather than react to obvious threats. The only hope in n the threat is for the travel, hotel, and tourism industries along with the pilot and flight attendant unions (and their allies) to join fo necessary security and industry support measures put in place without political consideration. The needed measures must be comp real world security and economic threat that exists, and is getting worse by the minute. The losses France and Belgium are sufferi beginning, and minor in compared to an Egypt Air or Russian Sharm El Sheikh incident in North America or Europe. I assure you, t than is known even to most of the law enforcement community.

Sincerely,

Jerome Almon
**ECONOMIC IMPACT**

http://www.dailymail.co.uk/news/article-3338173/Terror-attacks-Paris-means-visitor-numbers-Europe-tumble-France-lost-1-4bn-i

http://www.dailymail.co.uk/news/article-3338512/EU-leaders-agree-Turkey-2-1billion-help-tackle-migrant-crisis-tighten-security-i

## UNADDRESSED THREATS TO YOUR INDUSTRY
-Foreign pilots compromised by ISIS or Al Qaeda committing an act similar to the pilot of Egypt Air 990 at an airport, city, or agai airliner -An attack on airports using car/truck bombs and suicide bombers/shooters against shuttle buses and the non-secure areas as ticketing -Compromised airport personnel (this is worse than is indicated here)
http://www.nydailynews.com/news/world/isis-terrorist-minneapolis-worked-major-american-airport-report-article-1.1925924

http://www.express.co.uk/news/world/622702/easyJet-Paris-attacks-France

https://www.rt.com/news/323811-paris-airports-fired-radicalization/

## TRUE STATE OF THE TERRORIST THREAT IN AMERICA

From Canada's CIA (CSIS):
"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in any other country in the world."

## VERIFICATION
http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh

The information was removed from the website in late 2013 due to White House protests, the largest number of these terrorist are North end of the tunnel and bridge cited below.

## THESE REPORTS ARE FICTION
http://www.cnn.com/2015/12/01/politics/isis-in-united-states-research/

http://www.foxnews.com/world/2016/03/23/is-trains-400-fighters-to-attack-europe-in-wave-bloodshed.html

There are more than 400 ISIS operatives and 300 recruiters in my neighborhood. As with the deliberate ignoring of the 9/11 warr scientific reports will result in the deaths of untold numbers of civilians.

## ISIS INTELLIGENCE FRAUD
http://www.cnn.com/2015/12/01/politics/michael-flynn-obama-isis/

http://www.thedailybeast.com/articles/2016/04/03/intel-analysts-we-were-punished-for-telling-the-truth-about-obama-s-isis-war.html

http://www.nytimes.com/2015/11/22/us/politics/military-reviews-us-response-to-isis-rise.html?_r=0

This failure to provide and act on the factual information regarding ISIS has led to every death of Westerners from 2012 forward- at lea Brussels. It also has American cities in the disastrous position they are in.

**BND WARNING TO GERMAN CHANCELLOR ANGELA MERKEL**
http://www.dailymail.co.uk/news/article-3290092/Germany-s-secret-service-warns-country-importing-Islamic-extremism-anti-Semitisr different-understanding-society.html

**NEW YEARS EVE RAPES/RAPES ACROSS EUROPE FROM REFUGEES**

http://www.dailymail.co.uk/news/article-3388422/Huge-influx-migrant-men-lead-sex-attacks-like-Cologne-says-analyst-police-reveal-c women-screamed-help.html

**REFUGEE SUPPORTER AND MAYOR OF COLOGNE VICTIM AND HYPOCRITE**

**COLOGNE MAYOR FIRES POLICE CHIEF OVER NEW YEARS EVE RAPES**
http://www.thelocal.de/20160108/po

**COLOGNE MAYOR STABBED FOR SUPPORTING REFUGEES**
http://www.thelocal.de/20151017/german-mayoral-candidate-stabbed-in-cologne

**ATTACKS ON REFUGEES IN GERMANY REACHES MORE THAN 1,000**
http://www.dw.com/en/report-five-times-more-attacks-on-refugee-homes-in-germany-in-2015/a-19011109

**EU/AUSTRALIAN ISSUE**
**http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html**

https://www.google.com/#filter=0&q=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down9

**WE ARE NOW AT THE CENTER OF THIS CASE IN THE EU**
http://www.wsj.com/articles/eu-to-pursue-google-parent-alphabet-on-multiple-fronts-vestager-says-1445817842

**RIPOFF REPORT IS THE BUSINESS AND ROLE MODEL FOR THESE CRIMINALS**

http://www.nbcnews.com/news/crime-courts/revenge-porn-kingpin-hunter-moore-pleads-guilty-faces-jail-n313061

http://www.nbcsandiego.com/news/local/Kevin-Bollaert-Revenge-Porn-Sentencing-San-Diego-298603981.html

http://siouxcityjournal.com/news/local/sac-county-attorney-dismisses-witness-tampering-case/article_cce5e80f-786a-5f66-8763-3ecb3
On Fri, 10/20/06, bayly@.de <bayly@.de> wrote:
From: bayly@.de <bayly@w.de>
Subject: FW: jerome almon
To: almonjer@yahoo.com
Date: Friday, October 20, 2006, 3:42 PM

hey jerome... how ru doing? well, received the following e-mail today.... tell me if i should give him the contacts he wants or if u wanna here for 4 days.. been to jazz concert yesterday and will go to branford marsalis concert 2morrow... its jazz too.... and right now just g store... man i am adidicted ;) cant go there without buying smth... even when i am broke just like right now... well, hope to hear from (I refused to do the documentary below for the same reasons certain entities need to police themselves better.)
Von: "scott corben"
Gesendet: 20.10.06 12:41:27
An: bayly@.de
Betreff: jerome almon

Hi Katja,

I got your contact details from Marie at Freemuse in Denmark. My name is Scott Corben and I am a producer with Al Jazeera Television in London.

I am researching a piece on soldier in the United States and I am really keen to speak to a guy called Jerome Almon. I believe he is based in Detroit. Maries tells me that you may have some way c have an up to date email or phone number I'd really appreciate it.

Look forward to hearing from you

best regards,

Scott

Producer/Director "Top Secret"
Al-Jazeera Satellite Channel Ltd
7th Floor Westminster Tower
3 Albert Embankment London SE1 7SL
Switchboard: +44 (0) 207 820 4820
Fax: ++44 (0) 207 820

### BIO

-I am a university lecturer/expert on domestic violence, international politics, terrorism, and urban crime. I worked under global
Zagar (Slovenia and co-author of their Constitution/Syrian refugee & security expert/Top EU negotiator), Otto Feinstein head of the
author of Ethno-Development, Richard Mansbach-CIA consultant, and worked on the UN project at the University of Toronto the De
Belgium. Recommendation on a security issue led to DHS changing its border policy and NYC spending $600 million to correct a ca
flaw. I have been the target of an Al Jazeera documentary due to my correct predictions as well as featured on the front page of th
Jihadist website on Earth for a decade.

-1 year tour in the first Iraq War, am a paratrooper, combat engineer (explosives expert, featured on A&E for saving my unit's mis
and awarded directly from the Pentagon for saving my task force's mission), was drafted as a translator during the war and POW c
my brigade basic Arabic language, numerals, and history.

Copyright © 2003-2018. All rights reserved.

**The New York Times**

WASHINGTON

# C.I.A. Officer Admits Guilt Over Hezbollah Files

By PHILIP SHENON   NOV. 14, 2007

WASHINGTON, Nov. 13 — A Lebanese-born C.I.A. officer who had previously worked as an F.B.I. agent pleaded guilty on Tuesday to charges that she illegally sought classified information from government computers about the radical Islamic group Hezbollah.

The plea agreement by the defendant, Nada Nadim Prouty, appeared to expose grave flaws in the methods used by the Central Intelligence Agency and the Federal Bureau of Investigation to conduct background checks on its investigators.

Ms. Prouty, 37, who also confessed that she had fraudulently obtained American citizenship, faces up to 16 years in prison.

Court papers do not specifically say why Ms. Prouty sought information about Hezbollah, the Iranian-backed militant group that is based in southern Lebanon, from the F.B.I.'s computer case files in June 2003, the month she left the bureau to join the C.I.A.

There is no accusation in the documents that she passed information on to

**3**

ARTICLES
REMAINING

Register now to save, comment and share.    | SIGN UP |    Subscriber login

The plea agreement noted, however, that Ms. Prouty's sister and her brother-in-law attended a fund-raising event in Lebanon in August 2002 at which the keynote speaker was Sheikh Muhammed Hussein Fadlallah, the spiritual leader of Hezbollah. Sheikh Fadlallah has been designated by the United States government as a terrorist leader.

The plea agreement said that in 2003 Ms. Prouty specifically went searching for computerized case files maintained by the F.B.I.'s Detroit field office in an investigation that centered on Hezbollah although she "was not assigned to work on Hezbollah cases as part of her F.B.I. duties and she was not authorized by her supervisor, the case agent assigned to the case, or anybody else to access information about the investigation in question."

The C.I.A. would not describe Ms. Prouty's duties at the agency, apart from describing her as a "midlevel" employee, nor would it say if she traveled abroad as part of her duties or had been considered undercover.

Government officials, speaking on the condition of anonymity because they were not authorized to discuss details of the investigation with reporters, said Ms. Prouty was an "operations" officer at the C.I.A., meaning she was involved in some way in basic espionage work, not as an analyst or translator.

As part of the plea agreement, she agreed to resign from the C.I.A. and give up any claim to American citizenship.

"It is fitting that she now stands to lose both her citizenship and her liberty," Kenneth L. Wainstein, assistant attorney general, said in announcing the guilty plea, which was entered in Federal District Court in Detroit.

Mr. Wainstein, who runs the Justice Department's national security division, said Ms. Prouty "engaged in a pattern of deceit to secure U.S. citizenship, to gain employment in the intelligence community and to obtain and exploit her access to sensitive counterterrorism intelligence."

**3**
ARTICLES
REMAINING

Register now to save, comment and share.          | SIGN UP |          Subscriber login

computer access, which has a maximum penalty of one year in prison and a $100,000 fine, and naturalization fraud, which has a maximum penalty of 10 years in prison and a $250,000 fine.

In her plea agreement, Ms. Prouty, who lived mostly recently in Vienna, Va., close to the C.I.A. headquarters in Langley, Va, acknowledged that her crimes began shortly after she entered the United States from Lebanon in June 1989 on a one-year student visa.

She acknowledged that after overstaying her visa, she had illegally offered money to an unemployed American man to marry her in 1990, which allowed her to remain in the United States as his wife, although the couple never lived together.

She then submitted a series of false and forged documents to obtain American citizenship, which she was granted in 1994. She obtained a divorce the next year and worked in a series of jobs, including as a waitress and hostess in a chain of Middle Eastern restaurants in the Detroit area owned by her brother-in-law.

In 1997, she was hired as a special agent of the F.B.I., which has been under pressure for years to hire more agents and other employees who speak Arabic for terrorism investigations. She was assigned to the bureau's Washington field office, given a security clearance and placed in "an extraterritorial squad investigating crimes against U.S. persons overseas," the Justice Department said in a statement to reporters.

Ms. Prouty acknowledged two sets of illegal computer searches at the F.B.I. The first, in September 2002, involved case files that contained her name, her sister's name or her brother-in-law's name. The second, in June 2003, involved files from a national-security investigation of Hezbollah that was being conducted in Detroit, which has one of the nation's largest Arabic-speaking communities.

The court papers say Ms. Prouty's crimes first became known to the F.B.I. in December 2005 and have been under investigation for nearly two years. The documents suggest that she came under scrutiny as part of an investigation of her

**3**
ARTICLES
REMAINING

Register now to save, comment and share.    | SIGN UP |    Subscriber login

his restaurant to people in Lebanon. Mr. Chahine is a fugitive from tax evasion charges filed in Michigan.

A version of this article appears in print on , on Page A21 of the New York edition with the headline: C.I.A. Officer Admits Guilt In Seeking Hezbollah Files.

© 2018 The New York Times Company

3
ARTICLES
REMAINING

Register now to save, comment and share.

| SIGN UP |

Subscriber login



UNIVERSITY OF DETROIT MERCY

College of Education and Human Services

April 18, 2001

To:    Whom it May Concern

Re:    Mr. Jerome Almon

I am writing this letter of reference on behalf of Mr. Jerome Almon who has assisted me in the classroom at the University of Detroit Mercy. Jerome is presently pursuing advanced graduate studies at Michigan State University seeking to obtain a doctoral degree. He possesses excellent presentation and communication skills.

I was very favorably impressed with his depth of knowledge regarding the topics of *domestic violence* and *violence in society*. Jerome spoke on these issues with students enrolled in my Human Services Integrating Seminar and showed poise and command of the subject matter. He has also been utilized as a "subject expert" in these areas by the local media. If I can be of further assistance please do not hesitate to contact me regarding this highly motivated young man.

Sincerely,

*[signature]*

Dr. Michael J. Witkowski, CPP
Associate Professor of Criminal Justice
(313) 993-1051

P.O. Box 19900
Detroit, Michigan 48219-0900
313-993-6305

---



CENTER FOR PEACE AND
CONFLICT STUDIES

Detroit Council for
World Affairs

Wayne State University
College of Urban, Labor & Metropolitan Affairs

Frederic S Pearson
Director

24 July 1998

This is a reference for Jerome Almon, one of the most remarkable young persons I have ever known. I have observed him for several years to note how he can speak fluently and present his message and research in a very convincing way. This has occured in my classes and also when I saw him at press conferences and public meetings.

He has been especially good in speaking to my class on Studies in Nonviolence several times. His research on the subject of the abuse of women was presented both verbally and in documented form including case studies. I was always impressed when speaking with him on the subject. Some of the facts were shocked at the stories and possibilities. They left class with knowledge that could keep them from harm.

Jerome Almon spoke about the issues, sociological, psychological and political aspects of the problem and ways in which dangers could be avoided.

Someday Jerome Almon will do such outstanding work that the institutions where he took courses and the places that he has worked will be very proud of him.

Sincerely,

*[signature]*

John M. McCartney, Ph.D
Adjunct Professor
Wayne State University

P.S.  If you would like more information I would be glad to share it by your phoning me at 313-531-5461. Or you could write me at 18427 Faust Ave., Detroit, MI 48219

2419 FACULTY/ADMINISTRATION BUILDING · DETROIT, MICHIGAN 48202 · (313) 577-3453 or 577-3468 · FAX 577-2269



UNIVERSITY OF DETROIT MERCY

College of Education and Human Services

April 18, 2001

To: Whom it May Concern

Re: Mr. Jerome Almon

I am writing this letter of reference on behalf of Mr. Jerome Almon who has assisted me in the classroom at the University of Detroit Mercy. Jerome is presently pursuing advanced graduate studies at Michigan State University seeking to obtain a doctoral degree. He possesses excellent presentation and communication skills.

I was very favorably impressed with his depth of knowledge regarding the topics of *domestic violence* and *violence in society*. Jerome spoke on these issues with students enrolled in my Human Services Integrating Seminar and showed poise and command of the subject matter. He has also been utilized as a "subject expert" in these areas by the local media. If I can be of further assistance please do not hesitate to contact me regarding this highly motivated young man.

Sincerely,

Dr. Michael J. Witkowski CPP
Associate Professor of Criminal Justice
(313) 993-1051

P.O. Box 19900
Detroit, Michigan 48219-0900
313-993-6305

---

Wayne State University
College of Union, Labor & Metropolitan Affairs

Frederic S. Pearson
Director

CENTER FOR PEACE AND
CONFLICT STUDIES

Detroit Council for
World Affairs

24 July 1998

This is a reference for Jerome Almon, one of the most remarkable young persons I have ever known. I have observed him for several years to note how he can speak fluently and present his message and research in a very convincing way. This has occurred in my classes and also when I saw him at press conferences and public meetings.

He has been especially good in speaking to my class on Studies in Nonviolence several times. His research on the subject of the abuse of women is well presented both verbally and in documented form including case material students had good dialogue with him on the subject. Seeing action it they did not know it they know the adverse possibilities. They left class with knowledge that could keep them from harm.

Jerome Almon spoke about human, social, sociological, psychological and political aspects of the problem and ways in which dangers could be avoided.

Someday Jerome Almon will do such outstanding work that the institutions where he knows courses and the places that he has worked will be very proud of him.

Sincerely,

John M. McCartney, Ph.D
Adjunct Professor
Wayne State University

P.S. If you would like more information I would be glad to share it by your phoning me at 313-531-5461. Or you could write me at 18427 Faust Ave., Detroit, MI 48219

FACULTY/ADMINISTRATION BUILDING · DETROIT MICHIGAN 48202 · (313) 577-3453 or 577-3468 · FAX 577-2269

Frederick Douglass Shut Down Robert E. Lee Glorifiers More Than a Century Ago

SIGN IN    SUBSCRIBE



Search

**U.S.**
**World**
**Business**
**Tech & Science**
**Culture**
**Sports**
**Health**
**Opinion**

U.S.

# FREDERICK DOUGLASS SHUT DOWN ROBERT E. LEE GLORIFIERS MORE THAN A CENTURY AGO

BY **MELINA DELKIC** ON 10/31/17 AT 2:02 PM

SHARE

SHARE

f   y   t   in   G+   ⑤   ✉

U.S.     **FREDERICK DOUGLASS**     **JOHN KELLY**     **WHITE HOUSE**

**TRUMP ADMINISTRATION**     **ROBERT E LEE**

**P** erhaps President Donald Trump was right—long-deceased abolitionist Frederick Douglass is doing an "amazing job." But it appears White House Chief of Staff John Kelly isn't listening.

On Fox News on Monday night, Kelly hailed Confederate General Robert E. Lee as "an honorable man," and said the Civil War was a battle between "men and women of good faith on both sides" who had to "make their stand." According to Kelly, "the lack of an ability to compromise" was the reason for the Civil War.

Lee, of course, fought to help the South secede from the United States and maintain slavery. Frederick Douglass anticipated the current revisionism about Confederate history, and Lee's traitorous role in it, even though he died in 1895.

"Whatever else I may forget, I shall never forget the difference between those who fought for liberty and those who fought for slavery; between those who fought to save the Republic and those who fought to destroy it," Douglass said in one of his final public addresses, in 1894 at Mount Hope Cemetery in Rochester, New York.

## Recommended Slideshows





**50 Highest Paying Jobs in the United States**     **In Pictures: Top 50 U.S. Cities Ranked by Quality of Life And Average Salary**



**75 Best-Selling Albums in U.S. History**

In 1870, when newspapers praised Lee and lamented his death, Douglass wrote an editorial in *The New National Era,* asking, "Is it not about time that this bombastic laudation of the rebel chief should cease?"

He added that the paper's staff "could scarcely take up a paper that comes to us from the South, that is not filled with nauseating flatteries of the late Robert E. Lee; and many Northern journals also join in these undeserved tributes to his memory." Even *The New York Times* wrote in Lee's obituary, "His personal integrity was well known, and his loyalty and patriotism was not doubted."

Lee made one known private comment that slavery was evil, but he never spoke out against it or freed his slaves. And even in that private comment—a letter to his wife—he said slavery was harder on white people and "necessary" for black people.

## Keep Up With This Story And More By Subscribing Now

"I think it however a greater evil to the white man than to the black race, & while my feelings are strongly enlisted in behalf of the latter, my sympathies are more strong for the former. The blacks are immeasurably better off here than in Africa, morally, socially & physically. The painful discipline they are undergoing, is necessary for their instruction as a race."

After the Civil War, according to historian Eric Foner, Lee was no easier on the emancipated slaves. He opposed some basic rights and did not facilitate an initial promise to free his own slaves five years after his death.

Yet prominent Americans lauded the general for decades after the war (and apparently, still do). President Dwight Eisenhower famously hung a portrait of Lee and three others he

considered "great Americans" in his office, calling him "noble as a leader and as a man, and unsullied as I read the pages of our history."

But Douglass, and so many other scholars who have used his rhetoric as foundation, fought to shape a more accurate memory of the Civil War narrative. While it's a narrative that has been in flux ever since abolitionists first questioned it, and perhaps will remain in flux for centuries to come, Douglass's words, nevertheless, hold timeless power in the face of revisionism.

In a Decoration Day address at Arlington National Cemetery in 1871, Douglass said:

> *"When the dark and vengeful spirit of slavery, always ambitious, preferring to rule in hell than to serve in heaven, fired the Southern heart and stirred all the malign elements of discord, when our great Republic, the hope of freedom and self-government throughout the world, had reached the point of supreme peril, when the Union of these states was torn and rent asunder at the center, and the armies of a gigantic rebellion came forth with broad blades and bloody hands to destroy the very foundations of American society, the unknown braves who flung themselves into the yawning chasm, where cannon roared and bullets whistled, fought and fell. They died for their country.*
>
> *We are sometimes asked, in the name of patriotism, to forget the merits of this fearful struggle, and to remember with equal admiration those who struck at the nation's life and those who struck to save it, those who fought for slavery and those who fought for liberty and justice.*
>
> *I am no minister of malice. I would not strike the fallen. I would not repel the repentant; but may my right hand forget her cunning and my tongue cleave to the roof of my mouth, if I forget the difference between the parties to hat terrible, protracted, and bloody conflict.*
>
> *...But we are not here to applaud manly courage, save as it has been displayed in a noble cause. We must never forget that victory to the rebellion meant death to the Republic."*

Perhaps that's why President Trump famously said in February, "Frederick Douglass is an example of somebody who's done an amazing job and is getting recognized more and more, I notice."

Case 3:18-cv-00092-TCB Document 1 Filed 08/15/18 Page 26 of 144

# Report: Trump lawyer sends email touting Robert E. Lee, warning of 'terrorist' infiltration of Black Lives Matter

By Sophie Tatum, CNN

Updated 3:14 AM ET, Thu August 17, 2017

**Sources: Trump without regret over new remarks** 02:36

**STORY HIGHLIGHTS**

**Washington (CNN)** — A personal lawyer to President Donald Trump forwarded an email comparing Confederate Gen. Robert E. Lee to founding US President George Washington, and

We use cookies to understand how you use our site and to improve your experience. This includes personalizing content and advertising. To learn more, click here. By continuing to use our site, you accept our use of cookies, revised Privacy Policy and Terms of Use.

More information          I accept



**Related Article:** Trump calls removal of Confederate monuments 'so foolish'

On Washington and Lee, the email argues that "both owned slaves," "both rebelled against the ruling government," "both men's battle tactics are still taught at West Point," "both were great men, great Americans and great commanders" and "both saved America."

"There literally is no difference between the two men," the email says, according to The Times. "You cannot be against General Lee and be for General Washington."

The email was originally written by Jerome Almon, an online writer and government conspiracy theorist who told the Times he has spoken with Dowd.

This week, Trump's response was heavily scrutinized after a rally in Charlottesville, Virginia, turned violent and a car rammed through a crowd, leaving one dead.

In the following days, Trump made a series of comments, first condemning aggressors "on many sides," then specifically naming white supremacists and neo-Nazis, then again on Tuesday seeming to defend some of those marching in protest of the removal of a statue of Lee.



**Related Article:** Trump defends Confederate statues: Here are 1,500 symbols of the Confederacy in the US

"I think there is blame on both sides," Trump said to reporters in Trump Tower on Tuesday.

The vague messaging caused politicians on both sides of the aisle to quickly reprimand his remarks and disavow white supremacy.

In a phone interview with The Times, Almon explained why he sent the email to Dowd.

"I was hoping it would get in the hands of President Trump -- I quite frankly hope he would review it right now because his presidency is on the line," he said. "I don't believe the President is getting the correct advice or proper information. Someone reading what I sent to Dowd will view Robert E. Lee differently."

We use cookies to understand how you use our site and to improve your experience. This includes personalizing content and advertising. To learn more, click here. By continuing to use our site, you accept our use of cookies, revised Privacy Policy and Terms of Use.

Case 3:18-cv-00092-TCB Document 1 Filed 08/15/18 Page 28 of 144

Rogue FBI employee married ISIS terrorist
07:24

# The FBI translator who went rogue and married an ISIS terrorist

By Scott Glover, CNN Investigates

Updated 11:40 PM ET, Mon May 1, 2017

We use cookies to understand how
you use our site and to improve your
experience. This includes
personalizing content and
advertising. To learn more, click
here. By continuing to use our site,
you accept our use of cookies,
revised Privacy Policy and Terms of
Use.

**More information**       **I accept**

It also raises questions about whether Greene received favorable treatment from Justice Department prosecutors who charged her with a relatively minor offense, then asked a judge to give her a reduced sentence in exchange for her cooperation, the details of which remain shrouded in court-ordered secrecy.



The man Greene married was no ordinary terrorist.

He was Denis Cuspert, a German rapper turned ISIS pitchman, whose growing influence as an online recruiter for violent jihadists had put him on the radar of counter-terrorism authorities on two continents.

In Germany, Cuspert went by the rap name Deso Dogg. In Syria, he was known as Abu Talha al-Almani. He praised Osama bin Laden in a song, threatened former President Barack Obama with a throat-cutting gesture and appeared in propaganda videos, including one in which he was holding a freshly severed human head.

Within weeks of marrying Cuspert, Greene, 38, seemed to realize she had made a terrible mistake. She fled back to the US, where she was immediately arrested and agreed to cooperate with authorities. She pleaded guilty to making false statements involving international terrorism and was sentenced to two years in federal prison. She was released last summer.



The FBI, in a statement to CNN, said as a result of Greene's case it "took several steps in a variety of areas to identify and reduce security vulnerabilities. The FBI continues to strengthen protective measures in carrying out its vital work."

The FBI did not identify what steps were taken and declined further comment.

"It's a stunning embarrassment for the FBI, no doubt about it," said John Kirby, a former State Department official. He said he suspects Greene's entry into Syria required the approval of top ISIS leaders.

Most outsiders trying to get into an ISIS region in Syria risk "getting their heads cut off," said Kirby, now a CNN commentator on national security matters. "So for her to be able to get in as an American, as a woman, as an FBI employee, and to be able to take up residence with a known ISIS leader, that all had to be coordinated."

In court papers filed in US District Court in Washington D.C., prosecutors characterized Greene's conduct as "egregious," deserving of "severe punishment."

Assistant US Attorney Thomas Gillice said Greene had "violated the public trust, the trust of the officials who granted her security clearance, and the trust of those with whom she worked and, in doing so, endangered our nation's security."

Even though Greene's "conduct skirted a line dangerously close to other more serious charges," the prosecutor argued she should receive a lighter sentence because of her cooperation.

Greene's two-year sentence was less than punishments given other defendants charged with terrorism-related crimes.

Even failed attempts to travel to Syria and join ISIS have earned defendants much stiffer prison sentences. Americans convicted in dozens of recent ISIS prosecutions received an average sentence of 13 1/2 years in prison, according to an analysis in April by the Center on National Security at Fordham University.

A Justice Department official, however, said Greene's sentence was "in line" with similar cases, but declined to cite examples.

After Greene finished cooperating with authorities, prosecutors asked the judge to unseal portions of the court file, including Greene's identity.

"Unsealing these documents will allow appropriate public access to and knowledge of the circumstances of this case," prosecutors stated.

Greene, who now works as a hostess in a hotel lounge, said in a brief interview with CNN that she was fearful of discussing the details of her case.

"If I talk to you my family will be in danger," Greene said. She declined further comment.

CNN is withholding Greene's location in the US and has obscured her face in photos and videos due to concerns raised about her safety.

Her attorney, former assistant federal public defender Shawn Moore, said he could not comment on details of the case, citing attorney-client privilege constraints and national security restrictions.

He described Greene as "smart, articulate and obviously naïve." He said she was "genuinely remorseful" for her actions.

"She was just a well-meaning person that got up in something way over her head," Moore said. He declined further comment.

## "She was a really hard worker..."

There is nothing readily apparent in Greene's past to suggest she would one day find herself the bride of an international terrorist.

Born in Czechoslovakia and raised for a time in Germany, she married a US soldier at a young age and moved to the United States, several friends and acquaintances recalled. She went by the nickname Dani.

She attended college at Cameron University in Oklahoma where she was on the dean's list. She then went to graduate school at Clemson University where she earned a Master's Degree in history.

"I could see she was a really hard worker," said Clemson Professor Alan Grubb, who advised Greene on her thesis, which explored "racial motivations for French collaboration during the Second World War."

"She was one of our better graduate students, I thought," he said.

Grubb recalled writing a letter of recommendation for her for a job that involved translating for a federal government agency.

Fluent in German, Greene went to work for the FBI as a contract linguist in 2011. It was a job that, following a grueling application and vetting process, came with a top-secret national security clearance.

Greene was assigned to the bureau's Detroit office in January 2014 when she was put to work "in an investigative capacity" on the case of a German terrorist referred to in court records only as "Individual A."

CNN identified "Individual A" as Cuspert using court documents, newspaper articles about his music career and transformation to jihadist, government bulletins, videos and other sources. His identity was ultimately confirmed by a source familiar with the investigation.

## From Gangsta Rapper to Jihadist



Before Cuspert became a front man for jihadists, he was known as Deso Dogg in Germany. Tattoos on each hand spell out the image he cultivated in the mold of American gangsta rappers.

"STR8" was inked on one hand, "THUG" on the other.

One CD cover featured Cuspert with a menacing glare, holding a gun to his own head. His image was backed up by a real life rap sheet with a string of arrests. He had a lean, muscular physique and trained in various martial arts.

Cuspert never achieved star status in the music world, but he did enjoy some success: In 2006, he opened for popular US rapper DMX.

A near-death experience in a car accident prompted Cuspert to turn to religion, according to numerous press accounts. In 2010, he quit the rap world and converted to Islam. He traded his hard driving gangsta-style lyrics for Islamic devotional songs called Nasheeds, including one that praised bin Laden.

Cuspert gained some notoriety as an extremist in 2011 after he posted on Facebook a fake video purportedly showing US soldiers raping a Muslim woman. The video motivated a man to carry out a terrorist attack on the Frankfurt airport, killing two US airmen and wounding two others, according to The New York Times.

In 2012, Cuspert fled Germany, reportedly spending time in Egypt and Libya. The following year, he arrived in Syria, where he would emerge as "ISIS's Celebrity Cheerleader," according to a report from the Middle East Media Research Institute (MEMRI), a group that monitors various topics in the region, including violent extremism.



# I was weak and didn't know how to handle anything anymore. I really made a mess of things this time."

DANIELA GREENE, JULY 8, SYRIA

As part of the FBI's investigation into "Individual A," Greene identified several online accounts and phone numbers used by the terrorist, according to the court file.

Among them were two Skype accounts. She maintained "sole access" to a third Skype account, the records state.

It was in April 2014, during Greene's work on the investigation, that Cuspert appeared in a video declaring his allegiance to ISIS and its leader, Abu Bakr Al-Baghdadi.

He called ISIS "the state that no one can stop," adding, "we will continue to build it until it reaches Washington... Obama!" He then made a throat-cutting gesture with his finger, according to the MEMRI report.

On June 11, 2014, Greene filled out a Report of Foreign Travel form -- a document FBI employees and contractors with national security clearances are required to complete when traveling abroad.

Greene, who was still married to her American husband at the time, characterized her travel on the form as "Vacation/Personal," court records show.

"Want to see my family," she wrote. Specifically, Greene said, she was going to see her parents in Munich, Germany.

She boarded an international flight on June 23, 2014. But her destination wasn't Germany. She flew instead on a one-way ticket to Istanbul, Turkey, where she had reservations at the Erguvan Hotel. From there she traveled to the city of Gaziantep, about 20 miles from the Syrian border.

She contacted "Individual A," the documents state, and with the assistance of a third party arranged by him, crossed the border into Syria. Once there, according to the court records, she married him.

Shortly after, Greene sent emails from inside Syria to an unidentified person in the US showing she was having second thoughts and suggesting she knew she was breaking the law.

"I was weak and didn't know how to handle anything anymore," she wrote on July 8. "I really made a mess of things this time."



# I am gone and I can't come back. I am in a very harsh environment and I don't know how long I will last here, but it doesn't matter, it's all a little too late..."

DANIELA GREENE, JULY 9, SYRIA

In another email the following day she wrote: "I am gone and I can't come back. I wouldn't even know how to make it through, if I tried to come back. I am in a very harsh environment and I don't know how long I will last here, but it doesn't matter, it's all a little too late..."

Rogue FBI employee married ISIS terrorist she investigated - CNNPolitics

On July 22, 2014, she again wrote to the unidentified recipient: "Not sure if they told you that I will probably go to prison for a long time if I come back, but that is life. I wish I could turn back time some days."

While Greene was expressing regrets, Cuspert was actively fighting ISIS's battles.



# I will probably go to prison for a long time if I come back, but that is life. I wish I could turn back time some days."

## DANIELA GREENE, JULY 22, SYRIA

A video from July 2014 "showed glimpses of him in the bloody aftermath of the ISIS takeover of the Al-Sha'er gas fields in Homs," according to the MEMRI report on Cuspert. In a field covered with dead bodies, Cuspert "is seen for several seconds beating a corpse with a sandal," the report said.

## Back in the US

It is unclear from the court file precisely when or how authorities learned of Greene's actions, but on Aug. 1, 2014, five weeks after she left for Syria, federal authorities secretly issued a warrant for her arrest.

"At that time," prosecutors would later write, "the defendant was at large in Syria or Turkey in the company of the leader of a terrorist group."

After about a month in Syria, Greene somehow was able to leave the war-torn country and returned to the United States. She was arrested on Aug. 8, 2014.

In November that year, with Greene in custody and cooperating with the government, prosecutors argued for the court file to remain sealed: "Publicity regarding the arrest of the defendant or the charges against her would contribute to a substantial likelihood of imminent danger to a party, witness or other person as well as a substantial likelihood that the ongoing investigation will be seriously jeopardized."

What ensued was a succession of secret hearings and court filings.

Then, on April 17, 2015, prosecutors told the judge Greene's cooperation had concluded. The following month, portions of the case file were unsealed, though the judge kept some material secret.

Gillice, a prosecutor in the National Security Section of the US Attorney's office in Washington D.C., wrote that Greene placed herself and her country in serious jeopardy.

"She endangered our national security by exposing herself and her knowledge of sensitive matters to those terrorist organizations," he wrote. "Her escape from the area unscathed, and with apparently much of that knowledge undisclosed, appears a stroke of luck or a measure of the lack of savvy on the part of the terrorists with whom she interacted."

In his argument for a reduced sentence, Gillice noted that Greene immediately began cooperating with authorities. Her cooperation was "significant, long-running and substantial," he wrote.

"After the egregious abuse of her position, the defendant attempted to right her wrongs, and to ultimately assist her country again," the prosecutor wrote.

## 2011
Daniela Greene joins the FBI as a linguist

## January 2014
Assigned to FBI Detroit bureau; investigates "Individual A," an ISIS terrorist

## June 2014
Travels to Syria, marries terrorist

## August 2014
Greene flees Syria, arrested in US

## December 2014
Greene pleads guilty after cooperating with authorities

## August 2016
Greene released from prison after serving two years

# A Special Designation

A month after Greene secretly pleaded guilty in December 2014, an item appeared in the US government's federal register about the man that only handful of people knew she had married.

It was a notice from then-Secretary of State John F. Kerry dated Jan. 9, 2015.

"I hereby determine that the individual known as Denis Cuspert, also known as Denis Mamadou Cuspert, also known as Abou Mamadou, also known as Abu Talha the German...committed, or poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States."

The obscure posting was a precursor to the State Department declaring Cuspert a "Specially Designated Global Terrorist" in February 2015 in a bulletin on the agency's website.

The bulletin cited his oath of loyalty to ISIS and his appearance in a video in which he held a severed human head he said belong to man executed for opposing the group.

It called Cuspert "a willing pitchman for [ISIS] atrocities" and said he appears to be a recruiter with a special emphasis on recruiting German speakers to the terrorist organization.

Case 3:18-cv-00092-TCB   Document 1   Filed 08/15/18   Page 36 of 144

The bulletin made no mention of him having recently married an employee of the FBI.

But days after the State Department bulletin was posted, a German newspaper published a report saying Cuspert had married an FBI spy.

The report, citing unnamed US and German intelligence officials, did not name the spy.

The report was also at odds with Greene's case on a fundamental level: It described the operation as an FBI-sanctioned plot in which Cuspert was duped by a spy, not as the work of a rogue employee who broke the law and betrayed her country in the process.

Several news outlets ran brief stories summarizing the German report. The FBI declined comment and the matter died without Greene's identity or true role being revealed.

In October 2015, the Pentagon said Cuspert was killed in an air strike near the northern Syria city of Raqqah.

Nine months later, on August 3, 2016, the Pentagon released a statement reversing its assessment of Cuspert's death: "It now appears that assessment was incorrect and Denis Cuspert survived the airstrike."

One day later, Greene was released from federal prison, records show.

*CNN's Eric Lichtblau, Curt Devine, Scott Bronstein, Drew Griffin, Collette Richards, Tal Yellin contributed to this report.*



You are here: Home / News / School Shooter Problem Solved: Girls DHS, Drive-Bys, Reality Tv At Center Of
Issue.

# School Shooter Problem Solved: Girls DHS, Drive-Bys, Reality Tv At Center Of Issue.

October 15, 2015 by Staff
Filed under News, Opinion, Weekly Columns

3 Comments

**Like**

Like   30 people like this. Sign Up to see what your
friends like.                                                            Tweet

(**ThyBlackMan.com**) You should sit down before you read this. The Department of Homeland Security (DHS)
and the FBI have had irrefutable evidence as to the origin, cause, and solution to school and mass shootings…
and didn't tell you. I authored a report on school shootings in which DHS download over a dozen times in 24
hours which solved the issue years ago (the download is HIGHLY unusual). The report sparked so much
attention because it reached the exact opposite conclusions as the Secret Service report on school shooters did.
The report accurately predicted the actions of school and mass shooters in future attacks, such as the move to
attacking movie theaters, and America having one school shooting a week.

It also provided strategies and tactics to recognize killers before they committed their acts, and even
demonstrated how to stop the killers once they reached their target. The FBI's Behavioral Science Unit and
numerous attacks since DHS received the report have verified the report is 100% accurate. What's coming next
will be whole lot worse unless a major change of course is charted in addressing the problem. So WHY won't
DHS and the politicians that have the information tell YOU?  You won't like the answer.

## THE STUNNING ORIGIN OF SCHOOL SHOOTERS

School shooters are the Google generation's serial killers. School shooters mirror serial killers in every way
except for two:

**1)** They are much younger than serial killers which explains # 2

**2)** They haven't learned patience which explains why they kill the way they do

This is the profile of a serial killer: they tend to be in their late 20's-late 40's, are male, played with fire and
tortured animals as a child, are sexually dysfunctional, have strong mother issues/are misogynistic, a
loner-"oddball," higher than average IQ, and most importantly are ALL AMERICAN. Sound familiar?
Compare the makeup of school shooters and you get the EXACT same profile.

America is 4.5% of the world's population, however we produce 75% of the world's serial killers, and despite
what the media and "experts" say, 90% of serial killers are perfectly SANE (that is not crazy). To put this

American pandemic into perspective examine this comparison, Tom Brady has won 4 Super Bowls out of the 49 played (8%), and is considered the greatest quarterback of all time. In order for Brady to match the percentage of serial killers America MANUFACTURES, he would have to have won 37 of the 49 Super Bowls that have been played. That could not happen, would not happen. So WHY is America the Mecca of such socio-pathological behavior?

Sit back down, it's called COMEUPPANCE (my favorite word in the English language better known in the ghetto as PAYBACK). American culture has a dark side that we seldom address, so I will address it here. The myth of America is what's getting kids killed, in short we are living in a deluded culture. When that delusion meets the real world, a certain percentage of people become horribly violent. The deeper the delusion, the worse the killers will be and the more they will kill. Serial killers and school/mass killers are actually an American cultural export. Where ever you find American TV and military bases you will have the killers sprout up like



weeds. Look at [image] the countries that dominate the globe in the production of both serial killers and school shooters: America, Canada, the UK, Germany, Switzerland, Australia, and the Scandinavian countries. They are all WESTERN, industrialized nations flooded with American culture through TV and Americans visiting the countries.

## WHY THE SCHOOL SHOOTING EPIDEMIC NOW

You might want to pour yourself a drink. The first school shooter ironically was a teacher named Heinz Schmidt who committed his attack in Bremen, Germany in 1913 (on the eve of WWI). The first modern day school shooter was a 16 year old girl from Southern California (SOCAL) who committed her act in January of 1979, and the second modern day school shooter was an ex-soldier who committed his attack in January of 1989 in SOCAL. All three individuals lived in the same social ENVIRONMENT, an environment that mirrors present day America in every aspect. Specifically, their profiles are EXACTLY the same from the simmering anger, physical and psychological isolation, and incredibly unhappy.

The school shooter is a very angry, very mean, and determined killer seeking to exact retribution upon that very society that produced him and his misery. He is a cold blooded hunter that is crazy like a shark (hence why I have labeled them "Akulas" the Russian word for shark made famous in the Denzel Washington Gene Hackman movie "Crimson Tide")."The school shooter is America's modern day Frankenstein, he is the monster that we created and are in fact nurturing by not addressing and purging those elements from our society that created him.

Still sitting? Another major reason why the school shooter has popped up en masse now is the failure of our leaders to recognize the advancing TREND after the first two events and take necessary actions. I have been aware of the coming of school shooters since the 80's. I reached this conclusion as a result of hanging out with punk rocker White kids from Detroit and from growing up around gang bangers that pulled drive-bys. The White kids were so angry at their parents, their culture, AMERICA, and it was the EXACT same anger I saw in Black teenage gangstas prowling the streets.

You are seeing something that often happens in America, a trend starts in the ghetto and then hits the rest of America like ton of bricks. What happens in Detroit (_Black America_), does not stay in Detroit. Be it, Hip Hop, a dance, whatever, it will show up as a major factor in American culture, especially if it is a negative sooner than later. I am not saying school shooters looked at drive-by shooters and said they wanted to be like them, I am

saying the elements in the Black community that created cold blooded teen killers that "spray" kids on the way to school NATURALLY created similar killers in the White community that "spray" kids in school. America had a chance to end and purge school shooters from our culture with the April 1999 Columbine shooting, but blew it by taking NO action whatsoever and by not recognizing what has become THE cultural curse of our time.

## THE ELEMENTS

"Once you eliminate the impossible, what remains, no matter how improbable, must be the truth," Sir Arthur Conan Doyle (author of Sherlock Holmes). I approach all problems and most importantly the solutions to problems using this axiom along with the investigative techniques used by the National Transportation Safety Board when investigating a plane crash. I begin by eliminating what it COULDN'T be, and that process always leads me to what it must be. Stay seated because this is the most shocking information on the catastrophe. If you are depending on DHS, the FBI, ATF, or politicians to save you-it AIN'T happening. They are as incompetent and uncaring as it gets regarding the issue. They don't understand the problem, much less have any solutions other than showing up to count the bodies after the NEXT incident for some camera time.

Worse, DHS and the other agencies mentioned are infected with the same "American sickness" that has produced the school shooter. I know this is going to be horrifying to the public at large, but the medicine that is best for you, most often tastes the worst to you http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/. That's right DHS and through its sub-agencies and partners such as TSA, ICE, ATF, Air Marshalls, the Secret Service, and Customs and Border Protection have sexually assaulted, raped and murdered countless numbers of girls and women. I warned about criminal activity in a letter to the head of DHS in 2009 due to girls that came to visit me from Canada, India, Germany, Australia, Norway, and other countries being targeted as the girls and women were who were raped and killed by DHS agents. I have formally sent a complaint to DHS Inspector General John Roth (IG), who ironically attended the same college as I did at the same time as I did. DHS REALLY does not want that letter to get out, it is the H-Bomb that blows up DHS and reveals ALL of its dirty business. The bottom line is those girls and women would not have been raped and would be alive if I was listened to from the start.

This is the tip of the iceberg, the situation is far worse than the article indicates (I have been contacted by 3 major US media entities, and others in India and Europe seeking the letter to the DHS head and further information on matter. Additionally, the Foreign Ministers of countries from India, Norway, Australia, and other Western countries have the information and are seeking ways to protect their female citizens based on my warning, especially after this incident http://www.nbcnewyork.com/news/local/TSA-Screen-Agent-Sex-Abuse-Charge-New-York-City-LaGuardia-Arrest-Bathroom-323231251.html.) This is why I cannot take the Bill Cosby allegations, nor Gloria Allred seriously, this situation is a real threat to females that deserves the avalanche of media attention the Cosby story has gotten. For the record Gloria Allred refused to help the ladies within the agencies that have come forward to report even more incidents. I am working with the female agent leading the charge within the ATF (a Black woman) before my mother, sister, or friend is the next victim.

You might want to cut off the television. Fake-ality TV, that's what it is-there is nothing real about it. Reality TV is a main cause in the rise of school shooters. The rise of school and mass shooters tracks EXACTLY with the rise of reality TV as a cultural phenomenon. This socio-pathological brain rot masquerading as entertainment has created… surprise, surprise, sociopaths. An examination of school shooters and mass shooters reveal that they sought unwarranted fame just like the fake-ality TV non-talents do. The killers are out to create the ultimate reality TV show streamed live in HD through the news media.

What is the main theme of this genre of trash TV? The participants get paid and media coverage for acting like fools-the more foolish, the more violent, the more ridiculous, the more attention they get. Just look at the UCC (Oregon) and UCSB (California) shooters postings and other electronic MEDIA designed to make their crimes entertainment and make them "celebrities." Just think on this, American TV from the 50's, 60's, 70's, and 80's infected the world with serial killers, reality TV compared to shows from that era such as "Leave It To Beaver," "Beverly Hills 90210," and "A Different World" is like comparing meth to aspirin-hell is coming our way.

The other major element in the epidemic of school shootings is girls-all in negative ways. The over whelming majority of these killers hate women, with a searing hatred and lack of respect for their mothers. Just look at how many of the mothers helped the shooters obtain the guns used in the attacks. But there is a larger and deeper problem from mothers in 2 areas:

**1)** In a blistering and prophetic 1965 report entitled The Negro Family: The Case For National Action (known as the Moynihan Report). Daniel Patrick Moyihan warned that the trend of a Black community ran by females was destroying Black America in catastrophic fashion. In short, the report stated that the ghetto was emasculated. For some insane reason, the rest of America adopted this disastrous trend and ran with it. America has become effeminized, and it is killing us-literally.

I know this is harsh, but all the studies, evidence, and my real world experience shows that women cannot and should not be in charge of raising boys-especially alone. Female dominated communities will most certainly lead to massive social disasters within those communites regardless if the community is White, Black, Asian, Latino, or other. To be straight up, the basic discipline and mental toughness that MUST be entrenched in American society, specifically regarding boys and young men has been removed and replaced with "effeminate confusion." Femininity is great for girls and women, but it is crime wave sure to come when imposed on men and boys. See the article "Motown's Road To Ruin" out of Australia to get the full reasons as to WHY.

**2)** The rants of the school shooters on social media are the statements of a love sick school girl, not of a boy or grown man. The language of the killers is extremely feminine and opposite of what a young man should sound like. Well you can thank Oprah and Dr. Phil for this, America wanted males to get in touch with their feelings, well they did and look at the result. If you are a guy, don't get in touch with your feelings. Instead "walk it off," "grin and bear it," be logical not emotional, and accept that you win some, you lose some like everyone else. When you have mentally effeminate males it is a matter of time before they go all Elizabeth Taylor…with gun in hand. Males make horrible females folks, not that it can't work-it DIDN'T work.

Unfortunately, even the individuals and organizations that are out to end the massacres have been purely 100% EFFEMINATE and IMPOTENT in addressing the issue. Question, are there LESS shootings or MORE shootings since the groups formed and initiated their plans to REDUCE school shootings? Results don't lie.

## WHY YOU HAVEN'T HEARD THIS INFORMATION

You haven't heard this information because of WHO it came from (or as DHS put it to me, "BOY, how dare you"). You see I am a _Black_, straight talking, real world type of problem solver that values saving children's lives over hurting grown folks feelings. I am not a politician so I can tell you the TRUTH. Most importantly I have been RIGHT in every analysis, forecast, and prediction on school and mass shootings, while the "experts" have been wrong…DEAD WRONG. I was recently interviewed by iHeart radio in Lafayette and LA concerning my correctly predicting numerous events that happened and techniques that came from my report that were used during school and mass shootings that stopped the shooters in their tracks and saved countless lives.

The reporters just could not wrap their heads around how I could be so right and the Ivy League and DHS geniuses could be so wrong. I explained it like this, I was raised in America's most violent and murderous city (Detroit), I was a paratrooper that has had many a parachute fail on me, I spent a year in the desert wars on the front line, I had my girlfriend in Norway almost get blown up by a mass killer that killed 77 people, and I have seen so many violent acts there is none that could surprise me.

One thing I have learned through all of this is that I will take a street PHD over a Harvard PHD any day. The physical real world ALWAYS beats the philosophical book world.

I am also university educated and I was trained in political and social science by men that were former officers in the Soviet Army, wrote Constitutions in Europe, barely survived numerous wars and genocide, and are high ranking military officers from the all over the world. I respect these men because they know violence and pathology as well as I do because like me, they have LIVED it. Experience is the teacher I respect. Any

solutions that the anti-real world rookie academic comes up with will be wrong, it is impossible for them not to be due to the human element at the center of the problem. However, they are so egotistical that they would rather see your children dead than to give you the information that would save them. Remember what I said about the dark side of American culture, and this is the worst of it.

## THE SOLUTION

**1)** Hold a conference with the best thinkers in the world concerning the issue of school shooters. The President should have done this long ago, and any further delay will spell doom for a lot of innocent civilians and cement the trend as a part of Americana like Elvis, apple pie, and Chevrolet. I am in the process of setting up such a conference with global experts. This petition gets the idea on the President's desk and as a priority instead of what it is now, a political after thought http://wh.gov/iPO1e .Trust me the shootings will not stay in one section of the American community it will spread to every community just as serial killers have unless YOU the public step up and DEMAND action be taken instead of endless discussion.

**2)** Do opposite of what we have done socially since the end of the 80's, that is end the psychobabble, end the junk science, and end the practice of drugging our children with psychotropic drugs (which they are mixing with street drugs which is turning them into "zombie youth" killers).

Recognize that boys and girls are different more than anatomically and have different needs. We must end the oppression of political correctness (PC). Did we have this cancer in our society when were real world instead of PC? No. Just do a comparison and contrast of the 1980's and right now 2015 and it will become crystal clear as to what caused the school shooter disaster we know as the school shooter.

This approach should be combined with basic physical security at all schools and theaters along with "mass shooter interruption" protocols. You must DEMAND not ask-your child's life depends on it.

**3)** We need Apple solutions to this Google generation problem. Up until now the approach has been strictly typewriter-ish, and it has no chance of working. The problem must be looked at in the same way these bottom of the totem pole researchers looked at ulcers-scientifically http://kidshealth.org/teen/diseases_conditions/digestive/ulcers.html. That's right for 100 years all the Harvard and Yale doctors, pharmaceutical execs, and geniuses on Earth were wrong, causing millions of people to suffer in agony and spend billions of dollars on that suffering. No one ever thought to actually examine the medical problem using medical science-as is the case with school shootings and social science. The medication given to the patients with ulcers was snake oil, pure and simple. The "medicine" being given to America for the school shooter virus is social snake oil-don't buy it.

I must address President Obama's statements after the UCC shooting. His statements were irresponsible, dishonest, and defy the facts at hand. This issue does not need politicizing, it needs SCIENCE-izing. The concentration should not be on gun control, Americans are not giving up guns, a matter of fact they can't do it because of another serious issue. Even if Americans gave up every gun in the country, it would not decrease the killings, it would increase the killings. The killers will just move to homemade bombs. In Las Vegas, Alabama, and the Columbine school shootings, the attackers brought homemade bombs to the schools- which fortunately they never got to explode. The death toll from the bombs would have been catastrophic (think Oklahoma City Federal building and the fact that most US troops killed in Iraq were killed by homemade bombs not bullets). So rather than concentrate on the impossible, let's concentrate on the doable Mr. President. Politics is the PROBLEM here not even close to the solution.

Finally, keep in mind as I say this, I voted for President Obama in 2008, have defended him when he was right, and don't own a gun, nor am I a member of any gun organization. President Obama has little to no credibility in the area of American gun violence from my standpoint. While he has targeted gun owners, stated how much he dislikes the shootings in his hometown of Chicago, and that the Newtown massacre was the worst day of his Presidency, his actions don't match his words. In fact both have led to more incidents. You cannot have Al Sharpton and Jay Z at the White House with their endless social scamming and be taken seriously on the issue.

It's like President Bush saying was serious about improving race relations, and cleaning up Wall Street as he sits down weekly with the head of the KKK and Bernie Madoff in the Oval Office. As the saying goes-"the company you keep…" President Obama is more of a politician on this issue than the parent he needs to be. President Obama needs to get some outside advice and he should have the Secret Service report on school shooters re-examined and then re-written- it has become the Iraq War of domestic policy. It is the gift that keeps on giving like the social Ebola it is. Now you can get up, if you can.

## MY WARNINGS AND PREDICTIONS ON SCHOOL SHOOTERS

http://www.ireachcontent.com/news-releases/secret-service-reached-wrong-conclusions-on-school-shooters-cites-report-235310041.html

http://www.abnewswire.com/pressreleases/fbi-confirms-school-shooters-are-new-breed-serial-killers_7254.html

http://www.ireachcontent.com/news-releases/fbi-dhs-now-know-motives-of-newtown-colorado-shooters-238349691.html

http://www.abnewswire.com/pressreleases/fbi-confirms-school-shooters-are-young-serial-killers_7227.html

Staff Writer; **Jerome Almon**

One may contact him at; **tracy@caligirltracy.com**.

**Share Post**    Twitter    Facebook    Google +1    Email

Tags:



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA

NEWS    LICENSES & CARRY LAWS    HUNTING    GUN RIGHTS    WHAT'S LEGAL

**Want to become a gear reviewer?
Enter Your Email for a Chance!**

Enter Your Email...    YES I WANT FREE GEAR

You are here: **Home** / **opinion** / Secret Reports Exonerate Guns in School Shooter Creation

# Secret Reports Exonerate Guns in School Shooter Creation



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA

~~Creation. Hollywood and Washington, D.C. are to blame for the rise of the school shooter — not~~ the gun.

# Guns Not to Blame for Creation of School Shooters

In This Article:

- Guns Don't Kill People…
- Sex, Lies, and the Parkland Shooting: FBI and Police Failures
- FBI Blows Other Mass Shooting Cases
- Enemies in Our Midst
- Public Safety Takes Backseat to Politics
- Mass Shooting Policy Fails Public
- Pulse Nightclub Shooting
- San Bernardino Shooting
- Las Vegas Shooting
- Police Change Behavior
- Location, Location, Location
- Social Issues Create Shoot
- School Shooters: The Facebook Generation's Serial Killer
- Stereotyping Your School Shooter
- School Sh Suffer from Couples Envy
- Th



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA



Secret Reports Exonerate Guns in School Shooter Creation

the lives of 17 people during the Feb. 14 school shooting at Marjory Stoneman Douglas High School?

The answer is they didn't miss it. It is impossible that the FBI missed that Nicholas Cruz was exactly what he turned out to be – a murderous school shooter. The answer as to why the FBI didn't pursue the Nicholas Cruz can be found in the bureau's conduct in similar cases, and a case in which the FBI insisted that a female suspect was arrested for a mass shooting even though she was not at the scene of the crime and have never fired a gun in her life.



— — OPINION POLL — —
Is Trump Doing A Good Job On The Economy?
Click To Call
Vote & Share Your Opinion

HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA



SURVIVOR HK-762 OUTDOOR FIXED BLADE KNIFE

- 7" OVERALL
- 3.5" 3MM THICK BLADE,
- BLACK DOUBLE EDGE BLADE
- FULL TANG MILITARY GREEN CORD WRAPPED HANDLE WITH LANYARD
- INCLUDES MILITARY GREEN NYLON SHEATH

SAVE $70.69

COMPARE TO
GERBER STRONG ARE
$74.95
ITEM: #102244

$4.26

CUSTOMER RATING
★★★★★

GOOD ONLINE AT STORE.SURVIVALLIFE.COM | CANNOT BE USED WITH ANY OTHER DISCOUNT | OFFER GOOD WHILE SUPPLIES LAST | LIMIT ONE OFFER PER CUSTOMER

FBI B[...]ss Shooting Cases



— — OPINION POLL — —
Is Trump Doing A Good Job On The Economy?
📞 Click To Call
Vote & Share Your Opinion

HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA



**FBI Blows Other Mass Shooting Cases Photo by** Self

Pulse nightclub shooter **Omar Mateen's** high school classmates, fellow security guard at G4S, trainees at a police academy (where police were called to escort him from the facility), and gun shop clerks all reach the conclusion that he is a terrorist. The FBI inexplicably twice investigates Omar Mateen for terrorism and clears him. Omar Mateen kills 49 people and wounds 50 people in June 2016.

The FBI is warned by the FSB (Russia's new KGB) that **Dzhokhar and Tamerlan Tsarnaev** are terrorists upon their return to Boston from a prolonged stay in the terror hotbed region of the Caucasu... ...FBI takes no action. Dzhokhar and Tamerlan Tsarnaev killed 3 people



— — OPINION POLL — —
**Is Trump Doing A Good Job On The Economy?**
📞 **Click To Call**
Vote & Share Your Opinion

**HOME**    **ACCESSORIES & GEAR**    **BUYING INFO**    **BY INTEREST**    **GUNS & AMMO**    **LAWS & RIGHTS**

**SHOTGUNS**    **TIPS & TRICKS**    **STORE**    **JOIN AGA**

encountered the Las Vegas shooter was unarmed. All evidence shows that had he been armed, the shooter would never have been able to fire one round at the crowd below.

**Editor's Note:** Legal "Loophole" Allows You To Carry Concealed In 28 States

## Public Safety Takes Backseat to Politics

Recall that I stated that there is a current case in Florida where the FBI insisted that a female was arrested and charged in a mass shooting, even though she was not on site when the shooting took place?

That female is Pulse nightclub shooter Omar Mateen's wife. **Noor Salman** is currently on trial in Orlando, where she is facing a life sentence for telling the FBI and James Comey the same story that the FBI and James Comey told us. Noor Salman states that she had no idea that her husband was a mass shooter – just as the FBI told us in Omar Mateen's case, and the numerous cases from Boston to Parkland.

Now, why do we believe the FBI? How could we believe the FBI? How is it even possible that the FBI didn't know what they are accusing Noor Salman of knowing? We have to accept that the FBI blew the Parkland shooting investigation for the same reasons it blew all of the other investigations. Protecting the kids at Marjory Stoneman Douglas High School took a back seat to politics, political correctness, and to be direct – a lack of caring, simple as that.



Case 3:18-cv-00092-TCB Document 1 Filed 08/15/18 Page 50 of 144

**HOME**   **ACCESSORIES & GEAR**   **BUYING INFO**   **BY INTEREST**   **GUNS & AMMO**   **LAWS & RIGHTS**

**SHOTGUNS**   **TIPS & TRICKS**   **STORE**   **JOIN AGA**

public is being told about police charging into mass shootings with guns blazing. In typical present-day American fashion, as DHS is telling citizens to arm themselves and be prepared to repulse mass shootings, the politicians, and corporations are telling Americans to disarm.

The real world evidence of the DHS, FBI, and now police policy lies in the conduct of police in three of America's worst mass shootings:

## San Bernardino Shooting

Despite being heavily outgunned, four officers who had never worked together (aa lieutenant, one patrol officer, a homicide detective, and a motorcycle officer), immediately enter the Inland Regional Center in San Bernardino, California and launch a "contain and kill" hunt for ISIS terrorists Syed Farook and Tashfeen Malik.

The officers who had arrived 3.5 minutes earlier clear the entire building without hesitation, although they are aware that they are facing cold-blooded killers armed with semi-automatic rifles. No additional casualties occur among civilians or after the four officers entered the building.

The Jihadi Bonnie and Clyde couple are gunned down by police in Redlands, California 4 hours later in a kill or be killed shootout. Police rain 440 rounds down on the Farook and Malik saving dozens of lives.



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA



**Las Vegas Shooting Photo by** NDTV

Despite the entire Las Vegas Metropolitan Police Department being deployed to the Las Vegas Strip to neutralize the Route 91 Harvest Festival shooter at Mandalay Bay Hotel and Casino, sniper units, special response teams (SRT), and "kill" squads from Nevada's Joint Terrorism Center wait one hour and 15 minutes to enter the shooter's hotel room.

## Police Change Behavior

The San Bernardino shooting took place in December 2015, the Pulse Nightclub shooting took place in June 2016, the Las Vegas shooting took place in October 2017, and the Parkland shooting took place in February 2018. So what happened between San Bernardino and Parkland that caused such a drastic change in police behavior? Two things:

1. The police departments around the country got word of the DHS and FBI policy, detailed in the ticle.



— — OPINION POLL — —
Is Trump Doing A Good
Job On The Economy?
Click To Call
Vote & Share Your Opinion

HOME     ACCESSORIES & GEAR     BUYING INFO     BY INTEREST     GUNS & AMMO     LAWS & RIGHTS

SHOTGUNS     TIPS & TRICKS     STORE     JOIN AGA

There will be no waiting for SWAT or for instructions from the Feds. Broward County, Las Vegas, and Orlando police don't have that same attitude – that same O.K. Corral mentality – and it showed in the worst of ways. To put it in perspective, the Las Vegas shooter would have been dropped in 15-30 seconds by a counter sniper or in a rush of street cops had he tried the same thing in New York City, Detroit, Chicago, or Los Angeles – and that's why he didn't try it in one of those cities.

Again, President Trump is right on the money. The Parkland shooter would not have gone to the Marjory Stoneman Douglas High School if he thought there was even a chance that the three teachers and coaches that he killed were possibly armed. No way, no how.

## Social Issues Create School Shooter

The ratio of guns to Americans has been consistent for the 241 years of our history. The cause of the school shooting epidemic cannot be guns. That is impossible. The question is, what is different in today's America that is creating ultra-violent school shooters? The answer can be found in examining another uniquely American murderer: the serial killer.

America is 4.5 percent of the world's population but produces 75 percent of the world's serial killers. Despite what the media says about serial killers, 90 percent of them are perfectly sane. That is, they are not "crazy." They are sociopaths, not psychopaths. The most important facts to understand about killers are that they are manufactured by society and are not naturally occurring.



— — OPINION POLL — —
**Is Trump Doing A Good Job On The Economy?**
📞 **Click To Call**
Vote & Share Your Opinion

HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA

The typical **serial kille**r is American, male, has major sexual issues, mother was a prostitute, tortured animals, is obsessed with fire/arson, has a higher than normal IQ, targets women and children, and is a voyeur with a penchant towards child pornography. All evidence indicates that the school shooter is the Facebook generation's serial killer, as evidenced by the Sandy Hook Elementary Elementary and Parkland shooters' known behavior.

The Sandy Hook Elementary shooter and copycat Parkland shooter were both discovered with **child pornography** on their phones and computers. The Parkland shooter was known to have **tortured animals**, carried around a **dead bird** – which he held to his crotch – and his drug-addict mother is reported to have sold him to his adoptive mother **for $50,000**. Sex is the substitute currency in the drug trade, and it is likely that the Parkland shooter witnessed his mother engaging in such activity.

## School Shooters Suffer from Couples Envy

Additionally, the Parkland shooter attacked on Valentine's Day. This was not a coincidence. The **Son of Sam** killer in New York City and several serial killers in California targeted couples under mirror circumstances. It was no mistake that the Parkland killer went to the freshman building to find victims. They were the physically smallest and least likely to be able to successfully fight back. The Parkland shooter is also the sociopathic doppelganger for the 2014 UC Santa Barbara shooter, who similarly targeted his smaller male roommates and females. The shooter made num̲e̲r̲o̲u̲s̲ ̲F̲a̲c̲e̲b̲o̲o̲k posts of his acidic envy of couples and males with girlfriends.



— — OPINION POLL — —
Is Trump Doing A Good Job On The Economy?
Click To Call
Vote & Share Your Opinion



**School Shooters Influenced by Reality TV Photo by CNN**

The school shooter traces directly back to the cultural changes in American society that began in the 1980s (present but in the minority) and became dominant in the mid-1990s. Reality TV is at the top of the list. Although originally dismissed as a factor by "experts" and academics in school shootings, the crack of entertainment is now widely blamed in intellectual circles as the main element in creating school shooters. This is evidenced in a December 2015 article in the Atlantic titled "**The Warning Signs of a Mass Shooting**."

The piece lays out in direct terms the poisonous effect that the mass delusion that is reality TV has brought on America. Directly put, removing guns from American society would not have any effect on decreasing school shooting casualties, but removing reality TV would. Some school shooters h̶a̶v̶e̶ ̶s̶t̶a̶t̶e̶d̶ ̶t̶h̶a̶t̶ they believed that the more people they killed, the more famous they would b̶e̶ ̶...̶  built-in delusion of *reality TV with the extreme fallacy of social*



– – OPINION POLL – –
**Is Trump Doing A Good Job On The Economy?**
📞 **Click To Call**
Vote & Share Your Opinion

Secret Reports Exonerate Guns In School Shooter Creation

HOME ACCESSORIES & GEAR BUYING INFO BY INTEREST GUNS & AMMO LAWS & RIGHTS

SHOTGUNS TIPS & TRICKS STORE JOIN AGA

The emasculation of American society is also a major cause of the rise of the school shooter. The suburban school shooter's inner city twin is the drive-by shooter, and both are a result of everything warned about in the infamous 1965 **Moynihan report** on the negative effects of a society where men don't head the American family.

An analysis of the two mass shooters finds that their origin and method of attack are exactly the same, with the only difference being where each kills. The drive-by shooter kills kids on the way to school. The school shooter kills kids actually in the school. In both cases, it is violence taking the place of a masculine and disciplined environment.

The result of the failed social policies of the post-80s has created "zombie youth" – cold-blooded, dehumanized, emasculated killing machines with the emotions of Elizabeth Taylor on her worst day, the mentality of a spoiled child, and the destructive power of a grown man. Guns could not have caused this.

## School Shooters Driven by 24-Hour Cable News Networks

Other factors, such as proximity to the previous school and mass shootings, have proven to be a major factor in additional mass violence events. There has been a cluster of such shootings in and around the Columbine shooting, Southern California, and the San Francisco area. The elements that lead to these clustered incidents of mass violence are not the number of guns or gun shops in the area, but instead are driven by endless coverage of the 24-hour cable news network.



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA

**study on school shooters** in 2000 that concluded that they were assassins. This report is wrong but is used as the Bible on school shooters by federal, state, and local law enforcement agencies.

That explains why the school shooter problem has mushroomed instead of being killed off. The Secret Service culture is hunting and thwarting assassins, so it is only natural that they reached this highly erroneous conclusion. They couldn't see the serial killer for the assassins they had concluded were the culprit before they looked at one piece of data – the same thing that is now being done with guns – particularly rifles.

## Social Snake Oil Cannot Cure School Shooting Epidemic

People have in their minds that it is guns that cause school shooters in the way that the best Harvard and Yale geniuses had it in their minds for 100 years that stress, spicy foods, and **alcohol caused ulcers**. Billions of dollars were spent on what amounted to snake oil. Similarly, America is spending billions of dollars on social snake oil regarding school shootings. The science proved the experts to be wrong on ulcers as it has on school shootings.

**Malcolm Gladwell sits down with CBSN to explain the reasoning behind why school shootings happen:**



HOME    ACCESSORIES & GEAR    BUYING INFO    BY INTEREST    GUNS & AMMO    LAWS & RIGHTS

SHOTGUNS    TIPS & TRICKS    STORE    JOIN AGA

As with school shootings, the cause of ulcers was found to be an infection. In the case of ulcers, it was the H. pylori bacteria with a dollar's worth of Pepto Bismol and $10 worth of antibiotics being the cure. In the case of school shootings, it is politically correct bacteria that is infecting America with Second Amendment gun ownership being the cure.

**What do you think is a school shooter's motivation? Let us know in the comments section.**

**Up Next:** 2nd Amendment: 5 Reasons to Carry a Gun



# The New York Times

# Trump Lawyer Forwards Email Echoing Secessionist Rhetoric

By Michael S. Schmidt and Matt Apuzzo

Aug. 16, 2017

WASHINGTON — President Trump's personal lawyer on Wednesday forwarded an email to conservative journalists, government officials and friends that echoed secessionist Civil War propaganda and declared that the group Black Lives Matter "has been totally infiltrated by terrorist groups."

The email forwarded by John Dowd, who is leading the president's legal team, painted the Confederate general Robert E. Lee in glowing terms and equated the South's rebellion to that of the American Revolution against England. Its subject line — "The Information that Validates President Trump on Charlottesville" — was a reference to comments Mr. Trump made earlier this week in the aftermath of protests in the Virginia college town.

"You cannot be against General Lee and be for General Washington," the email reads, "there literally is no difference between the two men."

The contents of the email are at the heart of a roiling controversy over race and history that turned deadly last weekend in Charlottesville, where white nationalist groups clashed with protesters over the planned removal of a statue of Lee. An Ohio man with ties to white nationalist groups drove his car through a crowd, killing one woman and injuring many others, authorities say.

In a fiery news conference on Tuesday, Mr. Trump blamed "both sides" for that violence. He said many of those who opposed the statue's removal were good people protesting the loss of their culture, and he questioned whether taking down statues of Lee could lead to monuments of Washington also being removed.

His words were widely criticized in Washington but were praised by white supremacists, including a former Ku Klux Klan leader.

Mr. Dowd received the email on Tuesday night and forwarded it on Wednesday morning to more than two dozen recipients, including a senior official at the Department of Homeland Security, The Wall Street Journal editorial page and journalists at Fox News and The Washington Times. There is no evidence that any of the journalists used the contents of the email in their coverage. One of the recipients provided a copy to The New York Times.

"You're sticking your nose in my personal email?" Mr. Dowd told The Times in a brief telephone interview. "People send me things. I forward them." He then hung up.

The email's author, Jerome Almon, runs several websites alleging government conspiracies and arguing that the F.B.I. has been infiltrated by Islamic terrorists. He once unsuccessfully sued the State Department for $900 million over claims of discrimination.

Mr. Almon's email said that Black Lives Matter, a group that formed to protest the use of force by police against African-Americans, is being directed by terrorists. Mr. Almon blamed the group for deadly violence against police last year in Texas and Louisiana.

The email's comparison of secessionists to the nation's Founding Fathers echoes an early Confederate rallying cry, said Judith Giesberg, a Villanova University historian and editor of The Journal of the Civil War Era. Washington's face appeared on Confederate money, she said, and secessionists were eager to place their rebellion in the context of the American Revolution.

"The first states to secede drew a straight line back to the Revolution," she said in a telephone interview. "They said they were the inheritors of this revolutionary tradition that traces back to Washington."

Mr. Almon listed several reasons Lee is no different from Washington. "Both rebelled against the ruling government," the email reads, adding, "Both saved America."

Mr. Almon, who is black, said in his email to Mr. Dowd that the protesters should "go back to the ghettos and do raise their children and rebuild places like Detroit."

In a telephone interview, Mr. Almon said he sent the email to follow up on a phone call he had last week with Mr. Dowd. He said he had called to offer damaging information about James B. Comey, the former F.B.I. director, and to provide other information about the Justice Department's ongoing investigation into the Trump campaign.

---

**LEE IS NO DIFFERENT THAN WASHINGTON**

Both owned slaves.

Both rebelled against the ruling government.

Both men's battle tactics are still taught at West Point.

Both saved America.

Both were great men, great Americans, and great commanders.

Neither man is any different than Napolean, Shaka Zulu, Alexander the Great, Ramses II, etc.

You cannot be against General Lee and be for General Washington, there literally is no difference between the two men.

---

A portion of the email that John Dowd, President Trump's personal lawyer, forwarded to conservative journalists, government officials and friends.

Mr. Almon said he hoped Mr. Dowd would circulate his email.

"I was hoping it would get in the hands of President Trump — I quite frankly hope he would review it right now because his presidency is on the line," Mr. Almon said in the interview. "I don't believe the president is getting the correct advice or proper information. Someone reading what I sent to Dowd will view Robert E. Lee differently."

There is no evidence that Mr. Dowd sent the email to Mr. Trump. Other recipients include Washington lawyers and members of Mr. Dowd's family.

Mr. Dowd circulated the email hours after the White House issued its own talking points to Republicans defending the president.

"The president was entirely correct — both sides of the violence in Charlottesville acted inappropriately, and bear some responsibility," the White House said. Those talking points, circulated on Tuesday night, did not address Mr. Trump's comments about Lee and Washington.

The email that Mr. Dowd forwarded, however, issues a full-throated endorsement of those comments. It declared that Lee "saved America" by opting to surrender rather than launch guerrilla attacks in the final days of the Civil War.

Professor Giesberg said it is true that Lee rejected such tactics, but his decision did not save America.

"It's like a history I don't even recognize," she said.

In an interview, Mr. Almon said he is not a Republican and that he does not reflexively support Mr. Trump.

"I'm against racism," he said.

Mr. Almon said that he had also provided information about the F.B.I. to the office of Representative Devin Nunes of California, the Republican chairman of the House Intelligence Committee.

An email Mr. Almon provided to The Times showed that he had been in communication in March with Mr. Nunes's office. There is no evidence that Mr. Nunes circulated that email.

Kitty Bennett contributed research for this report.

*Get politics and Washington news updates via Facebook, Twitter and the Morning Briefing newsletter.*

A version of this article appears in print on Aug. 16, 2017, on Page A16 of the New York edition with the headline: Trump Lawyer Spreads Email With Secessionist Rhetoric

Print | Close Window

Subject: Re: [FWD: COMPLAINT RE NFL EXECUTIVE RACISM]
From: "Belson, Ken" <belson@nytimes.com>
Date: Wed, Jul 27, 2016 9:43 am
To: act@preactdontreact.com

Thank you Mr. Almon, and thanks for contacting the NY Times.

We'll be back in touch, but feel free to call as well.

All best, Ken

On Wed, Jul 27, 2016 at 12:42 PM, <act@preactdontreact.com> wrote:

-------- Original Message --------
Subject: COMPLAINT RE NFL EXECUTIVE RACISM
From: <act@preactdontreact.com>
Date: Wed, November 04, 2015 1:41 pm
To: officeofcommissioner@nfl.com

Commissioner Goodell:

I really hope that this was not sent by Mr. Bagley, especially considering the subject matter, however the emails match the team's official email. Either way th addressed, either Mr. Bagley has a serious problem with Blacks, or someone is impersonating him.
I have included a partial bio below, which will demonstrate why I so offended.

Sincerely,
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: Re: VIKINGS WOULD LOSE TRADEMARK DUE TO REDSKINS TRADEMARK DECISION
From: "Bagley, Lester" <BAGLEYL@Vikings.nfl.net>
Date: Wed, November 04, 2015 12:54 pm
o: "act@preactdontreact.com" <act@preactdontreact.com>

Kevin/Josh - here's some ghetto law, for you

Sent from my iPhone

On Nov 4, 2015, at 12:41 PM, "act@preactdontreact.com" <act@preactdontreact.com> wrote:

Mr. Bagley:

The Washington Redskins are entitled to EQUAL protection under the law, so the Negro Leagues name would have to go along with a lot of others such a using the terms girl in reference to females, Vikings, and on and on. The people we refer to as Vikings never called themselves that and the word is not even a noun-it is a verb. I know this because my former girlfriend is Norwegian, I guarantee you that you can find Norwegian/Scandinavian Americans that are offended by the misuse of Viking. The Viking symbol is completely opposite of how Vikings actually looked, they had no horns on their helmet, Richard Wagner is responsible for creating this visual myth in his operas. Further I note that Judge Gerald Bruce Lee reference to the Webster Collegiate dictionary as evidence of the offensiveness of the name Redskin greatly helps the appeal. The same dictionary erroneously categorizes Viking as a noun, and its definition is erroneous and would be offensive to most Norwegians reading it, it is demeaning and insulting. The Webster dictionary is wrong on Viking and other words, and therefore is not a credible source. The judge is wrong on substance and opens the door to have many symbols used by pro sports to be subjected to the same actions as the Redskins ranging from the Cowboys, Broncos, Raiders, Dolphins, Lions, Eagles, Panthers, Buccaneers, Jaguars, Chiefs, Bengals, Bills, etc. due to groups such as PETA and other groups and organizations. And actual Indians from India hate the use of the word Indian in reference to Native Americans so Cleveland would lose their trademark also.
Sincerely,
Jerome Almon
305 725 2271

BIO
**SCHOOL SHOOTINGS & DRIVE BY'S RELATIONSHIP-ORIGINS-CAUSES-SOLUTIONS**
http://thyblackman.com/2015/10/15/school-shooter-problem-solved-girls-dhs-drive-bys-reality-tv-at-center-of-issue/

**LATEST WORK AUSTRALIA**
**http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html**

https://www.google.com/#filter=0&q=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down%20Of%20Ripoff%2

**LATEST WORK IN THE USA**
http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/

**ORIGINAL LETTER TO DHS**

30 MARCH 2009

Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Secretary Napolitano-

I am writing you concerning a pervasive and unacceptable
sanctioned policy within the Department of Homeland Security of the sexual harassment of female traveler's entering the United States. I have been infor numerous female travelers coming to visite me in the United States from Norway, Germany, and especially Canada that they are routinely harassed by

**Print** | **Close Window**

**Subject:** Re: [FWD: Re: VIKINGS WOULD LOSE TRADEMARK DUE TO REDSKINS TRADEMARK DECISION]

  **From:** "McCraw, David" <mccrad@nytimes.com>

  **Date:** Wed, Jul 27, 2016 8:16 am

    **To:** act@preactdontreact.com

---

Jerome,

Got it. Thanks. I or someone else from The Times will be in touch.

David

David E. McCraw
Vice President & Assistant General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Phone: 212-556-4031
Fax: 212-556-1009

On Wed, Jul 27, 2016 at 10:59 AM, <act@preactdontreact.com> wrote:
Mr. McCraw-

I am also going to send the email sent to Roger Goodell, and the communications executives. My major point in the matter was the judge's using of the Webster dictionary invalidated his premise that the dictionaries definition of "Redskins" was disparaging. The dictionary is not a credible source on such issues due to it erroneously classifying Viking as a noun, it's a
verb https://www.quora.com/What-is-the-infinitive-form-of-the-verb-viking. Norwegian derives in great deal from the Teutonic language German as does English, and words that in in "ing" are verbs *i.e.* running, walking, throwing, etc.

Sincerely,
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: Re: VIKINGS WOULD LOSE TRADEMARK DUE TO REDSKINS TRADEMARK
DECISION
From: "Bagley, Lester" <BAGLEYL@Vikings.nfl.net>
Date: Wed, November 04, 2015 12:54 pm
To: "act@preactdontreact.com" <act@preactdontreact.com>

Kevin/Josh - here's some ghetto law, for you

Sent from my iPhone

On Nov 4, 2015, at 12:41 PM, "act@preactdontreact.com" <act@preactdontreact.com> wrote:

Mr. Bagley:

The Washington Redskins are entitled to EQUAL protection under the law, so the Negro Leagues name would have to go along with a lot of others such as using the terms girl in reference to females, Vikings, and on and on. The people we refer to as Vikings never called themselves that and the word is not even a noun-it is a verb. I know this because my former girlfriend is Norwegian, I guarantee you that you can find Norwegian/Scandinavian Americans that are offended by the misuse of Viking. The Viking symbol is completely opposite of how Vikings actually looked, they had no horns on their helmet, Richard Wagner is responsible for creating this visual myth in his operas. Further I note that Judge Gerald Bruce Lee reference to the Webster Collegiate dictionary as evidence of the offensiveness of the name Redskin greatly helps the appeal. The same dictionary erroneously categorizes

Viking as a noun, and its definition is erroneous and would be offensive to most Norwegians
reading it, it is demeaning and insulting. The Webster dictionary is wrong on Viking and other
words, and therefore is not a credible source. The judge is wrong on substance and opens the
door to have many symbols used by pro sports to be subjected to the same actions as the
Redskins ranging from the Cowboys, Broncos, Raiders, Dolphins, Lions, Eagles, Panthers,
Buccaneers, Jaguars, Chiefs, Bengals, Bills, etc. due to groups such as PETA and other groups
and organizations. And actual Indians from India hate the use of the word Indian in reference
to Native Americans so Cleveland would lose their trademark also.
Sincerely,
Jerome Almon
305 725 2271

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named
above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly
prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email
administrator directly, please send an email to administrator-min@vikings.nfl.net

Copyright © 2003-2018. All rights reserved.

**Print** | **Close Window**

Subject:
  From: act@preactdontreact.com
  Date: Sat, Aug 11, 2018 12:04 pm
    To: act@preactdontreact.com

---

The NY Times found my bio and background to be so credible, they used it to back down Roger Goodell in this threatened lawsuit
http://profootballtalk.nbcsports.com/2016/03/30/new-york-times-declines-to-retract-nfl-article/ & http://profootballtalk.nbcsports.com/2016/03/29/nfl-demands-retraction-of-new-york-times-article/.

**NY TIMES/MEDIA LAWSUITS FOR BLATANT DEFAMATION & LIBEL (THE NY TIMES HAS LOST OR SETTLED MANY MIRROR LAWSUITS)**
http://money.cnn.com/2017/08/25/media/sarah-palin-new-york-times-media-lawsuits/index.html

https://www.reuters.com/article/us-new-york-times-lawsuit/ny-times-must-face-defamation-lawsuit-over-professors-slavery-comments-idUSKCN1AV2FM

https://allianceforscience.cornell.edu/blog/scientist-kevin-folta-files-gmo-libel-lawsuit-against-nyt

https://publiceditor.blogs.nytimes.com/2015/07/27/a-clinton-story-fraught-with-inaccuracies-how-it-happened-and-what-next/

(Ms. Clinton specifically blamed the FBI/Comey, and the NY Times for her loss) https://www.cnn.com/2017/05/31/politics/hillary-clinton-recode-loss/index.html

FBI SHOCKING REVELATION ON THE PULSE NIGHTCLUB SHOOTER WHICH I WARNED THE DEFENDANTS ATTORNEYS OF OVER A YEAR AGO
https://www.usatoday.com/story/news/nation/2018/03/26/pulse-nightclub-killers-dad-fbi-informant-11-years/458295002/

**NY TIMES SAYS FBI IN DETROIT INFILTRATED BY HEZBOLLAH**
http://www.nytimes.com/2007/11/14/washington/14spy.html

**CNN SAYS FBI OFFICE IN DETROIT INFILTRATED BY ISIS (CNN WROTE A MIRROR FAKE NEWS STORY)**
https://www.cnn.com/2017/05/01/politics/investigates-fbi-syria-greene/index.html

**THE SOUTHERN POVERTY LAW CENTER WROTE A SIMILAR ARTICLE & HAS NO 1ST AMENDMENT PROTECTIONS & HAS BEEN CAUGHT IN MULTI-MILLION DOLLAR OFFSHORE SCANDAL**
https://www.washingtontimes.com/news/2017/sep/1/splc-transferred-millions-offshore-tax-havens/

**THE SOUTHERN POVERTY LAW CENTER LABELED AN EXTORTION & SCAM BY PROMINENT CIVIL RIGHTS ACTIVISTS & ACADEMICS**
http://thefederalist.com/2017/05/17/12-ways-southern-poverty-law-center-scam-profit-hate-mongering/

**NY TIMES PRAISES ROBERT E LEE-STATES EXACTLY WHAT I SAID IN EMAIL TO TRUMP ATTORNEY JOHN DOWD**
http://www.newsweek.com/what-frederick-douglass-thought-robert-e-lee-697506

Workspace Webmail :: Print

## TOP HISTORIANS SAY ROBERT E LEE SAVED AMERICA BY REJECTING A GUERRILLA WAR AGAINST THE US AT END OF CIVIL WAR
https://almostchosenpeople.wordpress.com/2015/04/08/april-8-1865-lee-rejects-guerrilla-warfare/

## MLK RIGHT HAND MAN, MAYOR OF ATLANTA, AND US AMBASSADOR STATES WHAT I SAID IN EMAIL
http://www.wsbtv.com/news/local/andrew-young-other-civil-rights-leaders-to-endorse-mayor-speak-about-charlottesville/593307577

## TRUMP MUST FACE DEFAMATION LAWSUIT-NO ONE ABOVE THE LAW
https://nypost.com/2018/03/20/former-apprentice-contestant-can-sue-trump-for-defamation/

## ARIANA HUFFINGTON-NY TIMES THE KING OF FAKE NEWS
https://finance.yahoo.com/news/the-new-york-times-published-fake-news-first-arianna-huffington-194559910.html (This makes the NY Times the conspiracy theorists-not me, notice the NY Times and the other outlets did not name the conspiracy theory sites they allege that I run-that is because they don't exist. It is their emails to me that hang them, and they are far worse than the emails noted here.)

## INTERCEPT PUBLISHER GLENN GREENWALD-WASHINGTON POST MAKES FORTUNE FROM FAKE NEWS
https://theintercept.com/2017/01/04/washpost-is-richly-rewarded-for-false-news-about-russia-threat-while-public-is-deceived/

## FAKE NEWS AND COVER UP BY CNN & OTHER OUTLETS
https://theintercept.com/2017/12/09/the-u-s-media-yesterday-suffered-its-most-humiliating-debacle-in-ages-now-refuses-all-transparency-over-what-happened/

## BLACK AMERICANS & ARTISTS WERE BE BLAMED FOR THIS AS THE ARTICLES AND TMZ INTERVIEWS WITH ME DEMONSTRATE
## CANADA MEDIA & BLUE RIBBON REPORT: RACISM TO BLAME FOR THE YOUTH AND GANG VIOLENCE BLAMED ON BLACKS/RAPPERS & ENTERTAINERS
https://www.theglobeandmail.com/news/national/report-blames-racism-for-rise-in-youth-violence/article663463/

## CANADA ADMITS IT IS GUILTY OF RACIAL PROFILING IN THE WORST OF WAYS (I HAVE FAR WORSE INFO FROM CANADA)
http://www.cbc.ca/news/canada/end-racial-profiling-ontario-commission-1.401570

## CANADA FACING UPRISING DUE TO RACISM SAYS TOP CANADA INTELLIGENCE OFFICIALS
http://o.canada.com/news/report-warns-of-catastrophic-aboriginal-uprising

## CANADA MORE RACIST THAN US SAYS # 1 CANADIAN MAGAZINE
http://www.macleans.ca/news/canada/out-of-sight-out-of-mind-2/

Copyright © 2003-2018. All rights reserved.

Print | Close Window

**Subject: RE: ADDITIONAL EMAILS & INFORMATION REGARDING VEGAS SHOOTING**
    **From: Jerry.Demings@ocfl.net**
    **Date: Fri, Oct 13, 2017 1:32 pm**
    **To: <act@preactdontreact.com>**
    **Cc: <Michael.Segreaves@ocfl.net>, <Karen.Baugher@ocfl.net>**

---

Mr. Almon:

Your information has been received.

Thank you.

Kind regards,

Jerry L. Demings
Orange County Sheriff

---

**From:** act@preactdontreact.com [mailto:act@preactdontreact.com]
**Sent:** Friday, October 13, 2017 2:56 PM
**To:** Demings, Jerry (Sheriff's e-mail)
**Subject:** ADDITIONAL EMAILS & INFORMATION REGARDING VEGAS SHOOTING

Sheriff Demings:

I received a call from one of your detectives, and am forwarding the following information. The reason for the constant shift in the time line in Las Vegas is that th authorities/casino bosses/LVPD are attempting to cover themselves as individual entities due to the emails between myself and them and FBI phone calls.

**THE SHOOTER'S MOTIVES**
The shooter was ISIS/Al Qaeda, either he self radicalized, or did it in the Middle East on one of his trips as I warned the Canadian Parliament prior to his trips to th Middle East being released to the public.
-His girlfriend is from a hotbed of an Islamic insurgency the Philippines .
-The terrorist from the Philippines stated in an FBI recording that the Philippines was the easiest place to recruit terrorists, there is no way Paddock did not discuss situation with his girlfriend.
-Paddock's actions were classic for Al Qaeda and ISIS, he sent his wife/girlfriend away with all possessions before acting. Compare to the San Bernardino and Orla shooters who didn't send their spouses away, because both were active participants.
-Paddocks actions show that he had a cause, the planning was military precision, well organized, and he was well disciplined.
-Paddock had a sizable bomb.

**WHY HE DID IT**
-Paddock chose the festival for very specific reasons that are given away in his testimony in the lawsuit against the Cosmopolitan Hotel and Casino, and by his reconnaissance of Fenway Park, the Chicago festival, the Life is Beautiful Festival in Vegas the week before his attack. He did not attack a festival with a mixed cr looked at attacking a sports facility which would have a 99% White crowd, and finally attacks a Country Music festival with a 99.99% White crowd. Classic ISIS/Al Qaeda. The suicide bombers and riflemen are told to "go where the Whites are" by their handlers. As the former head and founder of the Bin Laden desk for the Ci states repeatedly, ISIS and Al Qaeda see their conflict with the West as a *"White Christian war."* I note Paddock had an Asian girlfriend eliminating the White supremacist angle. However, it is his testimony in the Cosmopolitan lawsuit that explains why he went to the dark side, it is a complaint I have heard on more tha one occasions.

**WHAT NEEDS TO BE DONE**
-Paddock's brother and girlfriend need to be interviewed and asked questions, that Vegas authorities and the FBI have missed.
-Paddock's travel in the US needs to be examined in minutia, it will give clues as to possible other individuals involved. The LV Sheriff stated that Paddock acted al however he painstakingly explained repeatedly that he cannot believe that Paddock did not have help. He had help.
-There are at least 3 additional terror groups in Vegas or SOCAL that will attack the city (tourists should be warned).
-Vegas, as with Orlando, etc. need to be terror proofed immediately or face additional attacks. ISIS/Al Qaeda have launched the second phase of their offensive in West (see Dr. Zagar email below). This phase will be much more lethal than the offensive referenced in the email. For example, DHS put out a bulletin regarding t being hijacked/stolen for the purpose of vehicle attacks. ISIS/AL Qaeda are the truck drivers, they own the trucking companies (I can provide irrefutable evidence this). Both groups are planning to use the vehicles against schools and school buses, including gasoline tankers. Their plan is to ramp up the death toll against civi geometrically at Disney, the Strip, Miami clubs, etc.

-As I warned in my book 2001, the ultimate aim of the terror groups always was to face off against civilians *after* becoming battle hardened by going head to head US Army Rangers, Delta, the SEALS, etc. To be direct, they plan to slaughter our wives and children. However their endgame and ultimate goal is to "*kill a city*" as Bill Gates is now warning, and I have warned, they are capable of doing it (https://www.google.com/search?
q=bill+gates+terror+bio&rlz=1C1NHXL_enUS730US730&oq=bill+gates+terror+bio&aqs=chrome..69i57.5907j0j9&sourceid=chrome&ie=UTF-8). This is their fina phase objective, however in the current phase they want mass casualties as in Vegas and at the Pulse night club, and there are far more of them in the US than is known, even by the *"experts"* (see Terrorism In North America section below). In the immediate time frame we are looking at these sorts of attacks https://www.youtube.com/watch?v=QgzB5srK1uU. Counter measures must be taken now or these incidents will become as common as school shootings a drive by's.

Whether Paddock was ensnared in a honey trap should be reviewed, considering his penchant for prostitutes, Orlando should look into the matter itself from a fre angle with fresh eyes before the other shoe(s) drop.

Sincerely,
Jerome Almon
305 725 2271

**HONEY TRAP MOLES HAVE INFILTRATED THE FBI & TOTALLY INFILTRATED VEGAS JTC/POLICE/CASINO SECURITY/THE ADMINISTRATION**

http://www.cnn.com/2017/05/01/politics/investigates-fbi-syria-greene/index.html

http://usdefensewatch.com/2016/05/was-general-petraeus-ensnared-in-a-hezbollah-honeytrap-and-is-there-a-cover-up-by-the-white-house/

https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html

**THE FBI CANNOT BE DEPENDED ON TO PROTECT ORLANDO OR LAS VEGAS AS THESE INSTANCES INDICATE**
http://www.nationalreview.com/morning-jolt/436750/omar-mateen-orlando-shooting-red-flags-were-everywhere(SEE SECOND ARTICLE)

https://www.youtube.com/watch?v=l0IzZvCNkJw

THIS IS WHY NYC HAS ITS OWN INTEL UNIT, IT DOES NOT TRUST DHS/FBI AFTER 911

**WARNING TO NFL PLAYER'S ATTORNEY CONCERNING HIS TREATMENT IN LAS VEGAS BEING DUE TO CITY ON EDGE OVER IMMINENT TERROR ATT (THE ADDITIONAL INFORMATION IN THE EMAIL IS THE INFORMATION YOU ALREADY HAVE. I ALSO WARNED ROGER GOODELL 9/28/2017 OF TH SAME THREAT TO NFL FACILITIES IF HE DOES NOT END THE PROTESTS, CITING HE HAD A MAXIUM OF 3 WEEKS BEFORE THE SITUATION HAD A MAJOR VIOLENT EPISODE *I.E.* MANDALAY BAY)**

-------- Original Message --------
Subject: INFORMATION ON WHY VEGAS PD WERE SO HARSH WITH MICHAEL
BENNETT-COVER UP OF RACIST NFL EXECUTIVES TEXTS BEING COVERED UP BY
ROGER GOODELL
From: <act@preactdontreact.com>
Date: Sun, September 24, 2017 6:18 pm
To: john.burris@johnburrislaw.com

                    Mr. Burris:

                    Due to my filing a civil complaint in October over the NY Times/media articles concerning myself and
                    President Trump, the NFL executive's racist IPHONE message(s), the NY Times emails concerning the
                    IPHONE message, the email messages to Roger Goodell and his PR representatives will become
                    public. **Additionally, the emails between myself and the mayor of Las Vegas will also become
                    public, giving insight on why Michael Bennett was treated so harshly by the LVPD.** I have also
                    included an FBI voicemail and my background for the purposes of verification. There is other information far
                    worse concerning the racism of the NFL and media against Blacks (of course there are other texts between
                    executives far more racist, which I am subpoenaing). There  is a huge cover up going on to protect the
                    league at the expense of Blacks/Black players, and it is being led by Goodell and the media to deflect
                    attention from their transgressions by using the Trump statements.

                    Sincerely,
                    Jerome Almon
                    305 725 227

**WARNING TO UNDER SHERIFF (THE ATTACKS ON VEGAS FOR 2016 WERE DELAYED DUE TO THIS FACTOR, THE ISIS/AL QAEDA WERE WAITING TO IF TRUMP WOULD BE ELECTED)**
https://www.google.com/search?
q=TRUMP+PROPERTIES+TERRORISM&rlz=1C1NHXL_enUS730US730&oq=TRUMP+PROPERTIES+TERRORISM&aqs=chrome..69i57.5131j0j7&sourceid=chrome&ie=
8

http://abcnews.go.com/US/video/military-plane-helicopters-flying-nyc-44175805

I warned the Trump campaign of this threat throughout 2016.
**No matter what ISIS/Al Qaeda will raid Trump International in Las Vegas it cannot be protected, with the exception of one way.**

-------- Original Message --------
Subject: INFORMATION: PRIVATE AND CONFIDENTIAL
From: <act@preactdontreact.com>
Date: Fri, April 01, 2016 2:29 pm
To: Homicide@LVMPD.com

For Asst. Sheriff Todd Fasulo:

Sheriff Fasulo, I am forwarding an email sent to a former member of your department for the purposed of verification.  I am adding the following additional
information due to events in San Bernardino, Paris, and Brussels. The information is specifically regarding the threat to Las Vegas. At the time of the
warning, I was thought to be highly in error to say the least, but as events have unfolded in the EU and US demonstrated-I absolutely correct in my
warning and assessment of the situation.

**UPDATED INFORMATION REGARDING A SERIOUS TERRORIST THREAT TO LAS VEGAS**

As you will see in the email to Dr. Zagar below, I correctly forecast ISIS and Al Qaeda's current offensive in the US and EU.  Additionally, I warned top
police commanders in the Spring and Summer of 2015 of the coming wave of attacks, and advised them to clear 2 issues from their plates (Black Lives
Matter and school/mass shooters which can still easily be done).  Unfortunately, my warnings were not heeded. The threat to Las Vegas and the US is far
greater than is known even by US intelligence as you will see below. To be direct, I have been correct in my forecasts and warnings 100% of the time and
the *"experts"* have been wrong 100% of the time from San Bernardino, Paris, Brussels, 9/11, Ft. Hood, the Boston Marathon, etc. I assure you that the US
and EU situation (along with Canada and Australia/New Zealand) is far worse than is described in this email or in the news media.

**THE INFORMATION ON LAS VEGAS**
What prompted me to send the email below to commander Moody was the following:

-I witnessed 2 incidents that alarmed me
-Incident #1 consisted of a young Middle Eastern male (early 20's) and his wife and his highly unusual conduct on the Strip
-Incident #2 was an incident concerning an older Middle Eastern male (45-50) and his female family members in front of the Bellagio

Based on the conduct of the couple in incident #1 and the male in incident #2, an attack in Las Vegas is imminent and will occur in 2016 unless physically
stopped. My experience in the area and assessment of the situation is that the Sunnis (Al Qaeda and ISIS) have made the decision to attack the Strip and
Fremont Experience, and not accepting this guarantees a death and injury toll that will dwarf Paris, San Bernardino, and Brussels combined.

As of now I am avoiding mentioning Las Vegas due to the ramifications, however due to my warnings on the incidents below and the current wave of ISIS
attacks throughout the EU, with many more to come I will be forced to address the issue with the media if actions are not taken.  The situation is the
equivalent of my knowing of a coming school shooting or mass shooting and not issuing a warning. The issue  puts me in an even worse situation due to
most of my friends living in the EU and the target cities mentioned below, and it is certainty that many of them will be directly affected in the worst of ways
sooner than later.

Sincerely,
Jerome Almon

305 725 2271

-------- Original Message --------
Subject: US TERROR THREAT TO CANADIANS/ GOVT CONTACT
From: <act@preactdontreact.com>
Date: Mon, July 18, 2016 10:54 am
To: Justin.trudeau@parl.gc.ca

The Honourable Justin Trudeau, Prime Minister Canada-

I was recently contacted by the Canadian government concerning a imminent terrorist attack in a major US tourist destination. I was questioned for an hour concerning every possible detail. The problem is, like the FBI and US authorities have done with Americans, Ottawa has again left it up to me to protect Canadian citizens. Based on the actions of city officials in the last week, they either know the attack is about to occur, or they believe it will.

Although US authorities have written me and are 100% certain the attack will take place based off of a tip from me, they are stating in public there is no *"credible threat"* which is a purely false statement. The correspondence between myself, the Mayor, and top police brass shows the opposite is being said in private.

The attack literally could happen any day now, and the accepted death toll is X5 Paris dead, X3-X7 injured. With dozens of Canadians being killed and more children/teens killed than all of the people killed in Paris. Due to the design of the 2 main tourist hubs, the attack will be a slaughter, current design changes being implemented are only making the situation worse.

This is the most frightening aspect of the issue, ISIS released a video recently stating they were going to attack the city, and where the video is shot from is exact warning I have given both Ottawa and DC concerning the attack I saw planned out.

Authorities have made it clear they do not want the information made public, however from a moral standpoint I am nearing doing a release. And due to the lack of action on solid warnings on a Canadian-US issue that led to then Prime Minister Harper having one of his Cabinet Ministers contact me to apologize for not taking my warning over the "experts" who turned out to be wrong, Orlando, San Bernardino, Boston Marathon, Ft, Hood, etc., there is no indication that US authorities will interrupt the attack (the city in question is not defensible by police, it is just impossible).

I will begin releasing the information through the standard media and social media this week.
Sincerely,
Jerome Almon
305 725 2271


-------- Original Message --------
Subject: CANADIAN GOVERNMENT TERRORISM WARNING TO THE US GOVERNMENT AND
THE SUBSEQUENT FBI DEBACLE
From: <act@preactdontreact.com>
Date: Wed, December 28, 2016 5:05 pm
To: Justin.trudeau@parl.gc.ca

The Right Honourable Justin Trudeau:

I received a voicemail from the FBI office in Detroit concerning, information I forwarded to the Canadian government concerning the Las Vegas terrorism issue http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage. (Again, the ISIS video is not close to what I witnessed it depicts exactly what I witnessed, with details so specific, the odds on it being a coincidence are in the billions-something I assure you Las Vegas authorities understand with absolute clarity.) The situation turned into a debacle due to the following:

-The agent stated numerous erroneous facts concerning my correspondence to the Canadian government.
-I am not in Detroit, nor do I currently live in Detroit, and would avoid the Detroit FBI office at all costs due to its chronic corruption and infiltration https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html.
-The agent was completely unprofessional, his behavior was opposite of the CSIS agent that called me in June. The CSIS agent conducted a professional and *"normal"* interview.
-The FBI agent from Detroit stated that he knew where I lived based on my Facebook page, which is purposely full of erroneous information.
-Rather than ask me relevant questions, the agent jumped to numerous erroneous conclusions.

To be direct, that is why I contacted the Canadian government with the warning, the US agencies are too often unprofessional, deluded, and incompetent as the Orlando Pulse shooting article below graphically details. US agencies were offered the same information I gave you months ago concerning the ISIS video from June, and years ago concerning the two incidents I witnessed in Las Vegas, and never asked me so much as one question-literally. If the Canadian government is depending on US entities to safeguard your citizens from the certain terrorist attack(s) in Las Vegas-your should prepare the body bags. As the Mayor of Las Vegas' emails reflect, the strategy is to run a PR campaign as the body are being picked up off the Strip. Whereas the MI5 article follows my contention that forecasting and early warning is the key to avoiding the next Berlin, Paris, Nice,etc.

The situation is a mirror of the statements made by Chancellor Angela Merkel's top deputies below, and mirrors every terrorist incident in the US from 9/11 to Orlando. https://www.youtube.com/watch?v=i0izZvCNkJw James Woods the actor reached the conclusions that he did concerning 9/11 for the same reason I reached the conclusions that I reached, we are logical, real world individuals with *"normal"* common sense, which is opposite of the people you are depending on to save dozens to hundreds of Canadian lives.

Due to the Trump factor, the holidays, and there being a 90% chance of an attack on Las Vegas before January 20th, and a 100% chance after that, if the Canadian government does not issue a travel warning to Canadians, I will through my sources in the EU, Australia, Canada, and the US through every possible option available for dissemination of the information concerning the terrorist issue.

I would ask that you personally review the email to Dr. Mitja Zagar, the Slovenian/EU negotiator and the accuracy of my warning. It is not that I am so smart, it is that the US and EU entities facing off against ISIS and Al Qaeda are so deluded. Examine the statements of NYC Mayor Debiasio concerning the panicked evacuation of Trump Tower this week-no sense of urgency or understanding of how ISIS and Al Qaeda viewed the incident. Sooner than later the alert will be due to Batacian style raid, Brussels airport style attack, a recreation of the first World Trade Center bombing, or a repeat of 9/11 (as I warned in 2001, foreign pilots fly into NYC on an hourly basis, some just like him https://www.theguardian.com/world/2002/mar/16/duncancampbell). The real world fact is, Trump Tower cannot be protected, nor his family kept safe in the building (there is a 60-90 window to evacuate the First Family). Terrorist have the building as their new World Trade Center, and US authorities are deluded to believe there is any way to defend the building, there is not. As with the Las Vegas situation, the answer is obvious, and it is the only answer: 1) Trump and his family MUST live in the White House, and Trump has to remove himself from ownership/ties to these buildings (which will only partially work). 2) Las Vegas due to the very nature of the casino industry and the design of its two main tourist areas can only be protected one way, and authorities in the US and the city won't get that until after the attack(s).

Although Trump Tower is now the prime target of ISIS and Al Qaeda, as I warned his campaign and a top member of his security team, it is the Las Vegas Trump Casino that is the easiest Trump target to hit, with the least amount of resistance, that will yield the highest body count, and provide a media/PR gold mine for the terrorist group that gets to it first (there is a race to achieve this *"goal"*). As Scotland Yard Chief Sir Bernard Hogan Howe stated about London, and former NYPD Commissioner Bill Bratton stated about NYC, it is not if they are going to get hit again, it is when. When is soon, and when is often throughout the Trump presidency. Las Vegas has a pittance of the security and experience that London and NYC have concerning counter-terrorism. Combine these realities with the fact that Mr. Trump has declared war against Muslims, has stated he will deport Muslims *en masse*, and that he will

institute a Muslim registry, and Las Vegas will look more like Gaza than not (as well as NYC, Detroit, etc.). The Canadian government should prepare for the worst, and prepare its people for the worst if they chose to travel to America. Again, I should not have to look out for Canadian citizens more than the Canadian government and elected officials that have taken an oath to do so. However, I will not allow the good people of Canada, the EU, Australia, and New Zealand, many of which are family and friends, to die in ignorance. Their basic human rights demand that they know that their lives are at risk if they go to Las Vegas.

Thank you and good luck, and a Happy New Year.

Sincerely,
Jerome Almon
305 725 2271

### ORLANDO PULSE NIGHTCLUB SHOOTING
http://www.nationalreview.com/morning-jolt/436750/omar-mateen-orlando-shooting-red-flags-were-everywhere

### BBC REPORT ON MI-5 & FORECASTING EVENTS
http://www.bbc.com/news/uk-38252470

### THE TRUMP ISSUE WARNING HAS ALREADY BEGAN
http://www.nydailynews.com/new-york/suspicious-package-report-prompts-trump-tower-evacuation-article-1.2925879

Americans do not understand that Al Qaeda and ISIS are watching and studying every such incident. Again, they have reconned Vegas, and know it better than the Mayor or Sheriff.

### THE TRUMP ISSUE
http://www.dailymail.co.uk/news/article-4056372/Mystery-military-circling-Manhattan-running-evacuation-plan-Donald-Trump.html

https://www.bloomberg.com/news/articles/2016-12-06/trump-buildings-could-draw-terrorists-who-pays-for-protection

### GERMANS LOGICAL QUESTIONING OF THE BERLIN ATTACK
*"Armin Laschet, the deputy leader of Merkel's CDU, told Deutschlandfunk on Thursday that revelations about the workings of the security services "can only have unsettled" him.*
*He has accused investigators in western Germany of washing their hands of the prime suspect, despite knowing he was a danger."*
http://www.dailymail.co.uk/news/article-4058312/It-s-convenient-Questions-discovery-Berlin-attack-suspect-s-ID-24-hours-police-scoured-truck-emerges-far-right-leader-KNEW-attacker-Tunisian-Muslim-hours-atrocity.html

### THE PARIS WARNING
-------- Original Message --------
    Subject: RE: JEROME FROM WAYNE STATE UNIVERISTY
    From: <act@preactdontreact.com>
    Date: Wed, October 21, 2015 11:44 am
    To: "Mitja_Žagar" <mitja.zagar@guest.arnes.si>

Dr. Zagar-
Good to hear from you. I am sorry I just got to my email messages, I am working on several other huge projects that all come back to the migrant issue. I will have to hook up Skype, I don't know how it works to be honest.

The situation in the States is pretty dire. We are essentially at civil war with the country collapsing socially. All of the work that you and Dr. Feinstein did and your forecasts turned out to be 100% accurate. Simply put, America bet on the wrong people with the wrong plans and now we are getting our comeuppance.

I am against the re-settling of immigrants in the US or Europe, it will most certainly lead to more conflict in both areas and the Middle East. The only hope is establishing a safe zone in Syria and Iraq, which is as close to impossible as it gets considering the collapse of the basic structures and the radicalization of the factions. Electing George Bush was the worse event that has happened to the world since WWII. I will get on Skype and send you another email asap. I am moving to Berlin to work on a large social media project in the next 30-60 days. In the meantime I am sending these articles for your review concern my thoughts on the migrant issue. Would you be able to attend a conference on the issue of the migrants and school shooter issues in Europe or the US with all expenses and a fee paid to you?

### TERRORISM IN NORTH AMERICA
http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh
http://www.mlive.com/news/detroit/index.ssf/2014/08/report_more_residents_in_dearb.html

### ECONOMICS
http://www.fool.com/investing/general/2015/10/18/5-biggest-flops-in-las-vegas-history.aspx
http://www.dailytelegraph.com.au/news/opinion/motowns-road-to-ruin/story-e6frezz0-1226426121204 (at the time the media was saying how great Detroit was doing and it's great comeback, the reporter came to do a story on the comeback, but accepted reality after our 2 day tour)
http://www.nj.com/news/index.ssf/2015/05/what_are_the_chances_of_atlantic_city_going_bankru.html

Vegas is on its way to going under and taking several states with it, as is Atlantic City, Chicago/Illinois. The casinos bankrupted Detroit and now are are finishing off the rest of the country with no viable plan in place. I warned the following:

http://www.prweb.com/releases/2012/11/prweb10142359.htm

http://www.lasvegassun.com/news/1997/nov/28/barden-allies-may-join-anti-casino-opponents/

http://news.google.com/newspapers?nid=1350&dat=19971129&id=inIxAAAAIBAJ&sjid=7A0EAAAAIBAJ&pg=6806,5606358

http://news.google.com/newspapers?nid=1350&dat=19971229&id=nkpPAAAAIBAJ&sjid=_QMEAAAAIBAJ&pg=1739,5275802

http://news.google.com/newspapers?nid=1988&dat=19970305&id=BGYlAAAAIBAJ&sjid=gawFAAAAIBAJ&pg=1222,939329

The other issue I am extremely concerned about is a threat that would end Detroit, cost America 2 million jobs in a week, and plunge the stock market to below 2008 and 911 levels. The Iran deal was done in part due to Iran has 40,000 agents in or at America's borders prepared to attack if Iran's nuclear facilities were attacked. That is the good news, **the bad news is the Sunnis have 3X that many agents in the US and are preparing for their "Islamic Tet offensive."** With Russia, out of necessity intervening in the Syrian/Iraq war and the US govt. giving behind the scenes approval for the Russian-Iranian-Alawite axis which will inevitably bring in Israel and the US the Sunnis will go after the US and Canadians on their own soil in a much more aggressive and massive way. My assessment is that the Chinese will be drawn into the war due the unrest with the Xinjiang Province and the Uighars. The Islamic State (IS) has spread throughout Central Asia and will take Afghanistan and defeat the Taliban in the end unless there is a "mass war event." It is my contention that Putin has decided to that. He cannot

lose the Syrian-Iraq War, he cannot allow the IS to continue to grow in the Central Asian Republics, and Afghanistan, and he is not giving up Crimea, and does not have the military resources nor money to fight a prolonged war. I believe Putin is planning to use a tactical/battle field nuclear weapon (NATO appears to be thinking that way on the Ukraine which is insane). Most of the intelligence guys that I respect believe that is the only way to stop the IS/Sunnis or to completely withdraw from the Middle East. What is your opinion?
Thanks-
Jerome

(CNN COMMENTATOR & CIA AGENT BOB BAER REACHED THE SAME CONCLUSION ON JANUARY 15, 2016 REGARDING THE "TET OFFENSIVE" AFTER AN ATTACK ON A WESTERN HOTEL IN BURKINA FASO)

## SINCE MY WARNING THE FOLLOWING HAS OCCURRED
### 1) PUTIN
http://www.express.co.uk/news/world/625465/Islamic-State-Russia-Vladimir-Putin-threatens-bomb-ISIS-nuclear-weapons

### 2) CHINA
http://www.upi.com/Top_News/Opinion/2016/08/19/A-grown-up-China-looks-to-enter-the-Syrian-equation/6901471632415/

## GERMANS CONFIRM MY ASSESSMENT OF THE NUMBER OF TERRORISTS IN THE US BASED ON THE CSIS STATEMENT BELOW
**3)** http://www.telegraph.co.uk/news/2016/11/29/german-intelligence-officer-arrested-islamist-plot-raising-fears/
With 4X Germany's population it is logical, and my personal knowledge of the situation the figure is accurate ( 1.5% to 4% of the Muslims in the US).

## CSIS STATEMENT ON US TERRORISM
**4)** Check the government website for CSIS, our spy agency, which says:
*"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in Canada today than in any other country in the world."*
http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh

## ISRAEL PREPARING FOR ISIS ATTACK
**5)** http://www.israelnationalnews.com/News/News.aspx/209999

http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/
http://www.dailymail.co.uk/news/article-1334404/US-subway-tunnels-terror-proof-600m-ring-steel.html

### DR. ZAGAR'S CV
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=mitja%20zagar%20cv

## INTERVIEW
http://www.huffingtonpost.com/john-feffer/could-the-yugoslav-wars-h_b_7620756.html

-------- Original Message --------
Subject: SECURITY ISSUE FOR CANADIANS VISITING MAJOR US TOURIST DESTINATION
From: <act@preactdontreact.com>
Date: Thu, December 01, 2016 10:59 am
To: justin.trudeau@parl.gc.ca

The Right Honourable Justin Trudeau:

I am contacting you concerning the following (any and all emails and other material is available at your request):

1) There is an imminent terrorist attack slated for Las Vegas, Nevada as ISIS has threatened in the video in the link below. The ISIS video mirrors a known plot that was reported prior to the video release in very specific detail. Due to authorities in the US not warning the public and making proper security adjustments, I am releasing emails between myself and the Mayor of Las Vegas, the Department of Justice, the US Secret Service, and other entities indicating that the public statements made in the news reports below are knowingly false.

Due to issues in the Middle East and EU such as in the links below, the hit is inevitable. Although the officials in the city, DHS/FBI, and the White House are saying this
http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage

http://www.reviewjournal.com/news/las-vegas/no-credible-threat-after-possible-group-video-shows-las-vegas-strip-say-metro-fbi.

this is what the emails reveal they are stating behind closed doors
http://abc7news.com/news/new-isis-video-names-targets-in-san-francisco/1404458/

http://www.ktnv.com/news/lvmpd-says-calls-reporting-suspicious-activity-up-200-percent (this is in reaction to the Nice attack and it just made security a million times worse and the body count increase by the hundreds at the minimum). The attack is expected to be a combination of the Nice, Paris, Brussels, Mumbai, and Orlando attacks combined. There is no viable way to protect or hold the city other than taking the steps that Paris and Brussels have taken after the most recent attacks in the respective cities.

2)The situation is worse than I am stating here, and the lethality of the situation has greatly increased due to the election of Donald Trump. It is why I was forced to do the leak, no matter what ISIS is going to execute that attack in Vegas, and due to Mr. Trump there is a new sense of urgency and purpose to carry out the attack.
A) Revenge for the killing of Osama Bin Laden and top ISIS leaders by the US. B) Any attack on a President Trump connected city is a PR and recruiting golden goose for ISIS/Al Qaeda (as well as a strategic plus). C) Mr. Trump has a casino with his name on it in Las Vegas, ISIS/Al Qaeda will not pass up the opportunity to deliver such a stunning blow to President Trump and America. No matter what ISIS and Al Qaeda will go after Trump Casino in Las Vegas as they will go after Trump Tower in NYC. Both are targets are too easy to hit, and again the PR value of even a failed attempt is priceless to ISIS and Al Qaeda.

I have warned specific individuals within the Canadian media and Cabinet Ministers, associates within certain governments, and specific media personnel that have previously interviewed me in the EU and Australia of the situation. I am being forced to take the matter public due to the issues addressed previously in this email, and for the following reasons:

1) I have successfully forecast numerous terrorist trends and events years and sometimes decades ahead of the experts in the US, Canada, and the EU. As the email leak indicates, I warned a top EU diplomat/security expert that ISIS and Al Qaeda were preparing to go on a major offensive 3 weeks before the November 2015 Paris attack. I warned top US officials/ Police Commanders months earlier of the same threat to the US. Neither properly investigated my warnings and the result was catastrophic as we all know. This article is indicative of my forecasts http://usdefensewatch.com/2016/07/is-black-lives-matter-as-dangerous-as-isis/.

2) The article and emails below concerning the Detroit-Windsor Tunnel. As you will read my warning was 100% accurate, although every politician, expert, and security head I spoke with stated my warning was ridiculous.

3) Las Vegas officials had the same view of my warning on the the plot referenced in the ISIS video until the Paris, Brussels, San Bernardino, and Orlando attacks occurred. Now they are in a panic in an attempt to cover up their miss, keep tourists coming to the city, and in preparation for the inevitable attack as emails and this article indicate http://lasvegassun.com/news/2016/sep/21/stratosphere-evacuated-after-suspicious-package-fo/ (this is one of several such incidents througout 2016). Las Vegas officials are also aware of my forecasts on the other mentioned terrorist incidents and trends.

4) I forecast a very specific national security incident in Las Vegas in June of this year, and that incident occurred within 48 hours of my warning.

5) If Canada is depending on US officials to protect Canadian citizens I would advise reviewing the book *See Something Say Nothing* and the emails between myself and the Mayor of Las Vegas. American authorities have written off the lives that will be lost in Las Vegas as the price of doing business, which is clearly stated in the Mayor's emails.

Due to these facts, the Mosul operation, Alleppo being on the verge of collapse, raids/issue throughout EU/Germany, North American attacks are slated for a major increase in severity (which I warned of weeks ago). The continuation of the offensive that began with the November 2015 Paris attack is about to be turned up due to a convergence of the factors mentioned and other issues. I have had to personally warn groups about their events/activities in Las Vegas, and they have adjusted their plans accordingly. However, at this point my personal warnings to individual groups are not sufficient versus the real world threat. That is the #1 reason I am doing the email leak. I know that any day now I will wake up and hear that Vegas is under attack, terrorists have taken over hotel-casinos i.e. Mumbai 2008, and the casualty rate will be exactly what I forecast-5X the dead of the November Paris attack and 3X-7X the wounded (minimum the Strip and the Fremont Experience will be a graveyard as the emails demonstrate). And as with the Paris and other attacks and trends, I will have to live with knowing all those lives of children, women, and men could have been saved, had logical, pragmatic security steps been taken, and if the public had been informed about the imminent attack upon officials being warned about the plot.

I would hope that the Canadian government would not follow America's policy of suppressing information regarding imminent terrorist attacks, and inform its citizens that Las Vegas is at present and unacceptable threat to them and their families. If the city facing certain attack were in the Middle East, that warning would have surely went out long ago. To be direct, it is both insulting and unacceptable that I am risking my life in relaying such information to authorities and officials, and their response is completely disrespectful of that sacrifice.
Thank you and good luck.

Sincerely,
Jerome Almon
305 725 2271

**FROM GERMANY**
http://www.thelocal.de/20161201/what-we-know-about-the-gay-porn-star-turned-islamist-spy (I forecast this event nearly a year ago due to my personal knowledge of this case https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html. The only 2 people that seemed not to know that Nada Prouty and her handler were Hezoboliah agents were the Directors of the CIA and FBI (I an laborate at your request).

http://www.telegraph.co.uk/news/2016/11/15/german-police-raid-200-sites-across-10-states-in-probe-against-b/

**OHIO STATE UNIVERSITY**
http://www.nbcnews.com/news/us-news/ohio-state-victim-says-attacker-vowed-kill-her-n690306

The West has a misunderstanding of the real world situation regarding terrorism, there is no such thing as a lone wolf, and all of the attacks are part of a larger effort (including some authorities are unaware of).

PLEASE NOTE: Florida has a very broad public records law (F. S. 119).
All e-mails to and from County Officials are kept as a public record.
Your e-mail communications, including your e-mail address may be
disclosed to the public and media at any time.

Copyright © 2003-2018. All rights reserved.

Print | Close Window

Subject: **ADDITIONAL EMAILS & INFORMATION REGARDING VEGAS SHOOTING**
From: **act@preactdontreact.com**
Date: **Fri, Oct 13, 2017 11:55 am**
To: **Jerry.Demings@ocfl.net**

Sheriff Demings:

I received a call from one of your detectives, and am forwarding the following information. The reason for the constant shift in the time line in Las Vegas is that the authorities/casino bosses/LVPD are attempting to cover themselves as individual entities due to the emails between myself and them and FBI phone calls.

**THE SHOOTER'S MOTIVES**
The shooter was ISIS/Al Qaeda, either he self radicalized, or did it in the Middle East on one of his trips as I warned the Canadian Parliament prior to his trips to the Middle East being released to the public.
-His girlfriend is from a hotbed of an Islamic insurgency the Philippines .
-The terrorist from the Philippines stated in an FBI recording that the Philippines was the easiest place to recruit terrorists, there is no way Paddock did not discuss situation with his girlfriend.
-Paddock's actions were classic for Al Qaeda and ISIS, he sent his wife/girlfriend away with all possessions before acting. Compare to the San Bernardino and Orla shooters who didn't send their spouses away, because both were active participants.
-Paddocks actions show that he had a cause, the planning was military precision, well organized, and he was well disciplined.
-Paddock had a sizable bomb.

**WHY HE DID IT**
-Paddock chose the festival for very specific reasons that are given away in his testimony in the lawsuit against the Cosmopolitan Hotel and Casino, and by his reconnaissance of Fenway Park, the Chicago festival, the Life is Beautiful Festival in Vegas the week before his attack. He did not attack a festival with a mixed cro looked at attacking a sports facility which would have a 99% White crowd, and finally attacks a Country Music festival with a 99.99% White crowd. Classic ISIS/Al Qaeda. The suicide bombers and riflemen are told to "go where the Whites are" by their handlers. As the former head and founder of the Bin Laden desk for the CI states repeatedly, ISIS and Al Qaeda see their conflict with the West as a *"White Christian war."* I note Paddock had an Asian girlfriend eliminating the White supremacist angle. However, it is his testimony in the Cosmopolitan lawsuit that explains why he went to the dark side, it is a complaint I have heard on more tha one occasions.

**WHAT NEEDS TO BE DONE**
-Paddock's brother and girlfriend need to be interviewed and asked questions, that Vegas authorities and the FBI have missed.
-Paddock's travel in the US needs to be examined in minutia, it will give clues as to possible other individuals involved. The LV Sheriff stated that Paddock acted al however he painstakingly explained repeatedly that he cannot believe that Paddock did not have help. He had help.
-There are at least 3 additional terror groups in Vegas or SOCAL that will attack the city (tourists should be warned).
-Vegas, as with Orlando, etc. need to be terror proofed immediately or face additional attacks. ISIS/Al Qaeda have launched the second phase of their offensive in West (see Dr. Zagar email below). This phase will be much more lethal than the offensive referenced in the email. For example, DHS put out a bulletin regarding t being hijacked/stolen for the purpose of vehicle attacks. ISIS/AL Qaeda are the truck drivers, they own the trucking companies (I can provide irrefutable evidence this). Both groups are planning to use the vehicles against schools and school buses, including gasoline tankers. Their plan is to ramp up the death toll against civi geometrically at Disney, the Strip, Miami clubs, etc.

-As I warned in my book 2001, the ultimate aim of the terror groups always was to face off against civilians *after* becoming battle hardened by going head to head US Army Rangers, Delta, the SEALS, etc. To be direct, they plan to slaughter our wives and children. However their endgame and ultimate goal is to *"kill a city"* as Bill Gates is now warning, and I have warned, they are capable of doing it (https://www.google.com/search?
q=bill+gates+terror+bio&rlz=1C1NHXL_enUS730US730&oq=bill+gates+terror+bio&aqs=chrome..69i57.5907i0j9&sourceid=chrome&ie=UTF-8). This is their fina phase objective, however in the current phase they want mass casualties as in Vegas and at the Pulse night club, and there are far more of them in the US than is known, even by the *"experts"* (see Terrorism In North America section below). In the immediate time frame we are looking at these sorts of attacks https://www.youtube.com/watch?v=QgzB5srK1uU. Counter measures must be taken now or these incidents will become as common as school shootings a drive by's.

Whether Paddock was ensnared in a honey trap should be reviewed, considering his penchant for prostitutes, Orlando should look into the matter itself from a fre angle with fresh eyes before the other shoe(s) drop.

Sincerely,
Jerome Almon
305 725 2271

**HONEY TRAP MOLES HAVE INFILTRATED THE FBI & TOTALLY INFILTRATED VEGAS JTC/POLICE/CASINO SECURITY/THE ADMINISTRATION**

http://www.cnn.com/2017/05/01/politics/investigates-fbi-syria-greene/index.html

http://usdefensewatch.com/2016/05/was-general-petraeus-ensnared-in-a-hezbollah-honeytrap-and-is-there-a-cover-up-by-the-white-house/

https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html

**THE FBI CANNOT BE DEPENDED ON TO PROTECT ORLANDO OR LAS VEGAS AS THESE INSTANCES INDICATE**
http://www.nationalreview.com/morning-jolt/436750/omar-mateen-orlando-shooting-red-flags-were-everywhere(SEE SECOND ARTICLE)

https://www.youtube.com/watch?v=I0IzZvCNkJw

THIS IS WHY NYC HAS ITS OWN INTEL UNIT, IT DOES NOT TRUST DHS/FBI AFTER 911

**WARNING TO NFL PLAYER'S ATTORNEY CONCERNING HIS TREATMENT IN LAS VEGAS BEING DUE TO CITY ON EDGE OVER IMMINENT TERROR ATT (THE ADDITIONAL INFORMATION IN THE EMAIL IS THE INFORMATION YOU ALREADY HAVE. I ALSO WARNED ROGER GOODELL 9/28/2017 OF TH SAME THREAT TO NFL FACILITIES IF HE DOES NOT END THE PROTESTS, CITING HE HAD A MAXIUM OF 3 WEEKS BEFORE THE SITUATION HAD A MAJOR VIOLENT EPISODE *I.E.* MANDALAY BAY)**

-------- Original Message --------
Subject: INFORMATION ON WHY VEGAS PD WERE SO HARSH WITH MICHAEL BENNETT-COVER UP OF RACIST NFL EXECUTIVES TEXTS BEING COVERED UP BY ROGER GOODELL
From: <act@preactdontreact.com>
Date: Sun, September 24, 2017 6:18 pm
To: john.burris@johnburrislaw.com

Mr. Burris:

Due to my filing a civil complaint in October over the NY Times/media articles concerning myself and President Trump, the NFL executive's racist IPHONE message(s), the NY Times emails concerning the IPHONE message, the email messages to Roger Goodell and his PR representatives will become public. **Additionally, the emails between myself and the mayor of Las Vegas will also become public, giving insight on why Michael Bennett was treated so harshly by the LVPD.** I have also included an FBI voicemail and my background for the purposes of verification. There is other information far worse concerning the racism of the NFL and media against Blacks (of course there are other texts between executives far more racist, which I am subpoenaing). There is a huge cover up going on to protect the league at the expense of Blacks/Black players, and it is being led by Goodell and the media to deflect attention from their transgressions by using the Trump statements.

Sincerely,
Jerome Almon
305 725 227

**WARNING TO UNDER SHERIFF (THE ATTACKS ON VEGAS FOR 2016 WERE DELAYED DUE TO THIS FACTOR, THE ISIS/AL QAEDA WERE WAITING TO IF TRUMP WOULD BE ELECTED)**
https://www.google.com/search?
g=TRUMP+PROPERTIES+TERRORISM&rlz=1C1NHXL_enUS730US730&oq=TRUMP+PROPERTIES+TERRORISM&aqs=chrome..69i57.5131j0j7&sourceid=chrome&ie=
8

http://abcnews.go.com/US/video/military-plane-helicopters-flying-nyc-44175805

**I warned the Trump campaign of this threat throughout 2016.**
**No matter what ISIS/Al Qaeda will raid Trump International in Las Vegas it cannot be protected, with the exception of one way.**

-------- Original Message --------
Subject: INFORMATION: PRIVATE AND CONFIDENTIAL
From: <act@preactdontreact.com>
Date: Fri, April 01, 2016 2:29 pm
To: Homicide@LVMPD.com

For Asst. Sheriff Todd Fasulo:

Sheriff Fasulo, I am forwarding an email sent to a former member of your department for the purposed of verification. I am adding the following additional information due to events in San Bernardino, Paris, and Brussels. The information is specifically regarding the threat to Las Vegas. At the time of the warning, I was thought to be highly in error to say the least, but as events have unfolded in the EU and US demonstrated-I was absolutely correct in my warning and assessment of the situation.

**UPDATED INFORMATION REGARDING A SERIOUS TERRORIST THREAT TO LAS VEGAS**

As you will see in the email to Dr. Zagar below, I correctly forecast ISIS and Al Qaeda's current offensive in the US and EU. Additionally, I warned top police commanders in the Spring and Summer of 2015 of the coming wave of attacks, and advised them to clear 2 issues from their plates (Black Lives Matter and school/mass shooters which can still easily be done). Unfortunately, my warnings were not heeded. The threat to Las Vegas and the US is far greater than is known even by US intelligence as you will see below. To be direct, I have been correct in my forecasts and warnings 100% of the time and the *"experts"* have been wrong 100% of the time from San Bernardino, Paris, Brussels, 9/11, Ft. Hood, the Boston Marathon, etc. I assure you that the US and EU situation (along with Canada and Australia/New Zealand) is far worse than is described in this email or in the news media.

**THE INFORMATION ON LAS VEGAS**
What prompted me to send the email below to commander Moody was the following:

-I witnessed 2 incidents that alarmed me
-Incident #1 consisted of a young Middle Eastern male (early 20's) and his wife and his highly unusual conduct on the Strip
-Incident #2 was an incident concerning an older Middle Eastern male (45-50) and his female family members in front of the Bellagio

Based on the conduct of the couple in incident #1 and the male in incident #2, an attack in Las Vegas is imminent and will occur in 2016 unless physically stopped. My experience in the area and assessment of the situation is that the Sunnis (Al Qaeda and ISIS) have made the decision to attack the Strip and Fremont Experience, and not accepting this guarantees a death and injury toll that will dwarf Paris, San Bernardino, and Brussels combined.

As of now I am avoiding mentioning Las Vegas due to the ramifications, however due to my warnings on the incidents below and the current wave of ISIS attacks throughout the EU, with many more to come I will be forced to address the issue with the media if actions are not taken. The situation is the equivalent of my knowing of a coming school shooting or mass shooting and not issuing a warning. The issue puts me in an even worse situation due to most of my friends living in the EU and the target cities mentioned below, and it is certainty that many of them will be directly affected in the worst of ways sooner than later.

Sincerely,
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: US TERROR THREAT TO CANADIANS/ GOVT CONTACT
From: <act@preactdontreact.com>
Date: Mon, July 18, 2016 10:54 am
To: justin.trudeau@parl.gc.ca

The Honourable Justin Trudeau, Prime Minister Canada-

I was recently contacted by the Canadian government concerning a imminent terrorist attack in a major US tourist destination. I was questioned for an hour concerning every possible detail. The problem is, like the FBI and US authorities have done with Americans, Ottawa has again left it up to me to protect Canadian citizens. Based on the actions of city officials in the last week, they either know the attack is about to occur, or they believe it will.

Although US authorities have written me and are 100% certain the attack will take place based off of a tip from me, they are stating in public there is no *"credible threat"* which is a purely false statement. The correspondence between myself, the Mayor, and top police brass shows the opposite is being said in private.

The attack literally could happen any day now, and the accepted death toll is X5 Paris dead, X3-X7 injured. With dozens of Canadians being killed and more children/teens killed than all of the people killed in Paris. Due to the design of the 2 main tourist hubs, the attack will be a slaughter, current design changes bein¡ implemented are only making the situation worse.

This is the most frightening aspect of the issue, ISIS released a video recently stating they were going to attack the city, and where the video is shot from is exact warning I have given both Ottawa and DC concerning the attack I saw planned out.

Authorities have made it clear they do not want the information made public, however from a moral standpoint I am nearing doing a release. And due to the lack ¡ action on solid warnings on a Canadian-US issue that led to then Prime Minister Harper having one of his Cabinet Ministers contact me to apologize for not taking ¡ warning over the "experts" who turned out to be wrong, Orlando, San Bernardino, Boston Marathon, Ft, Hood, etc., there is no indication that US authorities will interrupt the attack (the city in question is not defensible by police, it is just impossible).

I will begin releasing the information through the standard media and social media this week.
Sincerely,
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: CANADIAN GOVERNMENT TERRORISM WARNING TO THE US GOVERNMENT AND
THE SUBSEQUENT FBI DEBACLE
From: <act@preactdontreact.com>
Date: Wed, December 28, 2016 5:05 pm
To: justin.trudeau@parl.gc.ca

The Right Honourable Justin Trudeau:

I received a voicemail from the FBI office in Detroit concerning, information I forwarded to the Canadian government concerning the Las Vegas terrorism issue http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage. (Again, the ISIS video is not close to what I witnessed it depicts exactly what I witnessed, with details so specific, the odds on it being a coincidence are in the billions-something I assure you Las Vegas authorities understand with absolute clarity.) The situation turned into a debacle due to the following:

-The agent stated numerous erroneous facts concerning my correspondence to the Canadian government.
-I am not in Detroit, nor do I currently live in Detroit, and would avoid the Detroit FBI office at all costs due to its chronic corruption and
infiltration https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html.
-The agent was completely unprofessional, his behavior was opposite of the CSIS agent that called me in June. The CSIS agent conducted a professional and *normal* interview.
-The FBI agent from Detroit stated that he knew where I lived based on my Facebook page, which is purposely full of erroneous information.
-Rather than ask me relevant questions, the agent jumped to numerous erroneous conclusions.

To be direct, that is why I contacted the Canadian government with the warning, the US agencies are too often unprofessional, deluded, and incompetent as the Orlando Pulse shooting article below graphically details. US agencies were offered the same information I gave you months ago concerning the ISIS video from June, and years ago concerning the two incidents I witnessed in Las Vegas, and never asked me so much as one question-literally. If the Canadian government is depending on US entities to safeguard your citizens from the certain terrorist attack(s) in Las Vegas-your should prepare the body bags. As the Mayor of Las Vegas' emails reflect, the strategy is to run a PR campaign as the body are being picked up off the Strip. Whereas the MI5 article follows my contention that forecasting and early warning is the key to avoiding the next Berlin, Paris, Nice,etc.

The situation is a mirror of the statements made by Chancellor Angela Merkel's top deputies below, and mirrors every terrorist incident in the US from 9/11 to Orlando. https://www.youtube.com/watch?v=l0izZvCNkJw James Woods the actor reached the conclusions that he did concerning 9/11 for the same reason I reached the conclusions that I reached, were are logical, real world individuals with *normal*common sense, which is opposite of the people you are depending on to save dozens to hundreds of Canadian lives.

Due to the Trump factor, the holidays, and there being a 90% chance of an attack on Las Vegas before January 20th, and a 100% chance after that, if the Canadian government does not issue a travel warning to Canadians, I will through my sources in the EU, Australia, Canada, and the US through every possible option available for dissemination of the information concerning the terrorist issue.

I would ask that you personally review the email to Dr. Mitja Zagar, the Slovenian/EU negotiator and the accuracy of my warning. It is not that I am so smart, it is that the US and EU entities facing off against ISIS and Al Qaeda are so deluded. Examine the statements of NYC Mayor Deblasio concerning the panicked evacuation of Trump Tower this week-no sense of urgency or understanding of how ISIS and Al Qaeda viewed the incident. Sooner than later the alert will be due to Bataclan style raid, Brussels airport style attack, a recreation of the first World Trade Center bombing, or a repeat of 9/11 (as I warned in 2001, foreign pilots fly into NYC on an hourly basis, some just like him https://www.theguardian.com/world/2002/mar/16/duncancampbell). The real world fact is, Trump Tower cannot be protected, nor his family kept safe in the building (there is a 60-90 window to evacuate the First Family). Terrorist have the building as their new World Trade Center, and US authorities are deluded to believe there is any way to defend the building, there is not. As with the Las Vegas situation, the answer is obvious, and it is the only answer: 1) Trump and his family MUST live in the White House, and Trump has to remove himself from ownership/ties to these buildings (which will only partially work). 2) Las Vegas due to the very nature of the casino industry and the design of its two main tourist areas can only be protected one way, and authorities in the US and the city won't get that until after the attack(s).

Although Trump Tower is now the prime target of ISIS and Al Qaeda, as I warned his campaign and a top member of his security team, it is the Las Vegas Trump Casino that is the easiest Trump target to hit, with the least amount of resistance, that will yield the highest body count, and provide a media/PR gold mine for the terrorist group that gets to it first (there is a race to achieve this *goal*). As Scotland Yard Chief Sir Bernard Hogan Howe stated about London, and former NYPD Commissioner Bill Bratton stated about NYC, it is not if they are going to get hit again, it is when. When is soon, and when is often throughout the Trump presidency. Las Vegas has a pittance of the security and experience that London and NYC have concerning counter-terrorism. Combine these realities with the fact that Mr. Trump has declared war against Muslims, has stated he will deport Muslims *en masse*, and that he will institute a Muslim registry, and Las Vegas will look more like Gaza than not (as well as NYC, Detroit, etc.). The Canadian government should prepare for the worst, and prepare its people for the worst if they chose to travel to America. Again, I should not have to look out for Canadian citizens more than the Canadian government and elected officials that have taken an oath to do so. However, I will not allow the good people of Canada, the EU, Australia, and New Zealand, many of which are family and friends, to die in ignorance. Their basic human rights demand that they know that their lives are at risk if they go to Las Vegas.

Thank you and good luck, and a Happy New Year.

Sincerely,
Jerome Almon
305 725 2271

**ORLANDO PULSE NIGHTCLUB SHOOTING**
http://www.nationalreview.com/morning-jolt/436750/omar-mateen-orlando-shooting-red-flags-were-everywhere

**BBC REPORT ON MI-5 & FORECASTING EVENTS**

http://www.bbc.com/news/uk-38252470

## THE TRUMP ISSUE WARNING HAS ALREADY BEGAN
http://www.nydailynews.com/new-york/suspicious-package-report-prompts-trump-tower-evacuation-article-1.2925879

Americans do not understand that Al Qaeda and ISIS are watching and studying every such incident. Again, they have reconned Vegas, and know it better than the Mayor or Sheriff.

## THE TRUMP ISSUE
http://www.dailymail.co.uk/news/article-4056372/Mystery-military-circling-Manhattan-running-evacuation-plan-Donald-Trump.html

https://www.bloomberg.com/news/articles/2016-12-06/trump-buildings-could-draw-terrorists-who-pays-for-protection

## GERMANS LOGICAL QUESTIONING OF THE BERLIN ATTACK
*"Armin Laschet, the deputy leader of Merkel's CDU, told Deutschlandfunk on Thursday that revelations about the workings of the security services "can only have unsettled" him.*
*He has accused investigators in western Germany of washing their hands of the prime suspect, despite knowing he was a danger."*
http://www.dailymail.co.uk/news/article-4058312/It-s-convenient-Questions-discovery-Berlin-attack-suspect-s-ID-24-hours-police-scoured-truck-emerges-far-right-leader-KNEW-attacker-Tunisian-Muslim-hours-atrocity.html

## THE PARIS WARNING
-------- Original Message --------

Subject: RE: JEROME FROM WAYNE STATE UNIVERISTY
From: <act@preactdontreact.com>
Date: Wed, October 21, 2015 11:44 am
To: "Mitja_Žagar" <mitja.zagar@guest.arnes.si>

Dr. Zagar-
Good to hear from you. I am sorry I just got to my email messages, I am working on several other huge projects that all come back to the migrant issue. I will have to hook up Skype, I don't know how it works to be honest.

The situation in the States is pretty dire. We are essentially at civil war with the country collapsing socially. All of the work that you and Dr. Feinstein did and we did for you turned out to be 100% accurate. Simply put, America bet on the wrong people with the wrong plans and now we are getting our comeuppance.

I am against the re-settling of immigrants in the US or Europe, it will most certainly lead to more conflict in both areas and the Middle East. The only hope is establishing a safe zone in Syria and Iraq, which is as close to impossible as it gets considering the collapse of the basic structures and the radicalization of the nations. Electing George Bush was the worse event that has happened to the world since WWII. I will get on Skype and send you another email asap. I am moving to Berlin to work on a large social media project in the next 30-60 days. In the meantime I am sending these articles for your review concern my thoughts on the migrant issue. Would you be able to attend a conference on the issue of the migrants and school shooter issues in Europe or the US with all expenses and a fee paid to you?

## TERRORISM IN NORTH AMERICA
http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh
http://www.mlive.com/news/detroit/index.ssf/2014/08/report_more_residents_in_dearb.html

## ECONOMICS
http://www.fool.com/investing/general/2015/10/18/5-biggest-flops-in-las-vegas-history.aspx
http://www.dailytelegraph.com.au/news/opinion/motowns-road-to-ruin/story-e6frezz0-1226426121204 (at the time the media was saying how great Detroit was doing and it's great comeback, the reporter came to do a story on the comeback, but accepted reality after our 2 day tour) http://www.nj.com/news/index.ssf/2015/05/what_are_the_chances_of_atlantic_city_going_bankru.html

Vegas is on it's way to going under and taking several states with it, as is Atlantic City, Chicago/Illinois. The casinos bankrupted Detroit and now are are finishing off the rest of the country with no viable plan in place. I warned the following:

http://www.prweb.com/releases/2012/11/prweb10142359.htm

http://www.lasvegassun.com/news/1997/nov/28/barden-allies-may-join-anti-casino-opponents/

http://news.google.com/newspapers?nid=1350&dat=19971129&id=lnJxAAAAIBAJ&sjid=7A0EAAAAIBAJ&pg=6806,5606358

http://news.google.com/newspapers?nid=1350&dat=19971229&id=nkpPAAAAIBAJ&sjid=_QMEAAAAIBAJ&pg=1739,5275802

http://news.google.com/newspapers?nid=1988&dat=19970305&id=BGYIAAAAIBAJ&sjid=gawFAAAAIBAJ&pg=1222,939329

The other issue I am extremely concerned about is a threat that would end Detroit, cost America 2 million jobs in a week, and plunge the stock market to below 2008 and 911 levels. The Iran deal was done in part due to Iran has 40,000 agents in or at America's borders prepared to attack if Iran's nuclear facilities were attacked. That is the good news, **the bad news is the Sunnis have 3X that many agents in the US and are preparing for their "Islamic Tet offensive."** With Russia, out of necessity intervening in the Syrian/Iraq war and the US govt. giving behind the scenes approval for the Russian-Iranian-Allawite axis which will inevitably bring in Israel and the US the Sunnis will go after the US and Canadians on their own soil in a much more aggressive and massive way. My assessment is that the Chinese will be drawn into the war due the unrest with the Xinjiang Province and the Uighars. The Islamic State (IS) has spread throughout Central Asia and will take Afghanistan and defeat the Taliban in the end unless there is a "mass war event." It is my contention that Putin has decided to that. He cannot lose the Syrian-Iraq War, he cannot allow the IS to continue to grow in the Central Asian Republics, and Afghanistan, and he is not giving up Crimea, and does not have the military resources nor money to fight a prolonged war. I believe Putin is planning to use a tactical/battle field nuclear weapon (NATO appears to be thinking that way on the Ukraine which is insane). Most of the intelligence guys that I respect believe that is the only way to stop the IS/Sunnis or to completely withdraw from the Middle East. What is your opinion?
Thanks-
Jerome

(CNN COMMENTATOR & CIA AGENT BOB BAER REACHED THE SAME CONCLUSION ON JANUARY 15, 2016 REGARDING THE "TET OFFENSIVE" AFTER AN ATTACK ON A WESTERN HOTEL IN BURKINA FASO)

## SINCE MY WARNING THE FOLLOWING HAS OCCURRED
**1) PUTIN**
http://www.express.co.uk/news/world/625465/Islamic-State-Russia-Vladimir-Putin-threatens-bomb-ISIS-nuclear-weapons

**2) CHINA**
http://www.upi.com/Top_News/Opinion/2016/08/19/A-grown-up-China-looks-to-enter-the-Syrian-equation/6901471632415/

**GERMANS CONFIRM MY ASSESSMENT OF THE NUMBER OF TERRORISTS IN THE US BASED ON THE CSIS STATEMENT BELOW**
3) http://www.telegraph.co.uk/news/2016/11/29/german-intelligence-officer-arrested-islamist-plot-raising-fears/
With 4X Germany's population it is logical, and my personal knowledge of the situation the figure is accurate ( 1.5% to 4% of the Muslims in the US).

**CSIS STATEMENT ON US TERRORISM**
4) Check the government website for CSIS, our spy agency, which says:
*"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in Canada today than in any other country in the world."*
http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh

**ISRAEL PREPARING FOR ISIS ATTACK**
5) http://www.israelnationalnews.com/News/News.aspx/209999

http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/
http://www.dailymail.co.uk/news/article-1334404/US-subway-tunnels-terror-proof-600m-ring-steel.html


    **DR. ZAGAR'S CV**

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=mitja%20zagar%20cv


**INTERVIEW**
http://www.huffingtonpost.com/john-feffer/could-the-yugoslav-wars-h_b_7620756.html


-------- Original Message --------
Subject: SECURITY ISSUE FOR CANADIANS VISITING MAJOR US TOURIST
DESTINATION
From: <act@preactdontreact.com>
Date: Thu, December 01, 2016 10:59 am
To: justin.trudeau@parl.gc.ca

The Right Honourable Justin Trudeau:

I am contacting you concerning the following (any and all emails and other material is available at your request):

1) There is an imminent terrorist attack slated for Las Vegas, Nevada as ISIS has threatened in the video in the link below. The ISIS video mirrors a known plot that was reported prior to the video release in very specific detail. Due to authorities in the US not warning the public and making proper security adjustments, I am releasing emails between myself and the Mayor of Las Vegas, the Department of Justice, the US Secret Service, and other entities indicating that the public statements made in the news reports below are knowingly false.

Due to issues in the Middle East and EU such as in the links below, the hit is inevitable. Although the officials in the city, DHS/FBI, and the White House are saying this
http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage

http://www.reviewjournal.com/news/las-vegas/no-credible-threat-after-possible-group-video-shows-las-vegas-say-metro-fbi.

this is what the emails reveal they are stating behind closed doors
http://abc7news.com/news/new-isis-video-names-targets-in-san-francisco/1404458/

 http://www.ktnv.com/news/lvmpd-says-calls-reporting-suspicious-activity-up-200-percent (this is in reaction to the Nice attack and it just made security a million times worse and the body count increase by the hundreds at the minimum). The attack is expected to be a combination of the Nice, Paris, Brussels, Mumbai, and Orlando attacks combined. There is no viable way to protect or hold the city other than taking the steps that Paris and Brussels have taken after the most recent attacks in the respective cities.

2)The situation is worse than I am stating here, and the lethality of the situation has greatly increased due to the election of Donald Trump. It is why I was forced to do the leak, no matter what ISIS is going to execute that attack in Vegas, and due to Mr. Trump there is a new sense of urgency and purpose to carry out the attack.
A) Revenge for the killing of Osama Bin Laden and top ISIS leaders by the US. B) Any attack on a President Trump connected city is a PR and recruiting golden goose for ISIS/Al Qaeda (as well as a strategic plus). C) Mr. Trump has a casino with his name on it in Las Vegas, ISIS/Al Qaeda will not pass up the opportunity to deliver such a stunning blow to President Trump and America. No matter what ISIS and Al Qaeda will go after Trump Casino in Las Vegas as they will go after Trump Tower in NYC. Both are targets are too easy to hit, and again the PR value of even a failed attempt is priceless to ISIS and Al Qaeda.

I have warned specific individuals within the Canadian media and Cabinet Ministers, associates within certain governments, and specific media personnel that have previously interviewed me in the EU and Australia of the situation. I am being forced to take the matter public due to the issues addressed previously in this email, and for the following reasons:

1) I have successfully forecast numerous terrorist trends and events years and sometimes decades ahead of the experts in the US, Canada, and the EU. As the email leak indicates, I warned a top EU diplomat/security expert that ISIS and Al Qaeda were preparing to go on a major offensive 3 weeks before the November 2015 Paris attack. I warned top US officials/ Police Commanders months earlier of the same threat to the US. Neither properly investigated my warnings and the result was catastrophic as we all know. This article is indicative of my forecasts http://usdefensewatch.com/2016/07/is-black-lives-matter-as-dangerous-as-isis/.

2) The article and emails below concerning the Detroit-Windsor Tunnel. As you will read my warning was 100% accurate, although every politician, expert, and security head I spoke with stated my warning was ridiculous.

3) Las Vegas officials had the same view of my warning on the the plot referenced in the ISIS video until the Paris, Brussels, San Bernardino, and Orlando attacks occurred. Now they are in a panic in an attempt to cover up their miss, keep tourists coming to the city, and in preparation for the inevitable attack as emails and this article indicate http://lasvegassun.com/news/2016/sep/21/stratosphere-evacuated-after-suspicious-package-fo/ (this is one of several such incidents througout 2016).  Las Vegas officials are also aware of my forecasts on the other mentioned terrorist incidents and trends.

4) I forecast a very specific national security incident in Las Vegas in June of this year, and that incident occurred within 48 hours of my warning.

5) If Canada is depending on US officials to protect Canadian citizens I would advise reviewing the book *"See Something Say Nothing"* and the emails between myself and the Mayor of Las Vegas. American authorities have written off the lives that will be lost in Las Vegas as the price of doing business, which is clearly stated in the Mayor's emails.

Due to these facts, the Mosul operation, Aleppo being on the verge of collapse, raids/issue throughout EU/Germany, North American attacks are slated for a major increase in severity (which I warned of weeks ago). The continuation of the offensive that began with the November 2015 Paris attack is about to be turned up due to a convergence of the factors mentioned and other issues. I have had to personally warn groups about their events/activities in Las Vegas, and they have adjusted their plans accordingly. However, at this point my personal warnings to individual groups are not sufficient versus the real world threat. That is the #1 reason I am doing the email leak. I know that any day now I will wake up and hear that Vegas is under attack, terrorists have taken over hotel-casinos i.e. Mumbai 2008, and the casualty rate will be exactly what I forecast-5X the dead of the November Paris attack and 3X-7X the wounded (minimum the Strip and the Fremont Experience will be a graveyard as the emails demonstrate). And as with the Paris and other attacks and trends, I will have to live with knowing all those lives of children, women, and men could have been saved, had logical, pragmatic security steps been taken, and if the public had been informed about the imminent attack upon officials being warned about the plot.

I would hope that the Canadian government would not follow America's policy of suppressing information regarding imminent terrorist attacks, and inform its citizens that Las Vegas is at present and unacceptable threat to them and their families. If the city facing certain attack were in the Middle East, that warning would have surely went out long ago. To be direct, it is both insulting and unacceptable that I am risking my life in relaying such information to authorities and officials, and their response is completely disrespectful of that sacrifice.
Thank you and good luck.

Sincerely,
Jerome Almon
305 725 2271

**FROM GERMANY**
http://www.thelocal.de/20161201/what-we-know-about-the-gay-porn-star-turned-islamist-spy (I forecast this event nearly a year ago due to my personal knowledge of this case https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html. The only 2 people that seemed not to know that Nada Prouty and her handler were Hezobollah agents were the Directors of the CIA and FBI (I an laborate at your request).

http://www.telegraph.co.uk/news/2016/11/15/german-police-raid-200-sites-across-10-states-in-probe-against-b/

**OHIO STATE UNIVERSITY**
http://www.nbcnews.com/news/us-news/ohio-state-victim-says-attacker-vowed-kill-her-n690306

The West has a misunderstanding of the real world situation regarding terrorism, there is no such thing as a lone wolf, and all of the attacks are part of a larger effort (including some authorities are unaware of).

Copyright © 2003-2018. All rights reserved.

**Print** | **Close Window**

**Subject: [FWD: PR CAMPAIGN AGAINST THE NFL-NFL EXECUTIVES-AND ROGER GOODELL]**
  **From: act@preactdontreact.com**
  **Date: Wed, Jul 27, 2016 9:42 am**
    **To: BELSON@NYTIMES.COM**

-------- Original Message --------
Subject: PR CAMPAIGN AGAINST THE NFL-NFL EXECUTIVES-AND ROGER GOODELL
From: <act@preactdontreact.com>
Date: Sat, November 14, 2015 4:13 pm
To: Brian.McCarthy@nfl.com
Cc: greg.aiello@nfl.com, Michael.Signora@nfl.com

Mr. McCarthy:

As of Monday, I will initiate a PR campaign against the the NFL regarding the information I forwarded to the NFL attorney in Charlotte, Monroe Whitesides. This effort will likely include a a campaign against Greg Hardy, due to the NFL not heeding my warning and getting him under control. The situation is headed to a Jovan Belcher/Aaron Hernandez situation as I warned in the emails sent to Mr. Whitesides earlier this year. I will not wait for Greg Hardy to kill a woman, considering my name and reputation are attached to his case in Charlotte. As the information forwarded to Mr. Whitesides indicates, I have never forecast a man murdering a woman, and that forecast not coming true. I will make sure that Greg Hardy is put on trial for perjury in Charlotte first. I will run the same PR campaign to have him arrested as I did with the politician noted below that led to his imprisonment. Clearly, Greg Hardy is both a danger to females and himself, and is not getting the proper support and discipline in Dallas to avoid a tragedy, the NFL is being total irresponsible with the situation (i.e. Lawrence Phillips).

Most importantly, I will not allow anything to interfere with my work concerning national security and school/mass shooters, considering the number of civilians at risk along with the threat to the economy. In order to complete my work effectively, my reputation must be untainted, the NFL is attempting to taint my reputation. I cannot allow that considering my involvement in the European Union's anti-trust case against Google-Alphabet and with the issues associated with the Australian Google case which was initiated by a false statement in the same fashion as the false statements from the NFL. I note that Google-Alphabet was informed by its attorneys, they could not lose the Australian case, and would not face the anti-trust case in the EU, as you can see in both instances the attorneys were wrong http://www.wsj.com/articles/eu-to-pursue-google-parent-alphabet-on-multiple-fronts-vestager-says-1445817842. The same will be true for the NFL. I further note that Google-Alphabet is a $500 billion+ corporation with a market cap over 55X the revenue of the NFL. Finally, as the information forwarded to Mr. Whitesides indicates, I beat the Canadian government and US State Department in a similar confrontation, I have no issue with addressing this issue in the same way with the NFL.

I have included an edited version of a recent communication with foreign official, that I have had previous contact with concerning one of the national security issues I am currently working on to demonstrate the seriousness of my work.

Sincerely,
Jerome Almon
305 725 2271

**I WILL BE COMPARING THE NFL & EXECUTIVE WHO USED THE RACIAL SLUR TO HER**
http://articles.latimes.com/1996-05-12/sports/sp-3360_1_marge-schott

**I WILL BE COMPARING ROGER GOODELL TO HIM**
http://www.nydailynews.com/news/national/fox-lake-personnel-file-full-complaints-article-1.2425718

**I WILL BE RUNNING A PR CAMPAIGN AGAINST THE NFL AND TAKING LEGAL ACTION AS I DID IN THIS CASE IN THE US-EU-AUSTRALIA-AND CANADA**
http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html

https://www.google.com/#filter=0&g=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down%20Of%20Ripoff%20Report

To be direct, the unfortunate Paris attacks present the opportunity to correct the unacceptable security situation regarding the Ambassador Bridge, and Detroit-Windsor Tunnel before this even occurs https://www.youtube.com/watch?v=q3Qbok1kEJk&feature=youtu.be (I am having a professional version produced currently). As you will note, my previous forecasts and warnings on the border issue(s) and the Paris attack have all come to pass. With The Islamic State launching its "Islamic Tet Offensive" as I warned of in the Spring, North America is likely to see several dozen attacks of this nature over the next 18 months. The other shoe to drop will undoubtedly be Al Qaeda launching similar attacks in North America and the EU in the near future. The only positive element in the current situation in North America is the fact that the 40,000 Iranian agents in or surrounding the US have been taken off the battlefield due to the nuclear agreement. Of course the negative is the X3 Sunni agents in the US still being a lethal threat, and the greatest concentration being stationed at the north and south ends of the Detroit-Windsor Tunnel and Ambassador Bridge.

Issues that should be corrected:

1) President Obama should sign and executive order to begin construction on the new bridge (it would be prudent to build 2 bridges/spans for the purposes of security).

2) The US and Canada should take permanent control of the Detroit-Windsor Tunnel as a joint venture immediately and the tunnel *"terror proofed"* as described below.

3) The design specifics of the Detroit-Windsor Tunnel should be removed from the official website http://www.dwtunnel.com/AboutUs.aspx (I warned the Ambassador Bridge owner and he removed similar info years ago see emails below).

As Canadian military and intelligence experts can verify, it would take the following to breach the Detroit-Windsor Tunnel and destroy the Ambassador Bridge:

-A bomb costing $1,000 (USD) minimum $3,500 maximum and can be assembled in 2-3 hours (the same size bomb would easily destroy General Motors headquarters).
-A truck bomb costing $200,000 (USD) maximum, however depending on the explosive it could be 1/8-1/4 of this cost.

I am sure you are aware that the Oklahoma City bombers both had Michigan drivers licenses, and had they chose the Detroit-Windsor tunnel as their target they would have succeeded in creating the disaster demonstrated in the video above. Additionally, I am sure you are aware of Ahmed Ressam's instructions to attack tunnel, bridges, and corporate headquarters if he could not reach Los Angeles international airport. Had he chose either site, he would have been successful considering the explosive used (RDX).

Canada and American have been lucky up until this point, that luck will not last much longer based on the current real world situation. There are other issues, I will forward that information upon verifying several outstanding information.

Sincerely,

Jerome Almon
305 725 2271

I am sure you are aware of this statement from CSIS:

**"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in Canada today than in any other country in the world."**

http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh

As I previously noted, with this issue http://o.canada.com/news/report-warns-of-catastrophic-aboriginal-uprising also at the forefront of security threats, there is the necessity to remove as many threats off the table as possible as quickly as possible. Additionally, I am forwarding the latest information on school/mass shooters for your review, I will be staging a conference on the issue, but of course securing the border is the priority.

http://thyblackman.com/2015/10/15/school-shooter-problem-solved-girls-dhs-drive-bys-reality-tv-at-center-of-issue/
http://www.nationaljournal.com/next-america/criminal-justice/how-does-someone-become-school-shooter

Sincerely,
Jerome Almon
305 725 2271

## PREVIOUS DISCUSSED INFORMATION FOR REVIEW

http://www.macleans.ca/news/canada/two-accused-terror-considered-blowing-up-bridge-court-hears/

Copyright 2002 Gannett News Service. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.
Tighter security at border hits snag
Legal issues may block U.S., Canada checks before crossing
By Lisa Zagaroli / Detroit News Washington Bureau

    Comment on this story
    Send this story to a friend
    Get Home Delivery
    WASHINGTON -- Checking travelers between the United States and Canada
    after they've crossed the border -- which some liken to checking airline
    passengers after they land -- is being scrutinized by officials
    concerned that bridges and tunnels could be vulnerable to attack.
    Lawmakers are pressuring the U.S. Customs Service and Canadian
    officials to come up with a decision this week on whether the countries
    can swap inspection locations.
    An alternative to paying a toll, crossing the bridge or tunnel, and
    then being scrutinized by Customs officials once inside the other
    country's territory is to do inspections before crossing.
    Although the reverse inspection system is the only solution being
    lobbied to enhance infrastructure safety, the two nations haven't agreed
    on how to settle legal obstacles. An old idea revived by the Sept. 11
    terrorist attacks, a revised system would involve numerous agencies in
    both countries in the decision.
    "This reverse clearance proposal has a number of sovereignty and
    structure issues attached to it," said Michel Proulx, spokesman for the
    Canada Customs and Revenue Agency in Ottawa.

"There are a lot of players involved in all of this. It's difficult
to get a sound, concrete answer. No one department or agency would be
able to say yes or no."

There's little to stop someone who wanted to damage the Ambassador
Bridge, Detroit-Windsor Tunnel, or even Detroit Metropolitan Airport, if
the crime is done before the perpetrator even gets to an inspection
point, critics say.

Besides the human safety concern, destroying any one of the
border-crossing points would do serious harm to the auto industry, one
of the United States' economic engines, and many other businesses that
rely on just-in-time delivery of material. Michigan had $70 billion in
trade with Canada in 2000.

**"Every time I drive through that tunnel, I expect something to
happen," said Jerome Almon, a Detroiter who drives to and from Toronto
at least twice a month.**

**"Osama bin Laden says the economy is what they want to attack, and
you cannot find a more decimating effect than that bridge or tunnel on
our economy. You will kill Detroit, it's over, goodbye. But think of the
effect on the rest of America."**

Firearms an issue

Aside from jurisdiction, the question of whether U.S. Customs agents
should carry firearms in Canada is of particular concern to Canadians.
Canada is known for being much less tolerant of guns than the United
States.

"Our Customs officers are not armed and at this point in time we
still feel there is no reason for them to be," Proulx said.

"We have a study going on right now to determine whether the tools
they have are adequate to do their jobs safely and with full security.
The U.S. (agents) are (armed) and definitely that would be one of the
snags in the issue."

The preclearance concept does have precedent. U.S. Customs agents
inspect U.S.-bound passengers at six Canadian airports so they don't
have to be routed through Customs once they arrive like travelers on
flights from every other country, said former Michigan Gov. James
Blanchard.

He spearheaded the "open skies" agreement when he was U.S. ambassador
to Canada.

The real stumbling block to doing this at bridges and tunnels will be
working out how much authority each side is given to enforce the other
country's laws, he said.

"You could always prevent (a suspicious passenger) from getting on
the plane," Blanchard said. "The question is who arrests them, can they
say 'I choose not to fly' then go home, or do we hold them?"

Sen. Carl Levin, D-Detroit, said he thinks all of the issues can be
worked out.

"The only impediment here is bureaucratic impediment," he said. "Even
though there's supposed to be an urgency after Sept. 11, there seems to
be some unnecessary foot-dragging."

Levin and Sen. Debbie Stabenow, D-Lansing, sent a letter to Customs
Commissioner Robert Bonner on Jan. 4, insisting on a progress report by
Friday.

"It is obvious that inspecting vehicles for dangerous contents such
as bombs or explosives after they enter our tunnels or cross our bridges
is inadequate," they wrote.

Customs spokesman Jim Michie said he wasn't sure when a decision
would be made on reverse inspections, but that it was being closely
studied.

Tighter local security

Local authorities say they've taken the steps they can to bolster
security.

Travelers who use the Detroit-Windsor Tunnel are no longer allowed

through unless operators are certain they can make to the other side
without backups, said Gordon Jarvis, president of the Detroit & Canada
Tunnel Corp.

"If there is an incident and you need to get out, there is space for
you to do so, and there are fewer cars in the tunnel at any one time,"
Jarvis said. "It also makes it much easier for us to identify when there
are incidents in the tunnel."

Jarvis said reverse inspections are a viable option at the tunnel,
despite the smaller queue area, compared to other crossing points like
the Ambassador Bridge.

The owners of the Ambassador Bridge have installed new lighting,
fencing and surveillance cameras, as well as armed security 24 hours a
day, said Dan Stamper, president of the Detroit International Bridge Co.
Stamper said the bridge company is paying for the extra security.
"We're not sure whose responsibility it is for the cost of security,
but we are not in the position to say it's not going to be done," he
said.

The bridge authority has completed plans showing that logistically,
preclearance can be implemented on an interim basis within 90 days,
Stamper said. In doing so, there would be the added bonus of huge
efficiencies in traffic flow.

"The current six lanes that cross the border, two at the tunnel and
four at the bridge, become traffic lanes and not parking lots," Stamper
said. "It increases the capacity of both the tunnel and the bridge, a
lot more than anything else we can do today."

Blue Water Bridge study

Bruce Campbell, the engineer manager of the Blue Water Bridge, said
the proposal is being examined as part of a long-term security review of
the span connecting Port Huron with Sarnia, Ontario.

With the Ambassador Bridge being the busiest U.S.-Canada entry point,
carrying 12 million vehicles a year, the economic implications for the
region are enormous.

"One 18-wheeler goes across that bridge every eight seconds," said
Carmine Palombo, director of transportation planning at the Southeast
Michigan Council of Governments.

The implications for the bridge and tunnel operators are significant
as well.

"They're all looking at an out-of-pocket expense they hadn't
anticipated," said Neil Gray, director of government affairs at the
International Bridge, Tunnel and Turnpike Association, which represents
toll agencies.

"Nobody wants to do a toll increase to reflect this, in fact I'm not
sure anyone has proposed one, but it's an issue we are all having to
think about."

Protecting airports is a concern as well, though most of the
attention has been on protecting aircraft against air piracy, Capt.
Duane E. Woerth, president of the Air Line Pilots Association, told
senators late last year.

Noting that airports in Rome and Vienna have been hit, Woerth said
he's worried terrorists could attack ticket counters, check-in
facilities and lines of passengers waiting outside.

Airlines, bridges and tunnels are experiencing lower traffic flow
because of leisure travelers concerned about terrorist risks.

**Almon, the Detroiter who travels to Toronto on business, said he's a
former combat engineer with the Army and he's concerned about how
easily**

**a carload of explosives put together with store-bought material could
take out the bridge or tunnel.**

**"At the mouth of the Detroit tunnel sits General Motors headquarters,
a terrorist would get two for one with that," Almon said.**

## EMAILS CANDIAN CABINET MINISTER TO PRIME MINISTER ON MY WARNING ON TUNNEL AND BRIDGE THAT CAME TRUE

http://www.cbc.ca/news/canada/windsor/story/2012/07/12/wdr-windsor-detroit-tunnel-closed.html

From: **Minister of Transport, Infrastructure and Communities / Ministre des Transports, de l'infrastructure et des Collectivités**<MINTC@tc.gc.ca>
Date: Thu, Oct 13, 2011 at 1:24 PM
Subject: Proposed construction of a new bridge
To: "almonjer@gmail.com" <almonjer@gmail.com>
Cc: "cims_oper@pm.gc.ca" <cims_oper@pm.gc.ca>

Dear Mr. Almon:

Thank you for your correspondence of July 18, 2011, regarding the proposed construction of a new bridge between Detroit and Windsor.  Please accept my apologies for the delay in replying.

Yours sincerely,

Denis Lebel, P.C., M.P.

c.c.     Office of the Right Honourable Stephen Harper, P.C., M.P.
Prime Minister

## NYC TUNNELS "TERROR PROOFED" AFTER REFUSING TO HEED WARNINGS FROM ME BEGINNING AT THE DATE OF THE WARNING TO US CUSTOMS NOW DHS

http://www.dailymail.co.uk/news/article-1334404/US-subway-tunnels-terror-proof-600m-ring-steel.html
http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/

## MY WARNING

----- Forwarded Message -----
From: "WEB.COMMENTS@customs.treas.gov" <WEB.COMMENTS@customs.treas.gov>
To: almonjer@yahoo.com
Sent: Thursday, September 20, 2001 9:40 AM
Subject: Detroit/Windsor security/GYR

Thanks for your message.  I am forwarding it onto the Security Team for investigation.

Customs/GYR

**almonjer@yahoo.com** (Jerome Almon)
09/14/01 03:54 PM
To:     web.comments@customs.treas.gov, technical@customs.treas.gov
cc:
Subject:   U.S. Customs Website Comment.

```
Below is the result of your feedback form.  It was submitted by
Jerome Almon (almonjer@yahoo.com) on Friday, September 14, 2001 at 15:54:31
--------------------------------------------------------------------------
```

email: almonjer@yahoo.com

subject-of-this-message: Detroit/Windsor Security

website_comments: I have had previous contacts with your office issues
(specifically Bonnie  Tischler).  I feel it is necessary to reintroduce
this information ( I will send a copy of thisinformation to US Senator Carl
Levin.)  I have made compliants against certain procedures and individuals at the
Detroit/Windsor border crossing. I also corresponded with the Canadian Minister
for Immigration (Elinor Caplan) concerning the fact that even the supervisors at
the Canadian border do not understand much of the information they need to
concerning legitimate vs. false documentation. (I unfortunately am able to prove
this point.) Meaning if say a person was on a wanted list -the Canadians often ask
the person to interpret the information.
Finally the Detroit/Windsor tunnel.  It is a disaster waiting to happen.  Since
the US checks cars AFTER they have entered the tunnel (as does Canada) -doesn't
that defeat the objective of stopping a terrorist act in the tunnel?  The check
should happen before the tunnel is entered, and after-or thetunnel should be
closed.

**THERE HAVE BEEN NUMEROUS INSTANCES OF THIS**
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-
8#q=DETROIT+WINDSOR+TUNNEL+BOMB

## DETROIT-WINDSOR TUNNEL BANKRUPTCY
http://www.forbes.com/sites/michelinemaynard/2013/07/25/detroits-tunnel-to-canada-follows-the-city-into-bankruptcy/

## EMAILS REGARDING DETROIT-WINDSOR TUNNEL
----- Forwarded Message -----
**From:** Neal Belitsky <nbelitsky@dwtunnel.com>
**To:** 'Jerome Almon' <almonjer@yahoo.com>
**Sent:** Friday, July 22, 2005 12:52 PM
**Subject:** RE: Tunnel Safety/Policy

Thank you, We too take both security and facilitation quite seriously.
We have not taken a position on any new border crossing, but are working to have the existing crossings
operate more efficiently and safely until a decision on a new crossing is made and it opens for traffic.
N. Belitsky

-----Original Message-----
**From:** Jerome Almon [mailto:almonjer@yahoo.com]
**Sent:** Friday, July 22, 2005 11:23 AM
**To:** nbelitsky@dwtunnel.com
**Subject:** RE: Tunnel Safety/Policy

> Mr. Belitsky-
> I I am writing you  concerning prior conversations regarding the
> attached articles and customs info (see underlined bold portions).  I
> have been asked to get involved in the fight to block the new proposed
> Bridge crossing, I would rather not (due to the time that would be
> involved) but I of course am highly concerned about the security issue.
> ( I noticed that the blueprints for the bridge were removed as I
> recommended in September of 2001.)
> In the 3 weeks following 9/11 I wrote a book predicting the following:

1)The next big threat in terrorism would be from Islamists who are citizens of the countries they are going to bomb in the west (London). 2) Al Quada has infiltrated the US military and would make use of it ( numerous cases of this has occurred).
3) Foreign commercial pilots who fly in to the US daily would be recruited and attack American sites i.e. the WTC attacks.
4) The Detroit Windsor/Tunnel and Ambassador/Blue Water Bridges along with GM HQ would be attacked simultanteously in order to attempt to counter the auto industry saving the US economy after 9/11. 2 of those 4 predictions have come true-and is there ANY doublt the other 2 will follow? I am so concerned about the issue, I am prepared to address it at a press conference involving a issue I am working on with the State Dept in the next few weeks. However, I do not want to address the issue without looking at all sides. I also would like your opinion on the proposal to build a new tunnel.
Facts:

 -If the Milleneum bomber Achmed Ressam had targeted the Det/Windsor Tunnel or Bridge or GM instead of LAX-he would have succeeded (he listed his secondary targets as corporate offices, bridges, and tunnels.
-Jamal Akal of Windsor is arrested in 2004 by Israel for planning to come back to Canada and attack US and Canadian targets-surely he knows about the tunnel.

-The tunnel and bridge are the easiest targets to hit in America that will cause the most damage.
What saved the economy after 9/11 -($1 trillion lost in the first 10 days after 9/11 in the stock market alone) the auto industry. Al -Quada knows this (they allegedly bought options on stocks that would suffer after their 9/11 attacks).

Scenario (This satisfies Al Quada's requirements for attacks -mass casualties (GM HQ in the tens of thousands) spectacular event (Detroit and Windsor flooded, the bridges blocking the shipping lanes GM HQ in the Detroit River) and severely damaging the economy (so goes GM, Ford, and Chrysler- so goes the US economy) : Al- Quada  attacks the tunnel, bridges, and GM HQ.  The Detroit river turns downtown in to Atlantis, the bridge blocks the shipping lanes, thousands dead at GM HQ as it is blown into the river. If it is winter -all the worse.  Examine this: a welder cut one pipe at DPD HQ and killed off the emergency system for a week-what happens when the river rushes in?  What about the fires that are surely to come?  How do you get the river OUT of the city?
The economy would be sent back to the 19th Century if this happens. With so many Jihadist in Canada and in the Detroit Metro area ( 1/10 of 1% of the population would be 100 suicide bombers) it would be insane to wait for it to happen.  It is not a question of IF this will happen ...but when it will happen. Either we change the security situation of Al Quada will change it.
Jerome Almon
248-569-9298


----- Forwarded Message -----
**From:** Neal Belitsky <nbelitsky@dwtunnel.com>
**To:** 'Jerome Almon' <almonjer@yahoo.com>
**Sent:** Saturday, September 22, 2001 11:21 AM
**Subject:** RE: Tunnel Safety/Policy

Thank you.

We have had similar discussions on both sides of the border. Inspection is a
governmental policy set by Washington and Ottawa. The Tunnel Corporation as
well as local and federal agencies have enhanced security. As you can
expect, the nature of these are confidential.
Neal Belitsky
Director
-----Original Message-----
From: Jerome Almon [mailto:almonjer@yahoo.com]
Sent: Saturday, September 22, 2001 11:06 AM
To: nbelitsky@dwtunnel.com
Subject: Tunnel Safety/Policy


Dear Sir:

Two days ago I was interviewed by FOX News concerning
a matter involving safety and the Detroit/Windsor
tunnel.  For the past year I have voiced my concerns
about issues at the Tunnel and Bridge to Minister
Elinor Caplan  (Immigration Minister), Sen. Carl Levin
(Michigan), and US Customs.  Among those issues were
several security concerns.  Chief among the concerns
was that vehicles are searched only AFTER they have
entered and completely navigated the tunnel. Of course
this offers anyone with ill will to cause maximum
damage at minimum risk of being stopped.

I have re-contacted the governmental agencies (14
September 2001), and asked that this policy be changed
to a policy that mirrors current airport security.
That is, a physical search BEFORE vehicles enter the
tunnel (as airports require metal detector
examinations and baggage searches before boarding
planes), and the standard checks upon exiting the
tunnel.

My concerns come out of my experience as a combat
engineer/paratrooper in the US Army (explosives) and
as a Political Scientist that has extensive knowledge
of the Middle East and terrorism.  It is my opinion
that with General Motors at the mouth of the Detroit
side and the added bonus that any breach in the tunnel
will flood downtown Windsor and Detroit, this must
have been looked at by terrorist entities.  Further,
in the CBS broadcast of 48 hours 21 September 2001 it
was shown that terrorist have "mapped" out every
vulnerable and damaging target in NY/New Jersey on
video tape for possible actions.  Tunnels were among
their major targets.  Therefore, NY has embarked on
"terrorist proofing" the city.  That is having
individual(s) drive the city and look at it through
the mind of a terrorist and create policies to thwart
possible attacks.  In other words pre-act rather than
react.  Finally, I hav ebeen informed that the Detroit
News is looking into this matter and US Customs (DC)
has turned the matter over to their security team. I
am seeking  your support along with the Detroit
Chamber of Commerce, New Detroit, and Windsor
businesses to change this policy immediately.

Jerome Almon
248-569-0468

## KWAME KILPATRICK PERJURY

http://archive.freep.com/article/20080905/NEWS01/
809050375/Kilpatrick-admits-guilt-resigns-office

http://www.nytimes.com/2013/03/12/us/kwame-kilpatrick-ex-mayor-
of-detroit-convicted-in-corruption-case.html?_r=0

http://detroit.cbslocal.com/2013/10/10/sentencing-underway-for-ex-
detroit-mayor-kwame-kilpatrick/

http://www.slate.com/blogs/crime/2013/03/11/kwame_
kilpatrick_detroit_mayor_america_s_most_prosecuted_ex_
mayor_is_convicted.html

Copyright © 2003-2018. All rights reserved.

Print | Close Window

Subject: Re: COMPLETE BIO AND VERIFICATION OF BACKGROUND-WHY THE NFL ISSUE IS SUCH A PROBLEM TO ME AT THE MOMENT
From: "Belson, Ken" <belson@nytimes.com>
Date: Wed, Jul 27, 2016 11:27 am
To: act@preactdontreact.com

---

Hello Mr. Albon,

Thanks for all the additional information.

You mentioned you were in the airborne. When were you in the military?

I'm reaching out the league and team.

All the best, Ken

On Wed, Jul 27, 2016 at 1:58 PM, <act@preactdontreact.com> wrote:
Mr. Belson (the previous email had attachments and may have went to your junk folder)-

The information below contains the issues I have worked on with the think tank, and I am including why the NFL IPHONE message is an issue at this moment in the most negative of ways.

**CURRENT ISSUE THAT INTERSECTS WITH THE NFL** (I can provide the emails between myself and the Mayor and Police Commanders at your request)

Since 2012 I have been in contact with the Las Vegas Mayor and her top Police Commanders concerning a terrorist issue. The issue is I witnessed exactly what is contained in the ISIS video below. Initially, of course the Mayor, the Commanders, and the casino VP I originally warned, dismissed my information as ridiculous. However, after Paris, San Bernardino, etc. they no longer do. Since the ISIS video was released, I have been contacted by the FBI (San Francisco) on a referral from either the NYPD counter terrorism office or the foreign Intelligence agency that contacted me to assess the threat in Las Vegas to their citizens. All now accept that my warning was accurate (2012 & 2013/2014) on what I witnessed. I have been specifically asked what I think the attack will look like, number of attackers, weapons used, casualties, etc. The authorities in Canada and Foreign Ministers in the EU are specifically going off of my recommendations. The accepted and expected death and injury toll dwarfs Paris. Due to the design of Las Vegas's 2 top tourists sites, it is impossible to protect the areas without the deployment of troops France and Belgium now have in place.

The Mayor, Police, and FBI have no intention of warning the public of the imminent attack (due to casino pressure). My assessment is the video release by ISIS a green light to attack the city, and they will be pros on the level of the November Paris attacks or better. The issue is that the head of NFL security is a former FBI agent, most of his security are former FBI, CIA, and federal agents that work with the FBI and DHS on a daily basis due to terrorist threats. Surely, they have the IPHONE message from Bagley and much more, I am sure he has painted me as the worst person on Earth.

There are 2 problems with this, if an intel or security agency fails to act on a warning or information I pass along, as with the warning I gave my former professor and EU negotiator/security expert 3 weeks before the Paris attack, it could lead to catastrophe. The other issue is the NFL is seeking to move the Raiders to Vegas and spend $750 million in tax payer money to build the stadium. This as I am seeking to stop the city from being devastated by a terrorist attack. Who do they think is more likely to come up with a tip concerning a terrorist attack me or them? This is a big reason the true nature of the ISIS threat to Las Vegas has not been released to the public, they want to get the funding first, and the NFL likely knows about it and are working against me intentionally or not-but with the same effect. As the email to the NFL communications team warned, the Bagley IPHONE message would come back to haunt me regarding my work with national security.

**WHY I AM NEVER WRONG ABOUT FORECASTS IN THE AREA OF NATIONAL SECURITY**
-I studied under the best of the best with real world experience. Dr. Feinstein's family barely escaped the Holocaust, Dr. Zagar was a WARSAW PACT officer, the other professors I had from Europe, Australia, Canada, Southern Africa all had real world experience outside of the classroom.

-I actually know these people/have had conversations with them
https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html

-This guy lived 3 miles down the road from me
http://articles.chicagotribune.com/1985-06-19/news/8502090070_1_lebanon-david-berry-nabih-berri

-My experience in the war

-Growing up in the streets of Detroit
Essentially, I know how terrorists think, which is the largest missing element from those such as the Mayor cited below. They just don't understand how ruthless these guys are, which ironically have the same sort of mindset as a woman abuser (I have 7 sisters also).

So the forecasts are not based on clairvoyance, or hocus pocus, but science, and understanding the problem in the purest sense. That is why most of the people in the think tank that I consult are either extremely good in their professions or even better are kids in their teens and early 20's-they haven't learned to lie to themselves yet.

**MAYOR GOODMAN EMAIL AND POLICE COMMANDER EMAIL (the other emails are far worse)**
-------- Original Message --------
Subject: RE: PERSONAL AND CONFIDENTIAL FOR REVIEW BY MAYOR GOODMAN RE:
TERRORISM THREAT
From: "Carolyn G. Goodman" <cgoodman@LasVegasNevada.GOV>
Date: Mon, April 11, 2016 2:30 pm
To: "act@preactdontreact.com" <act@preactdontreact.com>
Cc: Carolyn Levering <clevering@LasVegasNevada.GOV>, Ted Olivas
<tolivas@LasVegasNevada.GOV>

Mr. Almon, thank you for sharing your concerns about terrorism and its potential impact to the Las Vegas area. I have recently expressed my own concerns directly with Secretary Johnson of the Department of Homeland Security. As a city, we invest in many resources to ensure the safety of the community and the visitors we serve. As you know, we cannot prevent every possible act of violence or terrorism. We work very hard to ensure communication, cooperation and coordination with our local government agencies the private sector and our state and federal partners to be prepared to achieve our 5 mission areas: prevent, protect, mitigate, respond, recover from terror attack.

I am forwarding your concerns to our Joint Terrorism Task Force and the Southern Nevada Counter Terrorism Center for further investigation. If you have knowledge of *specific planned targets, modes of attack, or dates and times of planned attack*, please file a SAR (Suspicious Activity Report) as soon as possible with our Counter Terrorism Center. This report may be sent anonymously if so desired."

CLV-Sig-Setup
-------- Original Message --------
Subject: INFORMATION REGARDING LAS VEGAS ISSUES
From: <info@thecountermedia.com>
Date: Fri, May 16, 2014 6:47 pm
To: Ted@TedMoody.com

Chief Moody-

I would like to relay information to you concerning the following issues that are/will affect Las Vegas:

-A terrorism issue (non-emergency)
-A police issue involving response issues (issues I encountered as a tourist in Las Vegas)
-Tourist safety on the Strip and Downtown

Thank you-
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: RE: INFORMATION REGARDING LAS VEGAS ISSUES
From: "Ted Moody" <ted@tedmoody.com>
Date: Sat, May 17, 2014 8:31 am
To: info@thecountermedia.com

Dear Jerome

Thank you. I look forward to hearing about and discussing your concerns.

Sincerely,
Ted Moody for Sheriff
438 East Sahara Avenue
Las Vegas, Nevada 89104
Campaign Phone: 702-992-0585
Campaign Fax: 702-853-1340
Ted@TedMoody.com


*Paid for and authorized by Ted Moody for Sheriff. Political Contributions are not tax deductible as charitable contributions for Federal Income Tax purposes.
Contributors may contribute up to $10,000, $5,000 for the Primary Election and $5,000 for the General Election.*
-------- Original Message --------
Subject: INFORMATION ON SAFETY ISSUES-LAS VEGAS
From: <info@thecountermedia.com>
Date: Sat, May 17, 2014 1:02 pm
To: ted@tedmoody.com

Sheriff Moody:

Thank you for you response and time  regarding the issues below:

1)THE TERRORISM ISSUE:

As you are certainly aware of, Al Qaeda has Las Vegas as one of its top 5 main targets, specifically the Strip.  I am certain that the area has been scouted and targets selected based on my experience in the area and my observations of individuals and groups while in Las Vegas. They will hit what is most familiar with them, and Las Vegas is very familiar to them. (For example the mastermind behind 911 graduated from the University of North Carolinahttp://edition.cnn.com/2002/US/South/12/19/al.qaeda.aggie/ .

ACTIONS THAT WILL BE TAKEN BY TERRORIST:

A) http://newyork.cbslocal.com/2014/03/19/al-qaeda-magazine-calls-for-car-bombings-in-u-s-new-york

B) http://www.cnn.com/2013/09/18/world/asia/mumbai-terror-attacks/

RECOMMENDED COUNTER MEASURES:

A) Special response teams will not get to the site in time, and must be in place PRIORto any incident in the immediate area.
B) *CONTAIN AND KILL*-officers must be prepared to neutralize the terrorist at the point of attack, i.e. the attacker cannot be allowed out of the building, off the block, or off the side of the street where they attacked (Las Vegas Blvd is a perfect kill zone for a terrorist due to its geography, such as the inability to cross the Strip in certain areas combined with the natural traffic volume.) Point blank, these are the same individuals and groups that Delta Force, Navy SEALS, Army Rangers, Airforce Commandos, and Marine RECON/special forces faced on the battlefields of Iraq and Afghanistan-they are not to be under estimated. (Essential they are Islamic special forces.) They are going to attack sooner than later.
C) Las Vegas should have its own anti-terrorism unit on the level of the NYPD's anti-terrorism unit, NYC learned its lesson the hard way 911-YOU CANNOT DEPEND ON THE FEDERAL GOVERNMENT TO PROTECT YOUR CITY.  As you will see in the information from the Canadian CIA (CSIS) and the response to that information from both that unit and myself, the federal authorities are grossly out of touch with reality regarding terrorism.
- http://www.cbsnews.com/news/the-case-against-nada-prouty-26-03-2010/
- http://www.nydailynews.com/news/world/fbi-appalled-cia-veterans-defense-agent-nada-nadim-prouty-lies-article-1.258534
- http://pamelageller.com/2007/12/hezbo-mole-crac.html/
I assure you this is not close to the worst.
I am well versed in this area as you will see due to my studies/duties as a university guest lecturer, and  personal experiences however most of my experience is first hand.  I left college and joined the US Army, several individuals that I attended college with left college and joined our enemy and did fight against the US in numerous war zones around the world.  These individuals are supported by groups in America, and know the country as well as you and I do.

DID YOU KNOW:

- http://articles.latimes.com/1985-06-19/news/mn-9224_1_nabih-berri
- http://www.debbieschlussel.com/21971/confirmed-islamic-terrorist-helped-fund-miss-michigan-usa-pageant/ (I cannot validate the claims against Ms. Fakih, however the allegations against the males named are accurate. I have personally seen these individuals proclaim support for terrorist organizations such as Hezbollah.)

- http://www.debbieschlussel.com/1956/la-shish-owner-indicted-does-your-fave-mid-east-restaurant-fund-terror/

- https://www.google.com/search?sourceid=navclient&aq=&oq=dearborn++TERRORISM&ie=UTF-
88riz=1T4GZAG_enUS472US472&q=dearborn++TERRORISM&gs_l=hp....0.0.1.155650..........0.H2orzmfkc8A(This is the result of a Google search of "Dearborn Terrorism")

- http://www.wxyz.com/news/local-news/investigations/several-arrests-were-made-related-to-a-federal-investigation-into-happys-pizza (The real reason Federa authorities went after these people is the same reason they went after the La Shish owner-terrorism.)

Thank you-
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: RE: INFORMATION ON SAFETY ISSUES-LAS VEGAS
From: "Ted Moody" <ted@tedmoody.com>
Date: Sun, May 18, 2014 9:41 am
To: info@thecountermedia.com

Dear Jerome

Thank you for the well considered and informative information.

I will review and continue to think about the issues you have raised.

We will talk in person one of these days.

Talk soon

Ted

**Sincerely,**
Ted Moody for Sheriff
438 East Sahara Avenue
Las Vegas, Nevada 89104
Campaign Phone: 702-992-0585
Campaign Fax: 702-853-1340
Ted@TedMoody.com

*Paid for and authorized by Ted Moody for Sheriff. Political Contributions are not tax deductible as charitable contributions for Federal Income Tax purposes. Contributors may contribute up to $10,000, $5,000 for the Primary Election and $5,000 for the General Election.*

What officials are saying publicly
http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage
http://www.reviewjournal.com/news/las-vegas/no-credible-threat-after-possible-group-video-shows-las-vegas-strip-say-metro-fbi.

vs what is being said privately
http://abc7news.com/news/new-isis-video-names-targets-in-san-francisco/1404458/

Bollards http://www.ktnv.com/news/lvmpd-says-calls-reporting-suspicious-activity-up-200-percent (this actually made the situation worse) The Paris and Nice attacks are exactly what I warned of, with very specific elements that are identical.

**VETERANS ADMINISTRATION FORECAST ON HEALTHCARE**

------- Original Message --------
Subject: VETERANS GROUP CALLED FOR CLOSING VA CENTERS LONG AGO
From: <act@preactdontreact.com>
Date: Mon, April 11, 2016 6:50 pm
To: pkime@militarytimes.com

Dear Editor:

My organization has called for the end of the VA medical centers since the 90's (http://www.doctorslounge.com/index.php/news/pb/62852). When the math is examined, keeping the VA is not just harmful to veterans but economic suicide. For example, all disabled veterans could receive private medical insurance cards under Obama's plan or with private insurance companies for $13.68 billion dollars annually, vs the $180 billion+ VA budget. And you could insure all veterans for $69.48 billion annually. No wait times, no dead vets, and it would cut the homelessness and joblessness to near nothing. The health failure is where most problems begin. That is over a $1 trillion savings over the decade, and the same can be done with VA benefits.

NBC STORY
http://www.nbc-2.com/story/25509709/veterans-group-wants-to-eliminate-va#.VwxP7qQrLIU

Sincerely,
Jerome Almon
305 72 52271

------ Original Message --------
Subject: RE: VETERANS GROUP CALLED FOR CLOSING VA CENTERS LONG AGO
From: "Kime, Patricia" <pkime@militarytimes.com>
Date: Tue, April 12, 2016 1:26 pm
To: "act@preactdontreact.com" <act@preactdontreact.com>

Thank you so much for reading and taking the time to write. It will be interesting to see what the Commission's final proposal is and whether Congress or the White House agree with it.

It's interesting to see that this debate has been going on so long and I appreciate the historical perspective.

I have forwarded your email to one of the editors in case they would like to use this as a letter to the editor. They will contact you for your approval if they decide to use it.

Again, thanks for reaching out,

Patricia

**MY EXPERTISE AND EXPERIENCE IN THE AREA OF DOMESTIC VIOLENCE**
**TRACY GRANDBERRY: DEAD WITHIN IN A MONTH AFTER MY WARNING**
http://www.macombdaily.com/20070530/warren-wife-dies-from-bullet-wound-to-head

**NIKKI BLATTER: DEAD WITHIN 6 HOURS AFTER MY WARNING**
http://news.google.com/newspapers?nid=1350&dat=19960718&id=YGRPAAAAIBAJ&sjid=-QMEAAAAIBAJ&pg=6633,4277563
http://news.google.com/newspapers?nid=1988&dat=19960718&id=3HEiAAAAIBAJ&sjid=c60FAAAAIBAJ&pg=2903,1452651
http://newsok.com/paroled-cityan-faces-charges-in-dallas-death/article/2545288

**CHAMPAGNE LEWIS: DEAD WITHIN 90 DAYS AFTER MY WARNING # 25 IN THIS LINK (ORIGINALLY FROM ATLANTA)**
http://www.canada.com/globaltv/ontario/story.html?id=177221b0-49c0-4598-b3b4-ca2bb1697358

# Police nab suspect in killing of `U` senior

## Oklahoma man to face murder charge

**By CRAIG SCHMIDT**
State News Staff Writer

Oklahoma City police and Dallas detectives arrested an Oklahoma City man Tuesday in connection with the slaying of an MSU student.

Kano Jamal Stevenson, 23, will be charged with first-degree murder in the death of Nikki Blatter, 22, who was found slain in her Dallas apartment Friday morning, police said.

"We arrested (Stevenson) based on information resulting from our investigation," said Sgt. Joe DeCort of the Dallas Police Department, who could not comment on a motive for the killing.

KDFW-TV in Dallas reported Tuesday night that police recovered Stevenson`s bloody fingerprint from a knife found inBlatter`s apartment.

he station reported that police found his name in Blatter`s personal phone book.

Police said they discovered Stevenson had served time in Oklahoma for forcible sodomy, was released from jail in January and had been under state supervision.

Dallas police Sgt. Larry Lewis said Stevenson was arrested when he reported to his probation officer in Oklahoma City.

Blatter, an MSU engineering arts senior who was in Dallas working for Texas Instruments as a part of MSU`s Cooperativ Education Program, was discovered by her roommate at 6:45 a.m. Friday with a slashed throat and head and neck injuries.

The Dallas County medical examiner`s office said Tuesday that Blatter died of strangulation and incised wounds on her neck.

Police said there were no signs of forced entry in the apartment and that Blatter probably opened the door for her attacker.

MSU political science senior Jerome Almon said he received an answering machine message from Blatter and spoke with her at 4:40 p.m. Thursday.

He said Blatter sought advice from him on whether to discontinue relations with two men she had recently become acquainted with.

"There were two guys that she mentioned when she talked to me," Almon said.

"A rapper who she had just met and someone named Jamal. If that`s the guy (police are) talking about, it was clear tha she had a problem with him when she called me."

Almon said he met Blatter in September, when she made a failed effort to become a voting member of the McDonel Hall Black Caucus. Almon - who was a Black Caucus member at the time - is a member of Urban Agenda, an organization that works to curb domestic violence.

"She called me out of the blue (Thursday) with questions regarding two guys she had basically just met and didn`t know what to do about," Almon said. "One guy was just relentless and she was asking me how to get out of it. She wanted (th relationship) to end.

"I`m not saying she was involved with them in any real sense, but for whatever reason these guys were in it all for her, and both were very obsessive.

"I advised to her to stay away and, after I talked to her, I called between 12 or 20 times trying to catch up with her agai to emphasize that I wanted her to get out but didn`t get a hold of her."

Almon said Blatter was careful about the men she dated and had not been in any dangerous relationships since he had known her.

Stevenson is being held without bond at the Oklahoma County Jail. His arraignment is scheduled for Friday in Dallas, bui police said depending on Oklahoma authorities and whether Stevenson requests an extradition hearing, it could take anywhere from days to weeks for him to be returned to Dallas.

Blatter`s funeral is at 4 p.m. today at the Presbyterian Church in Homer, where her family lives.

Nell McGlone, the a spokesman for Texas Instruments, said Blatter`s supervisor and the manager of student intern programs will be flown in for the funeral.

McGlone said an employee assistance program at Texas Instruments is available to coworkers or relatives who are having trouble dealing with Blatter`s death.

*The Associated Press contributed to this report.*

**GOOGLE/EU/RIPOFFREPORT CASE**
http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html

**MY CONNECTION TO CASE**
https://www.google.com/#filter=0&q=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down%20Of%20Ripoff%20Repo

**WE ARE NOW AT THE CENTER OF THIS CASE IN THE EU**
http://www.nbcnews.com/tech/tech-news/google-could-face-record-3-4-billion-antitrust-fine-n574566

http://www.wsj.com/articles/eu-to-pursue-google-parent-alphabet-on-multiple-fronts-vestager-says-1445817842

https://www.theguardian.com/technology/2016/apr/20/eu-commission-google-android-skew-market-competition-antitrust-vestager

**CRIMINAL CHARGES AGAINST RIP OFF REPORT**
http://siouxcityjournal.com/news/local/sac-county-attorney-dismisses-witness-tampering-case/article_cce5e80f-786a-5f66-8763-3ecb30cadb71.html

**RIPOFF REPORT IS THE BUSINESS AND ROLE MODEL FOR THESE CRIMINALS**

http://www.nbcnews.com/news/crime-courts/revenge-porn-kingpin-hunter-moore-pleads-guilty-faces-jail-n313061

http://www.nbcsandiego.com/news/local/Kevin-Bollaert-Revenge-Porn-Sentencing-San-Diego-298603981.html

**AG'S CALL FOR END TO CDA 230**
https://www.eff.org/deeplinks/2013/07/state-ags-threaten-gut-cda-230-speech-protections

**JUDGE RULING TO REMOVE IMMUNITY FROM CDA 230**
http://blog.ericgoldman.org/archives/2015/09/another-tough-section-230-ruling-for-ripoff-report-vision-security-v-xcentric.htm

**EU ANTI TRUST CONTACT (1 OF MANY)**

-------- Original Message --------
Subject: 2016/030418 - C-3 - GOOGLE-AUSTRALIA COURT CASE REQUEST-ILLEGAL
ADVERTISEMENT SCHEME
From: <comp-greffe-antitrust@ec.europa.eu>
Date: Tue, March 29, 2016 6:10 am
To: <act@preactdontreact.com>

Email sent on 29/03/2016

 EUROPEAN COMMISSION
Competition DG

European
Commission

Brussels, date of email

# Acknowledgement of receipt

To the attention of :
Subject : GOOGLE-AUSTRALIA COURT CASE REQUEST-ILLEGAL ADVERTISEMENT SCHEME
Your reference:
Sir/Madam,
The Directorate-General for Competition has received your correspondence dated 21/03/2016 (Registration: 2016/030418), concerning the subject
referred to above.
DG COMP Registry
If you have any question or problem, please contact the Registry at
comp-greffe-antitrust@ec.europa.eu for Antitrust
comp-merger-registry@ec.europa.eu for Merger
Stateaidgreffe@ec.europa.eu for State Aid

-------- Original Message --------
Subject: Reply to your e-mails of 3/8 and 11 April 2015 -
COMP/C3/MP/se/HT.814/Bundle 2015/041369
From: <COMP-C3-MAIL@ec.europa.eu>
Date: Mon, May 04, 2015 1:54 am
To: <act@preactdontreact.com>
Cc: <COMP-GREFFE-ANTITRUST@ec.europa.eu>

Dear Mr Almon,

Thank you for your emails of 3, 8 and 11 April 2015 in which you express concerns as regards certain of Google's practices related to
its general search service.

We appreciate that you have chosen to share your concerns with us.

Feedback from citizens, such as yours, is a valuable source of information which we take very seriously and for which we would like to
thank you.

Yours sincerely,

**BANASEVIC Nicholas**
Head of Unit

**European Commission**
DG Competition – Unit C3
Antitrust - IT, Internet and Consumer electronics
office: MADO 27/069
B-1049 Brussels/Belgium

## THE WARNING

## 30 MARCH 2009

Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Secretary Napolitano-

    I am writing you concerning a pervasive and unacceptable
 sanctioned policy within the Department of Homeland Security of the sexual harassment of female traveler's entering the United States. I have been informed by numerous female travelers coming to visite me in the United States from Norway, Germany, and especially Canada that they are routinely harassed by male DHS inspectors. I find the allegations completely credible due to the carbon copy stories from the females, and the profile of the females- all attractive teen or near teen girls traveling alone. The harassment is so overt that it is impossible that supervisors are not aware of it, do not witness it, and in fact sanction it.

    I have a substantial amount of both academic and field study experience in this area, and have personally witnessed the practice by DHSemployees myself. This is should be addressed in the open without hesitation. It is insulting to the female travelers, and also opens up US females to the retaliatory actions by the security personnel of other countries-which I assure has happened. Certainly with all the alleged dangers facing Americans and the gaping holes in border security at the various ports of entry, DHS does not have the luxury expending valuable energy and tax payers money on sexually harassing female travelers.

I thank you for your time and consideration and will await your reply.

Sincerely,

Jerome Almon

(Compare my letter to the CBS Border Agent rape/kidnap story, had I been listened to, these girls and women would not have been raped.)

**RAPE AND SEXUAL ASSAULT**
http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/

**SUPERVISOR-IT'S THE NORM**
http://time.com/3822487/tsa-sexual-assault-denver/

**EXCHANGE STUDENT SEXUALLY ASSAULTED BY TSA AGENT**
http://newyork.cbslocal.com/2015/08/28/tsa-agent-sex-assaultlaguardia-airport/

**CELEBRITIES**
(http://www.hollywood.com/celebrities/bar-refaeli-dwts-s-cheryl-burke-we-were-groped-by-tsa-57731018/)

        LETTER FROM US SENATOR MIRRORS DHS INSULTING RESPONSE
        —— Original Message ——
        Subject: Re: DHS RAPE/MURDERS-SCHOOL SHOOTINGS
        From: "Senator Debbie Stabenow" <senator@stabenow.senate.gov>
        Date: Wed, December 23, 2015 11:48 am
        To: <act@preactdontreact.com>

# United States Senate

U. S. Senator Debbie Stabenow
MICHIGAN

Dear Jerome,
Thank you for contacting me about the reports of sexual misconduct and abuse by U.S. Customs and Border Protection agents. I appreciate that you have taken the time to communicate your views and concerns with me.

I share your concern about this issue. Should related legislation come before the U.S. Senate for a vote, I will keep your views in mind, and share your thoughts on this issue with my colleagues who serve on the Senate Homeland Security and Governmental Affairs Committee.

**Thank you again for contacting me. Please continue to keep me informed about issues of concern to you and your family.**
Sincerely,

**Debbie Stabenow**
**United States Senator**

**U.S. Senator Debbie Stabenow**
**The United States Senate • Washington, DC 20510**
**stabenow.senate.gov**

**THE WARNING**

— Forwarded Message —
From: "WEB.COMMENTS@customs.treas.gov" <WEB.COMMENTS@customs.treas.gov>
To: almonjer@yahoo.com
Sent: Thursday, September 20, 2001 9:40 AM
Subject: Detroit/Windsor security/GYR

Thanks for your message. I am forwarding it onto the Security Team for investigation.

Customs/GYR

almonjer@yahoo.com (Jerome Almon)
09/14/01 03:54 PM

To:        web.comments@customs.treas.gov, technical@customs.treas.gov
cc:
Subject:   U.S. Customs Website Comment.

Below is the result of your feedback form. It was submitted by
Jerome Almon (almonjer@yahoo.com) on Friday, September 14, 2001 at 15:54:31

email: almonjer@yahoo.com

subject-of-this-message: Detroit/Windsor Security

website_comments: I have had previous contacts with your office issues (specifically Bonnie Tischler). I feel it is necessary to reintroduce
this information ( I will send a copy of thisinformation to US Senator Carl Levin.) I have made complaints against certain procedures and individuals
at the Detroit/Windsor border crossing. I also corresponded with the Canadian Minister for Immigration (Elinor Caplan) concerning the fact that even
the supervisors at the Canadian border do not understand much of the information they need to concerning legitimate vs. false documentation. (I
unfortunately am able to prove this point.) Meaning if say a person was on a wanted list -the Canadians often ask the person to interpret
the information.
Finally the Detroit/Windsor tunnel. It is a disaster waiting to happen. Since the US checks cars AFTER they have entered the tunnel (as does
Canada) -doesn't that defeat the objective of stopping a terrorist act in the tunnel? The check should happen before the tunnel is entered, and after-
or the tunnel should be closed.

REMOTE_ADDR: 24.131.62.95
HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 5.0; Windows NT; DigExt)

I originally warned a agent at a federal law enforcement entity of the threat on 9/11 and although he agreed I was correct, he took no action, stating
he didn't exactly know what to do regarding the information, and that he was quite frankly stunned at the danger. Only when an individual drove
through the tunnel with what appeared to be a bomb on his front seat did the politicians take the matter up, as you will see with NYC. The tunnel is
in a far worse position than it was on 9/11 due to Detroit's economic collapse, the influx of more Middle Easterners into Canada, and
this http://www.reuters.com/article/us-detroit-tunnel-bankruptcy-idUSBRE96O0RT20130725.

 (ALL OF THE STATEMENTS FROM THE POLITICIANS IN THIS ARTICLE ARE FROM MY CORRESPONDENCE TO THEM. AT THE TIME THEY
ALL STATED I WAS INSANE UNTIL BOMB ISSUE AFTER BOMB ISSUE OCCURRED)

Copyright 2002 Gannett News Service. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.
Tighter security at border hits snag
Legal issues may block U.S., Canada checks before crossing
By Lisa Zagaroli / Detroit News Washington Bureau

    Comment on this story
    Send this story to a friend
    Get Home Delivery
    WASHINGTON — Checking travelers between the United States and Canada
    after they've crossed the border — which some liken to checking airline
    passengers after they land — is being scrutinized by officials
    concerned that bridges and tunnels could be vulnerable to attack.
    Lawmakers are pressuring the U.S. Customs Service and Canadian
    officials to come up with a decision this week on whether the countries
    can swap inspection locations.
    An alternative to paying a toll, crossing the bridge or tunnel, and
    then being scrutinized by Customs officials once inside the other
    country's territory is to do inspections before crossing.
    Although the reverse inspection system is the only solution being
    lobbied to enhance infrastructure safety, the two nations haven't agreed
    on how to settle legal obstacles. An old idea revived by the Sept. 11
    terrorist attacks, a revised system would involve numerous agencies in

both countries in the decision.

"This reverse clearance proposal has a number of sovereignty and structure issues attached to it," said Michel Proulx, spokesman for the Canada Customs and Revenue Agency in Ottawa.

"There are a lot of players involved in all of this. It's difficult to get a sound, concrete answer. No one department or agency would be able to say yes or no."

There's little to stop someone who wanted to damage the Ambassador Bridge, Detroit-Windsor Tunnel, or even Detroit Metropolitan Airport, if the crime is done before the perpetrator even gets to an inspection point, critics say.

Besides the human safety concern, destroying any one of the border-crossing points would do serious harm to the auto industry, one of the United States' economic engines, and many other businesses that rely on just-in-time delivery of material. Michigan had $70 billion in trade with Canada in 2000.

**"Every time I drive through that tunnel, I expect something to happen," said Jerome Almon, a Detroiter who drives to and from Toronto at least twice a month.**

**"Osama bin Laden says the economy is what they want to attack, and you cannot find a more decimating effect than that bridge or tunnel on our economy. You will kill Detroit, it's over, goodbye. But think of the effect on the rest of America."**

Firearms an issue

Aside from jurisdiction, the question of whether U.S. Customs agents should carry firearms in Canada is of particular concern to Canadians. Canada is known for being much less tolerant of guns than the United States.

"Our Customs officers are not armed and at this point in time we still feel there is no reason for them to be," Proulx said.

"We have a study going on right now to determine whether the tools they have are adequate to do their jobs safely and with full security. The U.S. (agents) are (armed) and definitely that would be one of the snags in the issue."

The preclearance concept does have precedent. U.S. Customs agents inspect U.S.-bound passengers at six Canadian airports so they don't have to be routed through Customs once they arrive like travelers on flights from every other country, said former Michigan Gov. James Blanchard.

He spearheaded the "open skies" agreement when he was U.S. ambassador to Canada.

The real stumbling block to doing this at bridges and tunnels will be working out how much authority each side is given to enforce the other country's laws, he said.

"You could always prevent (a suspicious passenger) from getting on the plane," Blanchard said. "The question is who arrests them, can they say 'I choose not to fly' then go home, or do we hold them?"

Sen. Carl Levin, D-Detroit, said he thinks all of the issues can be worked out.

"The only impediment here is bureaucratic impediment," he said. "Even though there's supposed to be an urgency after Sept. 11, there seems to be some unnecessary foot-dragging."

Levin and Sen. Debbie Stabenow, D-Lansing, sent a letter to Customs Commissioner Robert Bonner on Jan. 4, insisting on a progress report by Friday.

"It is obvious that inspecting vehicles for dangerous contents such as bombs or explosives after they enter our tunnels or cross our bridges is inadequate," they wrote.

Customs spokesman Jim Michie said he wasn't sure when a decision would be made on reverse inspections, but that it was being closely studied.

Tighter local security

Local authorities say they've taken the steps they can to bolster security.

Travelers who use the Detroit-Windsor Tunnel are no longer allowed through unless operators are certain they can make to the other side without backups, said Gordon Jarvis, president of the Detroit & Canada Tunnel Corp.

"If there is an incident and you need to get out, there is space for you to do so, and there are fewer cars in the tunnel at any one time," Jarvis said. "It also makes it much easier for us to identify when there are incidents in the tunnel."

Jarvis said reverse inspections are a viable option at the tunnel, despite the smaller queue area, compared to other crossing points like the Ambassador Bridge.

The owners of the Ambassador Bridge have installed new lighting, fencing and surveillance cameras, as well as armed security 24 hours a day, said Dan Stamper, president of the Detroit International Bridge Co. Stamper said the bridge company is paying for the extra security. "We're not sure whose responsibility it is for the cost of security, but we are not in the position to say it's not going to be done," he said.

The bridge authority has completed plans showing that logistically, preclearance can be implemented on an interim basis within 90 days, Stamper said. In doing so, there would be the added bonus of huge efficiencies in traffic flow.

"The current six lanes that cross the border, two at the tunnel and four at the bridge, become traffic lanes and not parking lots," Stamper said. "It increases the capacity of both the tunnel and the bridge, a lot more than anything else we can do today."

Blue Water Bridge study

Bruce Campbell, the engineer manager of the Blue Water Bridge, said the proposal is being examined as part of a long-term security review of the span connecting Port Huron with Sarnia, Ontario.

With the Ambassador Bridge being the busiest U.S.-Canada entry point, carrying 12 million vehicles a year, the economic implications for the region are enormous.

"One 18-wheeler goes across that bridge every eight seconds," said

Carmine Palombo, director of transportation planning at the Southeast
Michigan Council of Governments.
The implications for the bridge and tunnel operators are significant
as well.
"They're all looking at an out-of-pocket expense they hadn't
anticipated," said Neil Gray, director of government affairs at the
International Bridge, Tunnel and Turnpike Association, which represents
toll agencies.
"Nobody wants to do a toll increase to reflect this, in fact I'm not
sure anyone has proposed one, but it's an issue we are all having to
think about."
Protecting airports is a concern as well, though most of the
attention has been on protecting aircraft against air piracy, Capt.
Duane E. Woerth, president of the Air Line Pilots Association, told
senators late last year.
Noting that airports in Rome and Vienna have been hit, Woerth said
he's worried terrorists could attack ticket counters, check-in
facilities and lines of passengers waiting outside.
Airlines, bridges and tunnels are experiencing lower traffic flow
because of leisure travelers concerned about terrorist risks.
Almon, the Detroiter who travels to Toronto on business, said he's a
former combat engineer with the Army and he's concerned about how easily
a carload of explosives put together with store-bought material could
take out the bridge or tunnel.
"At the mouth of the Detroit tunnel sits General Motors headquarters,
a terrorist would get two for one with that," Almon said.

The tunnel is even less protected now than when I first warned of the threat, the fact is there is NO protection at the tunnel.

I also warned NYC over and over at the same time, and as usual they did not listen until...

http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/


http://www.cbc.ca/news/canada/windsor/story/2012/07/12/wdr-windsor-detroit-tunnel-closed.html

https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=bomb%20in%20detroit%20windsor%20tunnel

### THE RAMIFICATIONS OF THE SITE BEING ATTACKED
An example of a site that will certainly be attacked in 2016 would cause the following damage:
-10,000 dead minimum, my estimates put it at a likely 40,000-60,000
-Loss of $700 billion in trade overnight
-Loss of 10% of American jobs (due to the auto industry completely shutting down nation wide-both foreign and domestic production)
-A stock market crash worse than 2008 (which of course would affect Europe, Australia, New Zealand, and Canada
(Cost of the bomb to destroy the tunnel and drown Detroit $3500 and although I warned the tunnel corporation which is bankrupt, to
take this information down over a decade ago, they have not

### TERRORIST HAD SITE AS TARGET

Ahmed Ressam, the Millennium bomber had the Detroit-Windsor tunnel, GM HQ, and the Ambassador Bridge as his secondary targets
If he could not reach LAX. Had he chosen either, he would have been 100% successful and 9/11 would not be close to America's worst
terrorist attack. https://www.fbi.gov/about-us/history/famous-cases/millennium-plot-ahmed-ressam


From: Neal Belitsky <nbelitsky@dwtunnel.com>
To: 'Jerome Almon' <almonjer@yahoo.com>
Sent: Saturday, September 22, 2001 11:21 AM
Subject: RE: Tunnel Safety/Policy

Thank you.
We have had similar discussions on both sides of the border. Inspection is a
governmental policy set by Washington and Ottawa. The Tunnel Corporation as
well as local and federal agencies have enhanced security. As you can
expect, the nature of these are confidential.
Neal Belitsky
Director
-----Original Message-----
From: Jerome Almon [mailto:almonjer@yahoo.com]
Sent: Saturday, September 22, 2001 11:06 AM
To: nbelitsky@dwtunnel.com
Subject: Tunnel Safety/Policy


Dear Sir:

Two days ago I was interviewed by FOX News concerning
a matter involving safety and the Detroit/Windsor
tunnel. For the past year I have voiced my concerns
about issues at the Tunnel and Bridge to Minister
Elinor Caplan (Immigration Minister), Sen. Carl Levin
(Michigan), and US Customs. Among those issues were
several security concerns. Chief among the concerns
was that vehicles are searched only AFTER they have
entered and completely navigated the tunnel. Of course
this offers anyone with ill will to cause maximum
damage at minimum risk of being stopped.

I have re-contacted the governmental agencies (14
September 2001), and asked that this policy be changed

to a policy that mirrors current airport security.
That is, a physical search BEFORE vehicles enter the
tunnel (as airports require metal detector
examinations and baggage searches before boarding
planes), and the standard checks upon exiting the
tunnel.

My concerns come out of my experience as a combat
engineer/paratrooper in the US Army (explosives) and
as a Political Scientist that has extensive knowledge
of the Middle East and terrorism. It is my opinion
that with General Motors at the mouth of the Detroit
side and the added bonus that any breach in the tunnel
will flood downtown Windsor and Detroit, this must
have been looked at by terrorist entities. Further,
in the CBS broadcast of 48 hours 21 September 2001 it
was shown that terrorist have "mapped" out every
vulnerable and damaging target in NY/New Jersey on
video tape for possible actions. Tunnels were among
their major targets. Therefore, NY has embarked on
"terrorist proofing" the city. That is having
individual(s) drive the city and look at it through
the mind of a terrorist and create policies to thwart
possible attacks. In other words pre-act rather than
react. Finally, I hav ebeen informed that the Detroit
News is looking into this matter and US Customs (DC)
has turned the matter over to their security team. I
am seeking your support along with the Detroit
Chamber of Commerce, New Detroit, and Windsor
businesses to change this policy immediately.

Jerome Almon
248-569-0468

From: Richard Blouse <DBLOUSE@detroitchamber.com>
To: almonjer@yahoo.com
Sent: Monday, September 24, 2001 12:33 AM
Subject: Re:

Thanks for your note and interest. We are aware of this danger and will look into your points immediately. Thanks agin
for your interest.

>>> Jerome Almon <almonjer@yahoo.com> 09/21/01 04:42PM >>>
Mr. Blouse-
I am writing concerning a recent interview I had with
FOX News. The following are the facts:
1) For the past year I have corresponded with US
Customs (DC), the Canadian Minister for Immigration
(Elinor Caplan),and Senator Carl Levin's office
concerning issues that I have at the US/Canadian
border. The issue I am seeking support on concerns
the DETROIT/WINDSOR TUNNEL. I AM SEEKING A CHANGE IN
POLICY CONCERNING SEARCHES OF VEHICLES.

2) Vehicles are searched only AFTER they have entered
and completely navigated the tunnel. Equivalent to
allowing passengers of airplanes to board with baggage
WITHOUT any metal detector search or examination of
their property.

3) If that tunnel is breached (I am a former combat
engineer for the US Army and I know it would not take
much to do it)it will flood all of downtown Detroit
and Windsor (with GM at the foot of the US side this
has to be a prime target for any illicit activity in
this area). As a paratrooper/engineer and political
scientist I believe that the tunnel has been assessed
as a target. It provides maximum damage with NO risk
(because of the lack of a pre-check before entering
the tunnel).
4) I have received a reply form US Customs Security in
DC in the last 48 hours that they are assesing my
reccommendations. I would like the Chamber to join me
in changing policy (it doesn't matter how many guards
are at the border if they allow a terrorist free
access to the conduit) to the same as the airlines
have. A physical inspection of ALL vehicles prior to
entering the tunnel.

If you find my point(s) valid please contact at
248-569-0468.

From: "Wolfson, Marc" <Marc.Wolfson@fema.gov>
To: 'Jerome Almon' <almonjer@yahoo.com>
Sent: Friday, January 25, 2002 9:05 AM
Subject: RE: Canadian/US Border crossing Detroit

You can write to the Office of Homeland Security care of the White House:
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Their telephone number is 202-456-1700.

-----Original Message-----
From: Jerome Almon [mailto:almonjer@yahoo.com]
Sent: Thursday, January 24, 2002 3:34 PM
To: OPA
Subject: RE: Canadian/US Border crossing Detroit


Do you have an e-mail or regular address fo the office
of homeland security?  Its website refers this matter
to you.
Jerome Almon
--- OPA <OPA@fema.gov> wrote:
> Recommend you raise Canadian/US Border crossing
> issues with:
>
> 1. The U.S. State Department
> 2. The U.S. Department of Transportation
> 3. The U.S. Customs Service
> 4. The U.S. Border Patrol (Department of Justice)
> 5. The Office of Homeland Security
>
> -----Original Message-----
> From: Jerome Almon [mailto:almonjer@yahoo.com]
> Sent: Friday, January 18, 2002 1:00 PM
> To: opa@fema.gov
> Subject: Canadian/US Border crossing Detroit
>
>
> Dear Sir or Madame:
> I am writing you concerning a matter of great
> importance to myself and the nation.  Since the
> early
> days of of the September 11 attacks, I have informed
> U.S. Customs (D.C.)state, local, and Congressional
> representatives of the urgent need to correct a
> major
> deficiency at the US -Canadian border in Detroit.
> Initially my reccommendations were thought to be
> absurd-until an individual drove through the tunnel
> with a pipe loaded with bb's.  Now those who thought
> my ideas to be ludicrous, are now heralding the
> change. In interviews with FOX News and the Detroit
> News, I pointed out that automobiles are only
> searched
> AFTER they have entered and completely navigated the
> Ambassador Bridge and Detroit Windsor Tunnel. (This
> is
> the equivalent to searching passengers and their
> luggage after they have reach their destination-a
> disaster in the making.)
> Reasons this should be corrected ASAP:
> 1) $70 Billion dollars of trade crosses the 2 border
> points annually form Michigan.
> 2) There are detailed diagrams and information on
> both
> structures websites, giving a blue print to any
> would
> be terrorist.
> 3) A breach of the tunnel would result in Detroit
> and
> Windsor Canada being completely flooded. (How do you
> get the river out of both downtowns?
> 4) It would devaste the auto industry and severely
> hamper the US economy.  (General Motors HQ is at the
> mouth of the US side.  I am sure you are aware of
> the
> testimony of Achmed Ressam concerning his
> organization's desire breach tunnels and destroy
> corporate entities-it's a 2 for 1.)
> 5) If the Ambassador Bridge is damaged, it would

> block
> shipping lanes also.
>
> 6) I have traveled through the tunnel several times
> and the bridge, and I can tell you there is no
> security in any real sense there. I was not even
> checked for identification.
> 7) Canadian officials DO NOT understand US legal
> documentation, and often seek for the individual to
> interpret it. This should be corrected.
> What ever the cost of reversing the inspections-it
> will be far cheaper than the looming security
> disaster.
> If I understand the goals of the Office of Homeland
> Security, it is to pre-act rather than react. This
> is
> the most obvious case to invoke such a policy.
>
> Sincerely and Good Luck,
> Jerome Almon
>
>

**THE WARNING (was sent to top US Police Officials earlier in the year such as Bill Bratton)**
... (Dr. Zagar is my former professor, had he acted on the info Paris could have been disrupted)
——— Original Message ———
Subject: RE: JEROME FROM WAYNE STATE UNIVERSITY
From: <act@dreactdontreact.com>
Date: Wed, October 21, 2015 11:44 am
To: "Mitja_Zagar" <mitja.zagar@guest.ames.si>
Dr. Zagar-
Good to hear from you. I am sorry I just got to my email messages, I am working on several other huge projects that all come back to the migrant issue. I will have to hook up Skype, I don't know how it works to be honest.

The situation in the States is pretty dire. We are essentially at civil war with the country collapsing socially. All of the work that you and Dr. Feinstein did and your forecasts turned out to be 100% accurate. Simply put, America bet on the wrong people with the wrong plans and now we are getting our comeuppence.

I am against the re-settling of immigrants in the US or Europe, it will most certainly lead to more conflict in both areas and the Middle East. The only hope is establishing a safe zone in Syria and Iraq, which is as close to impossible as it gets considering the collapse of the basic structures and the radicalization of the factions. Electing George Bush was the worse event that has happened to the world since WWII. I will get on Skype and send you another email asap. I am moving to Berlin to work on a large social media project in the next 30-60 days. In the meantime I am sending these articles for your review concern my thoughts on the migrant issue. Would you be able to attend a conference on the issue of the migrants and school shooter issues in Europe or the US with all expenses and a fee paid to you?

The other issue I am extremely concerned about is a threat that would end Detroit, cost America 2 million jobs in a week, and plunge the stock market to below 2008 and 911 levels. The Iran deal was done in part due to Iran has 40,000 agents in or at America's borders prepared to attack if Iran's nuclear facilities were attacked. That is the good news, the bad news is the Sunnis have 3X that many agents in the US and are preparing for their "Islamic Tet offensive." With Russia, out of necessity intervening in the Syrian/Iraq war and the US govt. giving behind the scenes approval for the Russian-Iranian-Alawite axis which will inevitably bring in Israel and the US the Sunnis will go after the US and Canadians on their own soil in a much more aggressive and massive way. My assessment is that the Chinese will be drawn into the war due the unrest with the Xinjiang Province and the Uighars. The Islamic State (IS) has spread throughout Central Asia and will take Afghanistan and defeat the Taliban in the end unless there is a "mass war event." It is my contention that Putin has decided to that. He cannot lose the Syrian-Iraq War, he cannot allow the IS to continue to grow in the Central Asian Republics, and Afghanistan, and he is not giving up Crimea, and does not have the military resources nor money to fight a prolonged war. I believe Putin is planning to use a tactical/battle field nuclear weapon (NATO appears to be thinking that way on the Ukraine which is insane). Most of the intelligence guys that I respect believe that is the only way to stop the IS/Sunnis or to completely withdraw from the Middle East. What is your opinion?
Thanks-
Jerome

**FROM CANADA'S CIA (CSIS)**
*"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in Canada today than in any other country in the world."*

**VERIFICATION**
*http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh*

(My numbers on the size of the networks mentioned are accurate I assure you. 2 other respected security/intelligence officers that have a proven track record of accuracy, agree with me. The messages I sent to US authorities were more detailed and were sent in the Spring of 2014, and the Spring and Summer of 2015.)

**DR. ZAGAR BIO**
**CV**
https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=mitja%20zagar%20cv

**INTERVIEW**
http://www.huffingtonpost.com/john-feffer/could-the-yugoslav-wars-h_b_7620756.html

**PUTIN STATEMENT ON NUCLEAR WEAPONS**
http://www.express.co.uk/news/world/625465/Islamic-State-Russia-Vladimir-Putin-threatens-bomb-ISIS-nuclear-weapons

**THIS MESSAGE IS DUE TO MY CORRECTLY FORECASTING THE ISSUE, AS YOU CAN SEE THE MP APOLOGIZED DUE TO THE PRIME MINISTERS ORDERS**

-------- Forwarded message --------
From: Minister of Transport, Infrastructure and Communities / Ministre des Transports, de l'infrastructure et des Collectivités <MINTC@tc.gc.ca>
Date: Thu, Oct 13, 2011 at 1:24 PM
Subject: Proposed construction of a new bridge
To: "almonjer@gmail.com" <almonjer@gmail.com>
Cc: "cims_oper@pm.gc.ca" <cims_oper@pm.gc.ca>

Mr. Jerome Almon
almonjer@gmail.com


Dear Mr. Almon:

Thank you for your correspondence of July 18, 2011, regarding the proposed construction of a new bridge between Detroit and Windsor. Please accept my apologies for the delay in replying.

The Detroit River International Crossing, also known as the New International Trade Crossing, is a top infrastructure priority for the Government of Canada. This being the case, the Government of Canada continues to work collaboratively with the State of Michigan and the U.S. federal government to secure passage of the necessary legislation to authorize the construction of the new bridge. To this end, Canada offered $550 million to cover the costs of project components in Michigan to facilitate passage of the authorizing legislation by the Michigan legislature. As well, Budget 2011 contained a commitment to fund 50% of the capital costs of the Windsor–Essex Parkway. I am pleased that the Province of Ontario has moved ahead with construction of the Parkway. This is a good time to enter into large projects, given low interest rates and sufficient capacity in the construction market to undertake a project of this magnitude.

The Government of Canada believes in a competitive transportation system that supports economic growth and prosperity through the efficient and secure movement of goods and people across the Canada–U.S. border. As such, other border operators, including the Ambassador Bridge, will continue to play an important role in cross-border trade and traffic in the Windsor–Detroit region. The Government of Canada is committed to advancing a new Detroit River bridge in partnership with the State of Michigan and the Government of the United States.

Again, thank you for writing and for providing me with your comments.

Yours sincerely,


Denis Lebel, P.C., M.P.


c.c.    Office of the Right Honourable Stephen Harper, P.C., M.P.
Prime Minister



-------- Original Message --------
Subject: FW: NEW WINDSOR-DETROIT BRIDGE
From: <brian.masse@parl.gc.ca>
Date: Fri, December 14, 2012 3:38 pm
To: <jma@aroundtheworldinaflash.com>

Dear Jerome,

I want to thank you for your email and please accept my apologies for the delay in responding to your message. I think we can both agree that the result of the referendum insofar as Proposal 6 is concerned was tremendous.

I appreciate your willingness to contribute constructively to this process. I look forward to working with you to ensure that the new public crossing connecting Windsor-Detroit is a state of the art crossing that simultaneously meets the needs of the North American economy as well as being an asset for the region.

Sincerely,

Brian Masse MP


**BRIAN MASSE M.P. (Windsor West)**
Member of Parliament (Windsor West) | Député (Windsor-Ouest)
New Democratic Party | Nouveau Parti démocratique
_____

tel/ tél.: (613) 996-1541/ (519) 255-1631 | fax/ téléc.: (613) 992-5397/ (519) 255-7913
www.brianmasse.ca
ndp.ca | npd.ca
[images][images (2)

*Confidentiality Warning: This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.*

*Information confidentielle:* Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Merci.

### I TURNED DOWN THIS DOCUMENTARY DUE TO THE POTENTIAL HARM TO AMERICA (I WAS PURSUED DUE TO MY CORRECT PREDICTIONS REGARDING TERRORISM)

On Fri, 10/20/06, bayly@.de <bayly@.de> wrote:
From: bayly@.de <bayly@w.de>
Subject: FW: jerome almon
To: almonjer@yahoo.com
Date: Friday, October 20, 2006, 3:42 PM

hey jerome... how ru doing? well, received the following e-mail today.... tell me if I should give him the contacts he wants or if u wanna do it urself... my mom is here for 4 days.. been to jazz concert yesterday and will go to branford marsalis concert 2morrow... its jazz too.... and right now just got back from the adidas store... man I am addicted ;) cant go there without buying smth... even when I am broke just like right now... well, hope to hear from u...

(I refused to do the documentary below for the same reasons certain entities need to police themselves better.)
Von: "scott corben"
Gesendet: 20.10.06 12:41:27
An: bayly@.de
Betreff: jerome almon

Hi Katja,

I got your contact details from Marie at Freemuse in Denmark. My name is Scott Corben and I am a producer with Al Jazeera Television in London.

I am researching a piece on soldier in the United States and
I am really keen to speak to a guy called Jerome Almon. I believe he is based in Detroit. Maries tells me that you may have some way of contacting him. If you have an up to date email or phone number I'd really appreciate it.

Look forward to hearing from you

best regards,

Scott

Producer/Director "Top Secret"
Al-Jazeera Satellite Channel Ltd
7th Floor Westminster Tower
3 Albert Embankment London SE1 7SL
Switchboard: +44 (0) 207 820 4820
Fax: ++44 (0) 207 820

### WARNING TO AIRLINE INDUSTRY THAT FORESAW BRUSSELS ATTACK

------- Original Message -------
Subject: THE THREAT OF TERRORISM TO THE TRAVEL INDUSTRY AND CORRECTIONS THAT MUST BE MADE
From: <act@preactdontreact.com>
Date: Sun, November 29, 2015 7:59 pm
To: president@apfa.org, Nancy.Rivard@airlineamb.org,
public-comment@alliedpilots.org, PMcIsaac@americanpilots.org,
comm.chair@alliedpilots.org
Cc: communications@apfa.org
Sir or Madam: I am forwarding the following information sent to first responders, due to its application to your industry. To be direct, I have warned your union several times since 9/11 of these very threats, and the actions of the leadership has not matched the threat. Unfortunately, this is the same conduct of law enforcement and political leadership regarding what is now a catastrophic situation. That is, the industry will suffer huge losses in both personnel and revenue due to the lack of taking prudent steps to pre-act rather than react to obvious threats. The only hope in negating or minimizing the threat is for the travel, hotel, and tourism industries along with the pilot and flight attendant unions (and their allies) to join forces and seek to have necessary security and industry support measures put in place without political consideration. The needed measures must be completely based on the real world security and economic threat that exists, and is getting worse by the minute. The losses France and Belgium are suffering are just the beginning, and minor in compared to an Egypt Air or Russian Sharm El Sheikh incident in North America or Europe. I assure you, the threat is far worse than is known even to most of the law enforcement community. Sincerely,Jerome Almon
**ECONOMIC IMPACT**

http://www.dailymail.co.uk/news/article-3338173/Terror-attacks-Paris-means-visitor-numbers-Europe-tumble-France-lost-1-4bn-tourism-revenue.html

http://www.dailymail.co.uk/news/article-3338512/EU-leaders-agree-Turkey-2-1billion-help-tackle-migrant-crisis-tighten-security-borders.html

**UNADDRESSED THREATS TO YOUR INDUSTRY**
-Foreign pilots compromised by ISIS or Al Qaeda committing an act similar to the pilot of Egypt Air 990 at an airport, city, or against another passenger airliner -An attack on airports using car/truck bombs and suicide bombers/shooters against shuttle buses and the non-secure areas of the airport such as ticketing -Compromised airport personnel (this is worse than is indicated here)
http://www.nydailynews.com/news/world/isis-terrorist-minneapolis-worked-major-american-airport-report-article-1.1925924

http://www.express.co.uk/news/world/622702/easyJet-Paris-attacks-France

https://www.rt.com/news/323811-paris-airports-fired-radicalization/

**CIA/FBI/SCOTLAND YARD CONTACTS**

(Sent to through CIA website)
From: Jerome Almon <the313@hotmail.com>
To: almonjer@yahoo.com
Sent: Sunday, March 11, 2007 2:55 PM
Subject:

I am formally informing the CIA of a phone call I received between 6
and 8 March from the UK from an individual that made certain
statements concerning 9/11 and the London bombings that
were "uncomfortable." The individual contacted me under the guise of
discussing a music industry issue-but 99% of the conversation were
very vehement statements in support of the 9/11 bombers and London
bombers and against the US/UK govts. This person stated he would send
me an email regarding certain music issues-which never occurred-which
was odd since he was seeking a contact from me allegedly.
The call was initiated due to certain web based info.
Good luck.

From: Jerome Almon <almonjer@yahoo.com>
To: washington.field@ic.fbi.gov
Sent: Tuesday, May 1, 2007 7:18 PM
Subject: Phone Call/ Info

Sir or Madam: (I could not email the Detroit Office -so I am passing this info on.)
I am contacting you concerning a phone call I received in March from the UK for the following reasons:
-The caller was an adamant supporter of the 9/11 bombing and 7/7, bombings in London, that is that they were
justified
-The caller mentioned he had been in Pakistan recently and was of Pakistani origin
-The caller state he wanted to stage music events to support certain political groups/aims
-The caller's attitude and tone was beyond the "normal" talk
-Due to certain circumstances I may be receiving more of these calls/ contacts and they are of course
unwelcome.

The contacts I am receiving are a result of an Al Jazeera editorial taken out of context. I have been contacted by
Al Jazeera regarding an interview (from late 2006) and am of the belief my name is circulating in certain circles
in an erroneous fashion that is certain to lead to future such contacts. Considering the recent revelations
regarding the recent convictions of several Jihadist in London with similar backgrounds and philosophy, I
thought it relevant to pass on the info on this contact. The number the call came from may have been 411 465
23000 -likely a phone card.
Thank you and if I can be of any further help do not hesitate to let me know.
Jerome Almon
313 459 2801

On Saturday, June 30, 2007 11:42 AM, "mailbox.internet@met.police.uk" <mailbox.internet@met.police.uk> wrote:

Thankyou for your email, you can pass the info via this email address and we will forward to the Anti-Terrorist Dept.
Email Office
New Scotland Yard

-----Original Message-----
From: James Ford [mailto:bam131311@yahoo.com]
Sent: 30 June 2007 16:39
To: DCC10 Mailbox - Internet Mailbox
Subject:

Sir/Madam-
I would like to pass a piece of info on to your department regarding an unusual phone call from the
UK to myself in the US regarding 7/7 (not an emergency situation) in March/April.
Thanks

From: Jerome Almon <almonjer@yahoo.com>
To: CTSHIELD@NYPD.org
Sent: Wednesday, August 15, 2007 7:04 PM
Subject: INFORMATION REGARDING HOMEGROWN TERRORISM RECRUITMENT TOOL

Sir or Madam (I have included documents and articles as verification and background purposes.)

As- I stated in my phone call to the NYPD Shield Dept- I passed this info on to the FBI and Scotlandyard,
unfortunately I do not think I was properly debriefed in relations to the matter. I am passing on this
information due to it being my duty as an American citizen, and I believe the situation warrants a
warning.

**Issue: HIP HOP/RAP MUSIC BEING USED TO RECRUIT HOMEGROWN TERRORISM**
Don't believe it? Examine the words to the song that plays on this page and the
overall philosophy of this page.
http://profile.myspace.com/index.cfm?fuseaction=user.viewprofile&friendid=18166546
I received a phone call from the UK in March of 2007 from an individual proporting to
be a promoter that I had contacted via myspace. The conversation from the individual
was 99% "jihadist" in nature- point blank I was being felt out for recruitment (the
reasoning is in the Al Jazeera contact below and a story that appeared on Al Jazeera
concerning me-completely out of context). The individual mentioned he had recently
been to either Afghanistan or Pakistan and his verbal attacks on the West was not a
case of bluster but very serious- I am very capable of distinguishing between the 2 as
my background will indicate.

**RECOMMENDATION:** I would just bring the issue out into the open-it would educate the public and eliminate this potentially ripe area of recruitment. NYC's decision to warn of homegrown terrorism in the frank manner that it did today is the correct way to go-and this issue falls equally into this area. I have no confidence that bureaucrats in either London or DC will pre-act, but will only react in such matters as has been proven to be the case. And as you know NYC will likely suffer the brunt of the damage if the recruitment plan is successful/has been successful to any degree. (Of course African Americans will and are being particularly targeted and this is of course a personal issue with me.)

Keep in mind in a book I wrote from 11 September 2001 -November 2001 I predicted several incidents that have come to pass:
-That the next wave of terrorism would be from citizens of Western countries (Madrid/London/India/attempts in the US)
-That the Tunnel at the Detroit/Windsor Border would be targeted (and others like it as a NY Times story from 2006 "revealed" that the tunnels there were extemely vulnerable -and in the debriefing of Achmed Ressam he stated circa 2004 his secondary targets were bridges/tunnels/corporate HQ's)

These are not the only times I have been right- although initially I was told my idea of "reverse inspections" at the US/Canadian border was a ridiculous idea-it has now been adopted partially as of 2005/2006 as indicated on the Detroit/Windsor tunnel's official site.
**Brief Bio:**
-Desert Storm Veteran/Translator (I spoke working Arabic at the time)
-Decade+ experience with Arabic student institutions and the mindset consistent with homegrown terrorist
-Studied Political Science under some of the best minds in the area of terrorism/international politics

Jerome Almon
**313 459 2801**

**CANADA CASE**
• Jerome Almon
I'm outta here @ 5. Call me Monday. I know you are a tough customer but I want to make it simple.

*Matthew Casey Fleming*
Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:282
*The email is UNCLASSIFIED based on the definitions provided in Executive Order 12958*

-----Original Message-----
**From:** Jerome Almon [mailto:almonjer@yahoo.com]
**Sent:** Friday, December 02, 2005 1:48 PM
**To:** Fleming, Casey M
**Subject:** RE: Entering Canada
Only fiction has to make sense, all of this over arrogance-just like Vegas-and here it is 7 years later and they are still trying to pay me off after paying me off for another debacle that is 2 of the 3 issues coming up along with the Toronto casino.
Mr. Fleming-
Thank you - are you aware that a member of the State Dept (Evelyn Wheeler) has all the information on my case? If you need more info-most of it I can fax/e-mail to you. I am not at home at the moment and did not bring my cell phone with me-what is the latest I can call you?
Thank You-
Jerome Almon

*"Fleming, Casey M" <flemingmc@state.gov>* wrote:

You and your problem entering Canada.
*Matthew Casey Fleming*
Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:282
*The email is UNCLASSIFIED based on the definitions provided in Executive Order 12958*

-----Original Message-----
**From:** Jerome Almon [mailto:almonjer@yahoo.com]

**Sent:** Friday, December 02, 2005 1:10 PM
**To:** Fleming, Casey M
**Subject:** Re: Entering Canada

Mr. Fleming-
I will give you a call late today. May I ask what this is
concerning please.
Thank You
Jerome Almon
248 569 9298

*"Fleming, Casey M" <flemingmc@state.gov>* wrote:

Can't get you by phone so give me a call when you get a
chance.

Matthew Casey Fleming
Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:1-282
The email is UNCLASSIFIED based on the definitions provided
in Executive Order 12958

### CANADA'S ADMISSION OF RACISM

http://www.theglobeandmail.com/news/national/youth-violence-tied-to-
racism-report-says/article1066333/

http://www.cbc.ca/news/canada/end-racial-profiling-ontario-commission-1.401570

http://www.macleans.ca/news/canada/out-of-sight-out-of-mind-2/

### BIO

-I am a university lecturer/expert on domestic violence, international politics, terrorism, and urban crime. I worked under
global experts Dr.'s Mitja Zagar (Slovenia and co-author of their Constitution/Syrian refugee & security expert/Top EU
negotiator), Otto Feinstein head of the Urban Agenda and author of Ethno-Development, Richard Mansbach-CIA
consultant, and worked at the University of Toronto on the Delphi Project out of Belgium. I have been the target of an Al
Jazeera documentary due to my correct predictions as well as featured on the front page of the most visited Jihadist
website on Earth for a decade.

-1 year tour in the first Iraq War, am a paratrooper, combat engineer (explosives expert, featured on A&E for saving my
unit's mission during combat, and awarded directly from the Pentagon for saving my task force's mission), was drafted as
a translator during the war and POW camp designer, taught my brigade basic Arabic language, numerals, and history.

Download

Copyright © 2003-2018. All rights reserved.

Print | Close Window

Subject: [FWD: COMPLAINT RE NFL EXECUTIVE RACISM]
   From: act@preactdontreact.com
   Date: Wed, Jul 27, 2016 9:42 am
     To: BELSON@NYTIMES.COM

-------- Original Message --------
Subject: COMPLAINT RE NFL EXECUTIVE RACISM
From: <act@preactdontreact.com>
Date: Wed, November 04, 2015 1:41 pm
To: officeofcommissioner@nfl.com

Commissioner Goodell:

I really hope that this was not sent by Mr. Bagley, especially considering the subject matter,
however the emails match the team's official email. Either way this should be addressed, either
Mr. Bagley has a serious problem with Blacks, or someone is impersonating him.
I have included a partial bio below, which will demonstrate why I so offended.

Sincerely,
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: Re: VIKINGS WOULD LOSE TRADEMARK DUE TO REDSKINS TRADEMARK
DECISION
From: "Bagley, Lester" <BAGLEYL@Vikings.nfl.net>
Date: Wed, November 04, 2015 12:54 pm
o: "act@preactdontreact.com" <act@preactdontreact.com>

Kevin/Josh - here's some ghetto law, for you

Sent from my iPhone

On Nov 4, 2015, at 12:41 PM, "act@preactdontreact.com"
<act@preactdontreact.com> wrote:

Mr. Bagley:

The Washington Redskins are entitled to EQUAL protection under the law, so
the Negro Leagues name would have to go along with a lot of others such as
using the terms girl in reference to females, Vikings, and on and on. The
people we refer to as Vikings never called themselves that and the word is not
even a noun-it is a verb. I know this because my former girlfriend is
Norwegian, I guarantee you that you can find Norwegian/Scandinavian
Americans that are offended by the misuse of Viking. The Viking symbol is
completely opposite of how Vikings actually looked, they had no horns on their
helmet, Richard Wagner is responsible for creating this visual myth in his
operas. Further I note that Judge Gerald Bruce Lee reference to the Webster
Collegiate dictionary as evidence of the offensiveness of the name Redskin
greatly helps the appeal. The same dictionary erroneously categorizes Viking
as a noun, and its definition is erroneous and would be offensive to most
Norwegians reading it, it is demeaning and insulting. The Webster dictionary is
wrong on Viking and other words, and therefore is not a credible source. The

judge is wrong on substance and opens the door to have many symbols used by pro sports to be subjected to the same actions as the Redskins ranging from the Cowboys, Broncos, Raiders, Dolphins, Lions, Eagles, Panthers, Buccaneers, Jaguars, Chiefs, Bengals, Bills, etc. due to groups such as PETA and other groups and organizations. And actual Indians from India hate the use of the word Indian in reference to Native Americans so Cleveland would lose their trademark also.
Sincerely,
Jerome Almon
305 725 2271

BIO
## SCHOOL SHOOTINGS & DRIVE BY'S RELATIONSHIP-ORIGINS-CAUSES-SOLUTIONS
http://thyblackman.com/2015/10/15/school-shooter-problem-solved-girls-dhs-drive-bys-reality-tv-at-center-of-issue/

## LATEST WORK AUSTRALIA
http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html

https://www.google.com/#filter=0&q=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down%20Of%20Ripoff%20Report

## LATEST WORK IN THE USA
http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/

## ORIGINAL LETTER TO DHS

30 MARCH 2009

Secretary Janet Napolitano
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Secretary Napolitano-

   I am writing you concerning a pervasive and unacceptable sanctioned policy within the Department of Homeland Security of the sexual harassment of female traveler's entering the United States. I have been informed by numerous female travelers coming to visite me in the United States from Norway, Germany, and especially Canada that they are routinely harassed by male DHS inspectors. I find the allegations completely credible due to the carbon copy stories from the females, and the profile of the females- all attractive teen or near teen girls traveling alone. The harassment is so overt that it is impossible that supervisors are not aware of it, do not witness it, and in fact sanction it.

   I have a substantial amount of both academic and field study experience in this area, and have personally witnessed the practice by DHSemployees myself. This is should be addressed in the open without hesitation. It is insulting to the female travelers, and also opens up US females to the retaliatory actions by the security personnel of other countries-which I assure has happened. Certainly with all the alleged dangers facing Americans and the gaping holes in border security at the various ports of entry, DHS does not have the luxury expending valuable energy and tax payers money on sexually harrassing female travelers.

I thank you for your time and consideration and will await your reply.

Sincerely,

Jerome Almon

(http://www.hollywood.com/celebrities/bar-refaeli-dwts-s-cheryl-burke-we-were-groped-by-tsa-57731018/)

http://denver.cbslocal.com/2015/04/20/tsa-screeners-fired-in-groping-scandal-both-in-20s-no-criminal-records/
http://time.com/3822487/tsa-sexual-assault-denver/

**MY EXPERTISE AND EXPERIENCE IN THE AREA**
**TRACY GRANDBERRY: DEAD WITHIN IN A MONTH AFTER MY WARNING**
http://www.macombdaily.com/20070530/warren-wife-dies-from-bullet-wound-to-head

**NIKKI BLATTER: DEAD WITHIN 6 HOURS AFTER MY WARNING**
**http://news.google.com/newspapers?nid=1350&dat=19960718&id=Y**
**GRPAAAAIBAJ&sjid=-QMEAAAAIBAJ&pg=6633,4277563**
http://news.google.com/newspapers?nid=1988&dat=19960718&id=3
HEiAAAAIBAJ&sjid=c60FAAAAIBAJ&pg=2903,1452651
http://newsok.com/paroled-cityan-faces-charges-in-dallas-death/article/2545288

**CHAMPAGNE LEWIS: DEAD WITHIN 90 DAYS AFTER MY WARNING # 25 IN**
**THIS LINK (ORIGINALLY FROM ATLANTA)**
http://www.canada.com/globaltv/ontario/story.html?id=177221b0-49c0-4598-b3b4-ca2bb1697358

---

# Police nab suspect in killing of `U` senior
## Oklahoma man to face murder charge
**By CRAIG SCHMIDT**
**State News Staff Writer**
**Oklahoma City police and Dallas detectives arrested an**
**Oklahoma City man Tuesday in connection with the slaying of an**
**MSU student.**
**Kano Jamal Stevenson, 23, will be charged with first-degree**
**murder in the death of Nikki Blatter, 22, who was found slain in**
**her Dallas apartment Friday morning, police said.**
**"We arrested (Stevenson) based on information resulting from**
**our investigation," said Sgt. Joe DeCort of the Dallas Police**
**Department, who could not comment on a motive for the killing.**
**KDFW-TV in Dallas reported Tuesday night that police recovered**
**Stevenson`s bloody fingerprint from a knife found in Blatter`s**
**apartment.**
**he station reported that police found his name in Blatter`s**
**personal phone book.**
**Police said they discovered Stevenson had served time in**
**Oklahoma for forcible sodomy, was released from jail in January**
**and had been under state supervision.**
**Dallas police Sgt. Larry Lewis said Stevenson was arrested when**
**he reported to his probation officer in Oklahoma City.**

Blatter, an MSU engineering arts senior who was in Dallas working for Texas Instruments as a part of MSU`s Cooperative Education Program, was discovered by her roommate at 6:45 a.m. Friday with a slashed throat and head and neck injuries. The Dallas County medical examiner`s office said Tuesday that Blatter died of strangulation and incised wounds on her neck.

Police said there were no signs of forced entry in the apartment and that Blatter probably opened the door for her attacker.

MSU political science senior Jerome Almon said he received an answering machine message fromBlatter and spoke with her at 4:40 p.m. Thursday.

He said Blatter sought advice from him on whether to discontinue relations with two men she had recently become acquainted with.

"There were two guys that she mentioned when she talked to me," Almon said.

"A rapper who she had just met and someone named Jamal. If that`s the guy (police are) talking about, it was clear that she had a problem with him when she called me."

Almon said he met Blatter in September, when she made a failed effort to become a voting member of the McDonel Hall Black Caucus. Almon - who was a Black Caucus member at the time - is a member of Urban Agenda, an organization that works to curb domestic violence.

"She called me out of the blue (Thursday) with questions regarding two guys she had basically just met and didn`t know what to do about," Almon said. "One guy was just relentless and she was asking me how to get out of it. She wanted (the relationship) to end.

"I`m not saying she was involved with them in any real sense, but for whatever reason these guys were in it all for her, and both were very obsessive.

"I advised to her to stay away and, after I talked to her, I called between 12 or 20 times trying to catch up with her again to emphasize that I wanted her to get out but didn`t get a hold of her."

Almon said Blatter was careful about the men she dated and had not been in any dangerous relationships since he had known her.

Stevenson is being held without bond at the Oklahoma County Jail. His arraignment is scheduled for Friday in Dallas, but police said depending on Oklahoma authorities and whether Stevenson requests an extradition hearing, it could take anywhere from days to weeks for him to be returned to Dallas.

Blatter`s funeral is at 4 p.m. today at the Presbyterian Church in Homer, where her family lives.

Neil McGlone, the a spokesman for Texas Instruments, said Blatter`s supervisor and the manager of student intern programs will be flown in for the funeral.

McGlone said an employee assistance program at Texas Instruments is available to coworkers or relatives who are

having trouble dealing with Blatter`s death.
*The Associated Press contributed to this report.*

# Police nab suspect in killing of `U` senior

## Oklahoma man to face murder charge

**By CRAIG SCHMIDT**
**State News Staff Writer**

Oklahoma City police and Dallas detectives arrested an Oklahoma City man Tuesday in connection with the slaying of an MSU student.

Kano Jamal Stevenson, 23, will be charged with first-degree murder in the death of Nikki Blatter, 22, who was found slain in her Dallas apartment Friday morning, police said.

"We arrested (Stevenson) based on information resulting from our investigation," said Sgt. Joe DeCort of the Dallas Police Department, who could not comment on a motive for the killing.

KDFW-TV in Dallas reported Tuesday night that police recovered Stevenson`s bloody fingerprint from a knife found in Blatter`s apartment.

he station reported that police found his name in Blatter`s personal phone book.

Police said they discovered Stevenson had served time in Oklahoma for forcible sodomy, was released from jail in January and had been under state supervision.

Dallas police Sgt. Larry Lewis said Stevenson was arrested when he reported to his probation officer in Oklahoma City.

Blatter, an MSU engineering arts senior who was in Dallas working for Texas Instruments as a part of MSU`s Cooperative Education Program, was discovered by her roommate at 6:45 a.m. Friday with a slashed throat and head and neck injuries.

The Dallas County medical examiner`s office said Tuesday that Blatter died of strangulation and incised wounds on her neck.

Police said there were no signs of forced entry in the apartment and that Blatter probably opened the door for her attacker.

MSU political science senior Jerome Almon said he received an answering machine message fromBlatter and spoke with her at 4:40 p.m. Thursday.

He said Blatter sought advice from him on whether to discontinue relations with two men she had recently become acquainted with.

"There were two guys that she mentioned when she talked to me," Almon said.

"A rapper who she had just met and someone named Jamal. If that`s the guy (police are) talking about, it was clear that she had a problem with him when she called me."

Almon said he met Blatter in September, when she made a failed effort to become a voting member of the McDonel Hall Black Caucus. Almon - who was a Black Caucus member at the time - is a member of Urban Agenda, an organization that works to curb domestic violence.

"She called me out of the blue (Thursday) with questions regarding two guys she had basically just met and didn`t know what to do about," Almon said. "One guy was just relentless and she was asking me how to get out of it. She wanted (the relationship) to end.

"I`m not saying she was involved with them in any real sense, but for whatever reason these guys were in it all for her, and both were very obsessive.

"I advised to her to stay away and, after I talked to her, I called between 12 or 20 times trying to catch up with her again to emphasize that I wanted her to get out but didn`t get a hold of her."

Almon said Blatter was careful about the men she dated and had not been in any dangerous relationships since he had known her. Stevenson is being held without bond at the Oklahoma County Jail. His arraignment is scheduled for Friday in Dallas, but police said depending on Oklahoma authorities and whether Stevenson requests an extradition hearing, it could take anywhere from days to weeks for him to be returned to Dallas.

Blatter`s funeral is at 4 p.m. today at the Presbyterian Church in Homer, where her family lives.

Neil McGlone, the a spokesman for Texas Instruments, said Blatter`s supervisor and the manager of student intern programs will be flown in for the funeral.

McGlone said an employee assistance program at Texas Instruments is available to coworkers or relatives who are having trouble dealing with Blatter`s death.

*The Associated Press contributed to this report.*


**I WARNED OF THIS THREAT IN THE 1980'S-2001**
(http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh)

http://o.canada.com/news/report-warns-of-catastrophic-aboriginal-uprising


**I COINED THE PHRASE "TERROR PROOF" AND REPEATEDLY WARNED NYC OF THIS DANGER AS YOU WILL SEE BELOW**
http://www.dailymail.co.uk/news/article-1334404/US-subway-tunnels-terror-proof-600m-ring-steel.html
http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/


----- Forwarded Message -----
**From:** "WEB.COMMENTS@customs.treas.gov" <WEB.COMMENTS@customs.treas.gov>
**To:** almonjer@yahoo.com
**Sent:** Thursday, September 20, 2001 9:40 AM
**Subject:** Detroit/Windsor security/GYR


Thanks for your message. I am forwarding it onto the Security Team for investigation.

Customs/GYR

**almonjer@yahoo.com** (Jerome Almon)
09/14/01 03:54 PM

To:    web.comments@customs.treas.gov, technical@customs.treas.gov
cc:
Subject:    U.S. Customs Website Comment.

Below is the result of your feedback form.  It was submitted by
Jerome Almon (almonjer@yahoo.com) on Friday, September 14, 2001 at 15:54:31
--------------------------------------------------------------------------

email: almonjer@yahoo.com

subject-of-this-message: Detroit/Windsor Security

website_comments: I have had previous contacts with your office issues
(specifically Bonnie  Tischler).  I feel it is necessary to reintroduce
this information ( I will send a copy of this information to US Senator
Carl Levin.)  I have made compliants against certain procedures and
individuals at the Detroit/Windsor border crossing. I also corresponded
with the Canadian Minister for Immigration (Elinor Caplan) concerning the
fact that even the supervisors at the Canadian border do not understand
much of the information they need to concerning legitimate vs. false
documentation. (I unfortunately am able to prove this point.) Meaning if
say a person was on a wanted list -the Canadians often ask the person to
interpret the information.
Finally the Detroit/Windsor tunnel.  It is a disaster waiting to happen.
Since the US checks cars AFTER they have entered the tunnel (as does
Canada) -doesn't that defeat the objective of stopping a terrorist act in
the tunnel?  The check should happen before the tunnel is entered, and
after-or thetunnel should be closed.


--------------------------------------------------------------------------

REMOTE_ADDR: 24.131.62.95
HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 5.0; Windows NT; DigExt)

**I TURNED DOWN THIS DOCUMENTARY DUE TO THE POTENTIAL HARM TO AMERICA (I WAS
PURSUED DUE TO MY CORRECT PROGNOSTICATIONS REGARDING TERRORISM)**

On Fri, 10/20/06, bayly@.de <bayly@.de> wrote:
From: bayly@.de <bayly@w.de>
Subject: FW: jerome almon
To: almonjer@yahoo.com
Date: Friday, October 20, 2006, 3:42 PM

hey jerome... how ru doing? well, received the following e-mail today....
tell me if i should give him the contacts he wants or if u wanna do it
urself... my mom is here for 4 days.. been to jazz concert yesterday and
will go to branford marsalis concert 2morrow... its jazz too.... and right
now just got back from the adidas store... man i am adidicted ;) cant go
there without buying smth... even when i am broke just like right now...
well, hope to hear from u...
(I refused to do the documentary below for the same reasons certain
entities need to police themselves better.)
Von: "scott corben"
Gesendet: 20.10.06 12:41:27
An: bayly@.de
Betreff: jerome almon

Hi Katja,

I got your contact details from Marie at Freemuse in Denmark. My name is
Scott Corben and I am a produc er with Al Jazeera Television in London.

I am researching a piece on soldier-turned-singers in the United States and
I am really keen to speak to a guy called Jerome Almon. I believe he is a
rapper / rap producer based in Detroit. Maries tells me that you may have
some way of contacting him. If you have an uptodate email or phone number
I'd really appreciate it.

Look forward to hearing from you

best regards,

Scott

Producer/Director "Top Secret"
Al-Jazeera Satellite Channel Ltd
7th Floor Westminster Tower
3 Albert Embankment London SE1 7SL
Switchboard: +44 (0) 207 820 4820
Fax: ++44 (0) 207 820 9868
http://www.cbc.ca/news/canada/windsor/story/2012/07/12/wdr-windsor-detroit-
tunnel-closed.html

**I COINED THE PHRASE "REVERSE INSPECTION"**
Copyright 2002 Gannett News Service. All rights reserved. This material may
not be published, broadcast, rewritten, or redistributed.
Tighter security at border hits snag
Legal issues may block U.S., Canada checks before crossing
By Lisa Zagaroli / Detroit News Washington Bureau

    Comment on this story
    Send this story to a friend
    Get Home Delivery
    WASHINGTON -- Checking travelers between the United States and
    Canada
    after they've crossed the border -- which some liken to checking
    airline
    passengers after they land -- is being scrutinized by officials
    concerned that bridges and tunnels could be vulnerable to attack.
    Lawmakers are pressuring the U.S. Customs Service and Canadian
    officials to come up with a decision this week on whether the
    countries
    can swap inspection locations.
    An alternative to paying a toll, crossing the bridge or tunnel,
    and
    then being scrutinized by Customs officials once inside the other
    country's territory is to do inspections before crossing.
    Although the reverse inspection system is the only solution being
    lobbied to enhance infrastructure safety, the two nations haven't
    agreed
    on how to settle legal obstacles. An old idea revived by
    the Sept. 11
    terrorist attacks, a revised system would involve numerous
    agencies in
    both countries in the decision.
    "This reverse clearance proposal has a number of sovereignty and
    structure issues attached to it," said Michel Proulx, spokesman
    for the
    Canada Customs and Revenue Agency in Ottawa.
    "There are a lot of players involved in all of this. It's
    difficult
    to get a sound, concrete answer. No one department or agency
    would be

able to say yes or no."
There's little to stop someone who wanted to damage the
Ambassador
Bridge, Detroit-Windsor Tunnel, or even Detroit Metropolitan
Airport, if
the crime is done before the perpetrator even gets to an
inspection
point, critics say.
Besides the human safety concern, destroying any one of the
border-crossing points would do serious harm to the auto
industry, one
of the United States' economic engines, and many other businesses
that
rely on just-in-time delivery of material. Michigan had $70
billion in
trade with Canada in 2000.
**"Every time I drive through that tunnel, I expect something to
happen," said Jerome Almon, a Detroiter who drives to and from
Toronto
at least twice a month.**
**"Osama bin Laden says the economy is what they want to attack,
and
you cannot find a more decimating effect than that bridge
or tunnel on
our economy. You will kill Detroit, it's over, goodbye. But think
of the
effect on the rest of America."**
Firearms an issue
Aside from jurisdiction, the question of whether U.S. Customs
agents
should carry firearms in Canada is of particular concern to
Canadians.
Canada is known for being much less tolerant of guns than the
United
States.
"Our Customs officers are not armed and at this point in time we
still feel there is no reason for them to be," Proulx said.
"We have a study going on right now to determine whether the
tools
they have are adequate to do their jobs safely and with full
security.
The U.S. (agents) are (armed) and definitely that would be one of
the
snags in the issue."
The preclearance concept does have precedent. U.S. Customs agents
inspect U.S.-bound passengers at six Canadian airports so they
don't
have to be routed through Customs once they arrive like travelers
on
flights from every other country, said former Michigan Gov. James
Blanchard.
He spearheaded the "open skies" agreement when he was U.S.
ambassador
to Canada.
The real stumbling block to doing this at bridges
and tunnels will be
working out how much authority each side is given to enforce the
other
country's laws, he said.
"You could always prevent (a suspicious passenger) from getting
on
the plane," Blanchard said. "The question is who arrests them,
can they
say 'I choose not to fly' then go home, or do we hold them?"

Sen. Carl Levin, D-Detroit, said he thinks all of the issues can
be
worked out.
"The only impediment here is bureaucratic impediment," he said.
"Even
though there's supposed to be an urgency after Sept. 11, there
seems to
be some unnecessary foot-dragging."
Levin and Sen. Debbie Stabenow, D-Lansing, sent a letter to
Customs
Commissioner Robert Bonner on Jan. 4, insisting on a progress
report by
Friday.
"It is obvious that inspecting vehicles for dangerous contents
such
as bombs or explosives after they enter our tunnels or cross our
bridges
is inadequate," they wrote.
Customs spokesman Jim Michie said he wasn't sure when a decision
would be made on reverse inspections, but that it was being
closely
studied.
Tighter local security
Local authorities say they've taken the steps they can to bolster
security.
Travelers who use the Detroit-Windsor Tunnel are no longer
allowed
through unless operators are certain they can make to the other
side
without backups, said Gordon Jarvis, president of the Detroit &
Canada
Tunnel Corp.
"If there is an incident and you need to get out, there is space
for
you to do so, and there are fewer cars in the tunnel at any one
time,"
Jarvis said. "It also makes it much easier for us to identify
when there
are incidents in the tunnel."
Jarvis said reverse inspections are a viable option at
the tunnel,
despite the smaller queue area, compared to other crossing points
like
the Ambassador Bridge.
The owners of the Ambassador Bridge have installed new lighting,
fencing and surveillance cameras, as well as armed security 24
hours a
day, said Dan Stamper, president of the Detroit International
Bridge Co.
Stamper said the bridge company is paying for the extra security.
"We're not sure whose responsibility it is for the cost of
security,
but we are not in the position to say it's not going to be done,"
he
said.
The bridge authority has completed plans showing that
logistically,
preclearance can be implemented on an interim basis within 90
days,
Stamper said. In doing so, there would be the added bonus of huge
efficiencies in traffic flow.
"The current six lanes that cross the border, two at
the tunnel and
four at the bridge, become traffic lanes and not parking lots,"
Stamper

said. "It increases the capacity of both the tunnel and the
bridge, a
lot more than anything else we can do today."
Blue Water Bridge study
Bruce Campbell, the engineer manager of the Blue Water Bridge,
said
the proposal is being examined as part of a long-term security
review of
the span connecting Port Huron with Sarnia, Ontario.
With the Ambassador Bridge being the busiest U.S.-Canada entry
point,
carrying 12 million vehicles a year, the economic implications
for the
region are enormous.
"One 18-wheeler goes across that bridge every eight seconds,"
said
Carmine Palombo, director of transportation planning at the
Southeast
Michigan Council of Governments.
The implications for the bridge and tunnel operators are
significant
as well.
"They're all looking at an out-of-pocket expense they hadn't
anticipated," said Neil Gray, director of government affairs at
the
International Bridge, Tunnel and Turnpike Association, which
represents
toll agencies.
"Nobody wants to do a toll increase to reflect this, in fact I'm
not
sure anyone has proposed one, but it's an issue we are all having
to
think about."
Protecting airports is a concern as well, though most of the
attention has been on protecting aircraft against air piracy,
Capt.
Duane E. Woerth, president of the Air Line Pilots Association,
told
senators late last year.
Noting that airports in Rome and Vienna have been hit, Woerth
said
he's worried terrorists could attack ticket counters, check-in
facilities and lines of passengers waiting outside.
Airlines, bridges and tunnels are experiencing lower traffic flow
because of leisure travelers concerned about terrorist risks.
**Almon, the Detroiter who travels to Toronto on business, said**
**he's a**
**former combat engineer with the Army and he's concerned about how**
**easily**
**a carload of explosives put together with store-bought material**
**could**
**take out the bridge or tunnel.**
**"At the mouth of the Detroit tunnel sits General Motors**
**headquarters,**
**a terrorist would get two for one with that," Almon said.**

It is unfortunate, but due to the level of corruption in the
State of Michigan, City of Detroit, and America, this event will
take place, EU citizens should be informed that reside in the
area. The structure can

**BOMB THREATS TO TUNNEL (SEVERAL DEVICES HAVE BEEN FOUND IN**
**THE TUNNEL)**

https://www.bing.com/search?q=detroit+windsor+tunnel+bomb&
go=Submit&qs=n&form=QBLH&pq=detroit+windsor+tunnel+bomb&sc=0-
26&sp=-1&sk=&cvid=4b0cec8768714e3fbc67d533307de7f7

NYC SPENDS $600 MILLION ON ISSUE I REPEATEDLY WARNED LEADERS ON
IN 2001 AND SEVERAL YEARS AFTER

http://www.dailymail.co.uk/news/article-1334404/US-subway-
tunnels-terror-proof-600m-ring-steel.html

**THIS ISSUE HAS NOT BEEN RESOLVED AND THE PRIME MINISTER AND HIS
MINISTERS HAVE REPEATEDLY ACKNOWLEDGED I AM CORRECT**
From: **Minister of Transport, Infrastructure and Communities / Ministre des
Transports, de l'infrastructure et des Collectivités**<MINTC@tc.gc.ca>
Date: Thu, Oct 13, 2011 at 1:24 PM
Subject: Proposed construction of a new bridge
To: "almonjer@gmail.com" <almonjer@gmail.com>
Cc: "cims_oper@pm.gc.ca" <cims_oper@pm.gc.ca>

Dear Mr. Almon:

Thank you for your correspondence of July 18, 2011, regarding the
proposed construction of a new bridge between Detroit and Windsor.
Please accept my apologies for the delay in replying.

The Detroit River International Crossing, also known as the New
International Trade Crossing, is a top infrastructure priority for the
Government of Canada.  This being the case, the Government of Canada
continues to work collaboratively with the State of Michigan and the U.S.
federal government to secure passage of the necessary legislation to
authorize the construction of the new bridge.  To this end, Canada
offered $550 million to cover the costs of project components in
Michigan to facilitate passage of the authorizing legislation by the
Michigan legislature.  As well, Budget 2011 contained a commitment to
fund 50% of the capital costs of the Windsor–Essex Parkway.  I am
pleased that the Province of Ontario has moved ahead with construction
of the Parkway.  This is a good time to enter into large projects, given
low interest rates and sufficient capacity in the construction market to
undertake a project of this magnitude.

The Government of Canada believes in a competitive transportation
system that supports economic growth and prosperity through the
efficient and secure movement of goods and people across the Canada–
U.S. border.  As such, other border operators, including the Ambassador
Bridge, will continue to play an important role in cross-border trade and
traffic in the Windsor–Detroit region.  The Government of Canada is
committed to advancing a new Detroit River bridge in partnership with
the State of Michigan and the Government of the United States.

Again, thank you for writing and for providing me with your comments.

Yours sincerely,

Denis Lebel, P.C., M.P.

c.c.      Office of the Right Honourable Stephen Harper, P.C., M.P.
Prime Minister

Cabinet Ministers from Canada and I have had several contacts
concerning this and other issues (as well as officials from other countries
concerning the DHS threat).

**I WARNED OF DETROIT'S BANKRUPTCY DUE TO THIS ISSUE YEARS IN
ADVANCE**

**EXTENDED CASINO SECTION
(http://www.prweb.com/releases/2012/11/prweb10142359.htm)
and look what happened
ATLANTIC CITY AND VEGAS CASINOS GO UNDER**
http://www.seacoastonline.com/article/20140724/Opinion/407240364
http://www.cnbc.com/id/102340128
http://www.reuters.com/article/2015/05/15/usa-chicago-banks-
idUSL1N0Y52XH20150515

**THE EVIDENCE: During the 1990's I warned Detroit/Michigan not vote
casinos into the city. I held press conferences daily spelling out why they
could not work, and that the end result would be Detroit's economic collapse.
Detroit/Michigand were promised entertainment districts, development, and a
flood of new revenue by their politicians. I warned it was all a pipe dream,
that Detroit and Michigan was being fleeced. The deal called for Detroit to
receive 10% of the money taken in through a casino tax. What
Detroit/Michigan refused to get was that casinos don't create wealth-they
cannibalize it. Detroit/Michigan politicians signed a deal that agreed to trade
Detroit/Michigan $100 bills for Las Vegas, NYC hedge fund, and Ohio $1 bills.
Simple as that. Detroit filed bankruptcy because it was $18 billion in debt,
exactly the amount of money the casinos took in and shipped out of the
city/state-get it? Detroit/Michigan sold the 3 casino licenses for $25,000 a
year when they were worth $500 million EACH. Add it up...of course Detroit is
bankrupt after giving away $20 billion. MGM & Caesars have TWICE the debt
of the city of Detroit.**

**ATLANTIC CITY AND VEGAS ARE HEADED TO BANKRUPTCY  LIKE DETROIT
http://www.myfoxny.com/story/24280415/the-next-detroit-atlantic-city-
and-las-vegas-facing-catastrophic-collapse**

**CASINO LICENSES WORTH $500 MILLION SOLD FOR $25,000 (EACH
DETROIT CASINO IS THE SIZE OF THIS 1 CASINO)**

**https://www.mdpolicy.org/research/detail/500-million-license-fee-for-
mgmnational-harbor-casino**

**DETROIT MAYOR WHO SIGNED CASINO DEAL DENNIS ARCHER WORKING
FOR CASINO INDUSTRY AND DETROIT LAWYER THAT**

## NEGOTIATED CASINO DEAL WORKS FOR MGM

**http://www.prnewswire.com/news-releases/phyllis-james-joins-mgm-mirage-as-new-senior-vp-and-senior-counsel-76279357.html**

**http://www.toledoblade.com/Politics/2009/10/02/Gaming-exec-Toledo-casino-a-sure-bet.html**

### ARTICLES OF ME WARNING ABOUT CASINOS IMPACT ON DETROIT

http://www.lasvegassun.com/news/1997/nov/28/barden-allies-may-join-anti-casino-opponents/
http://news.google.com/newspapers?nid=1350&dat=19971129&id=inIxAAAAIBAJ&sjid=7A0EAAAAIBAJ&pg=6806,5606358
http://news.google.com/newspapers?nid=1350&dat=19971229&id=nkpPAAAAIBAJ&sjid=_QMEAAAAIBAJ&pg=1739,5275802
http://news.google.com/newspapers?nid=1988&dat=19970305&id=BGYiAAAAIBAJ&sjid=qawFAAAAIBAJ&pg=1222,939329

### MOST CORRUPT STATES
http://www.publicintegrity.org/2012/03/19/8423/grading-natio
n-how-accountable-your-state

# MY BIO IS WHAT TRIGGERD THE DC/OTTAWA EMAILS/OFFERS

-I am a university lecturer/expert on domestic violence, international politics, terrorism, and urban crime. I worked under global experts Dr.'s Mitja Zagar (Slovenia and co-author of their Constitution, Otto Feinstein head of the Urban Agenda and author of Ethno-Development, Richard Mansbach-CIA consultant, and worked on the UN project at the University of Toronto the Delphi Project out of Belgium and studied under Southern Africa expert Dr. Sita Ranchod-Nilson. One of the European academics I studied under aided in writing a EU member's Constitution.

-I am a business owner, and spent 1 year in the first Iraq War, am a paratrooper, combat engineer (explosives expert, featured on A&E for saving my unit's mission during combat, and awarded directly from the Pentagon for inventing a mission saving modification during battle), was drafted as a translator during the war and POW camp designer, taught my brigade basic Arabic language, numerals, and history. I correctly forecast homegrown Middle Eastern terrorism a decade before the *"experts"* in the US - (Al Jazeera broadcast it, and it led to other *"issues"*). I am also and expert on school and mass shootings, have correctly forecast the rise in the number and severity of shootings years in advance which are heavily documented in the media. I also have provided information that shows the origin, causation, and solution to the issue, which is backed by irrefutable scientific and law enforcement data.

http://www.washingtonpost.com/news/wonkblog/wp/2015/10/01/2015-274-days-294-mass-shootings-hundreds-dead/
http://everytownresearch.org/school-shootings/
http://all-len-all.com/america-is-averaging-over-one-school-shooting-per-week-since-newtown/

### SARS threat puts Canada, border states on edge

by Michael H. Hodges
Gannett News Service
While more than 100 people have been diagnosed with the mysterious severe acute

respiratory syndrome in the United States, more than 150 people are suspected to be ill with SARS in Ontario, Canada, alone. For many residents of U.S. states bordering Canada, it's far more likely they'll go there than to China, where the disease was first identified -- and that's cause for concern.

**Jerome Almon of Southfield, Mich., owns a Toronto music business, but hasn't been back to Canada since the end of January.**

**``I am completely apprehensive,'' he says. ``I won't go. Basically, from what I hear from my fiancee there, everyone is under a complete cloud of fear.''**

SARS, the deadly ``atypical pneumonia'' known as severe acute respiratory syndrome, continues what looks like an inexorable march around the globe. As of Friday, there were 2,353 reported cases worldwide, with about 100 in the United States. The 100th death from SARS occurred over the weekend.

Yet just across the border in Canada, more than 200 people are thought to have the flulike illness that's killed at least nine there so far -- the densest concentration of SARS cases outside China and Vietnam.

As of Sunday, Health Canada -- the Canadian version of the CDC -- received reports of 217 probable or suspected cases of SARS across the country, and nine deaths. Ontario alone had 87 probable cases and 92 suspected cases.

Experts note that this is hardly the influenza pandemic of 1918, when half a million Americans died. Yet President Bush on Friday added SARS to the list of diseases for which people can be involuntarily quarantined. The others include smallpox, cholera, tuberculosis and a few more.

SARS already had a dramatic impact. Companies have canceled meetings in Hong Kong and southern China, the two hardest-hit areas, while tourists and businessmen alike have cashed in tickets to Asia and Toronto.

To guard against the importation of SARS, Northwest Airlines is screening all passengers from heavily afflicted areas such as Toronto and East Asia to prevent infected people from boarding flights.

If somebody develops symptoms en route, says spokeswoman Mary Stanik, they'll be asked to wear a face mask. If they've used a bathroom, that will be closed to all other passengers. Airline crew who come into contact with a suspected SARS patient should wash their hands after contact, and don gloves if handling anything that individual has touched.

``Absolutely unprecedented'' is how Paul Kilbertus, spokesman for the Ontario Ministry of Health, describes the crisis there. He notes the province has declared the first medical health emergency in its history.

Two Toronto hospitals are refusing all new cases, and their staffs are working under quarantine. Elsewhere in the city's hospitals, all elective procedures and nonessential surgeries have been canceled.

Things are worse overseas. In Hong Kong, with at least 20 deaths and about 800 reported cases as of Saturday, authorities are opening four quarantine camps. At the University of Michigan, epidemiologist Dr. Arnold Monto -- an expert on coronaviruses, thought to be the cause of SARS -- notes that what's truly disturbing is ``the fact that healthy adults have died. We're used to seeing 20,000 influenza deaths a year, but those are usually among weakened individuals.''

Press reports have cited a SARS mortality rate of about 3 percent to 5 percent, where ordinary flus, Monto says, kill at the rate of 1 percent or less. By contrast, an outbreak of hantavirus that erupted in 1993 and sickened 185 throughout the southwestern United States killed almost half its victims.

As alarming as things seem to have gotten, however, some are not as scared as they were when SARS first hit the international stage.

William Harrison is a Grosse Pointe Park, Mich., adman who was pleased when his meeting of Ford dealers in Hong Kong last week was abruptly cancelled. But since then, he's done more research, and his panic level is several notches lower.

``It just feels like we know a lot more today,'' Harrison says, ``and like SARS has stepped into that array of scary threats that are somewhat more manageable -- ones we have to live with every day.''

Contributing: Detroit News reporters Tom Greenwood and Ed Garsten

# Motown's road to ruin

- *PAUL TOOHEY*
- *THE SUNDAY TELEGRAPH*
- JULY 15, 2012 12:00AM

SHARE

- 
- 
- 
- 
- 

1

## Ads By Google

- **Build A Pro Home Studio**

  Got A Spare Bedroom? Turn It Into A Pro-Quality Home Studio. Learn How.
  www.discmakers.com/Home-Recording



Jerome Almon at his old Detroit school, Mumford.
**DETROIT used to be the industrial heart of America and home to opportunity.
Now it is one of the most violent cities in the world.**
In the devastated inner city, the 85 per cent black population either preys on each
other or prays the country's first black president can save them. Because hope is all
they have left.

Hope is why Earline Mason, who lives in one of the worst gang and violence-plagued areas of eastside Detroit, carefully maintains her small front lawn with a whipper-snipper.

Amid the chaos of her existence, where half of the houses are now abandoned, burnt-out or bulldozed, and where the street signs are routinely removed to confuse the cops - should they ever bother turning up - Earline still believes.

Half of the working-class population has fled to newer, safer townships at Detroit's outer edges, leaving the inner city to the gangs and those who are too poor to get out. Earline's house, worth $85,000 eight years ago, is now valued at $10,000.

But she will not give up. She has a sign on her lawn backing Obama in the 2012 presidential race, believing he will come through.

Even though Obama has never directly addressed his country's black population, fearing it would alienate white voters, she believes he is worried about her as an older black woman trying to maintain dignity in a dangerous slum.

"Yes, of course he thinks of me," says Earline.

"They want to blame everything on Obama, but this was all happening before he got in there. It's not his fault."

Everywhere is ghetto. You know it not just by the firebombed houses and collapsed porches and boarded-up ruins, but by what hangs on in the rubble.

Jerome Almon, believes Earline is deluded.

He does not think hope is coming.

"You know you're in a ghetto when there's no proper stores but on every corner there's a church and across the street is a liquor store and across from that is a fast-food place and a nail salon and a funeral home because of all the shootings," he says.

Almon, who served with the XVIII Airborne Corps in 1991's Operation Desert Storm, welcomed Obama in 2008, believing it would be a turning point for the ghetto in which he was raised. Four years on, he says things have gotten worse.

He does not blame Obama directly but says that blacks (the term African-American is now rarely used) sat back thinking his victory would automatically transform their lives. It hasn't worked out that way.

Blacks own nothing in these parts except for crack houses and churches, says Almon, as we cruise the unbelievably devastated city.

The Lebanese own all the fuel stations, the Iraqis have all the small stores. The small fast-food joints, called Coney Islands, that sell the fried chicken and melted cheese steaks and fries, are run by Albanians.

"It's some of the most fattening, unhealthy food on the planet," Almon says. "The Albanians won't eat it. But they know if it's unhealthy, we will.

"The (Iraqi Christian) Chaldeans have four churches in Detroit and thousands of stores. We blacks have got thousands of churches and four stores. Who's smarter?"

At an intersection, foot soldiers from Louis Farrakhan's Nation of Islam work the pausing cars.

They wear bow ties and sharp white shirts, selling the organisation's newspaper, The Final Call, and small bags of fruit.

The idea is to inject some ideology, and health, into the streets, to bring about what Farrakhan calls the "resurrection of the black man and woman of America".

But the organisation's demand for strict self-discipline has little appeal in the ghetto, where drugs and sex are the currency.

The priorities are back to front. Incredibly, it is common to drive past what appears to be uninhabitable shacks, where children are living, and see late-model Cadillacs parked outside, with after-market $5000 rims.

"The kids think all this is normal," Almon says.

"They rarely leave their neighbourhood and they certainly don't go to other states or other countries. Everyone thinks it's normal. That's why nothing's done."

If Harvard produces academics, no one should be too surprised that the ghetto produces gunslingers, crack dealers and "baby mammas".

"For a girl, her prospects are to have a baby or two by the time she's 18, low self-esteem, growing messed up because there are no real men in the ghetto," Almon says. "And everyone's looking at her like a piece of meat. If she lived in the (outer) suburbs, she might be a doctor or an engineer. Here, she'll be a ho, a drug addict or a baby mamma.

"As for boys, you might as well tattoo a prison number right on their chest at birth. They are going to prison.

"You've got young, dumb, ignorant young guys raised by young women, with no men around. I cannot think of a worse scenario. They have the mentality of a child, the emotions of a woman and the destructive power of a grown man.

"Put a gun in their hands, you know what happens. What's the chance of some white guy shooting Kid Rock or Justin Timberlake? It ain't gonna happen. But black rappers Tupac and Biggie (Smalls, aka the Notorious B.I.G.), they're dead."

Almon, like many blacks, wishes Obama would - just once - speak directly to them. "I want him to come out and say: 'Stop embarrassing me. Stop killing each other,'" says Almon. "It's always been bad in America but it's far worse now. There are more guns, there is more poverty, the police are more vicious because they're scared, too, and the economy has gone to hell. "This city is Planet of the Apes and it's every gorilla for himself."

The Detroit murder rate in 2011 was 346 deaths, compared to 714 in 1974. But since that time, the city's population has dwindled from 1.5 million to 800,000. The murder rate has not dropped at all and Detroit is routinely named among America's five most violent cities.

Until the early 1980s, Detroit had the highest-earning black population in the world. An unskilled labourer could earn more than $100,000 in the city's car plants. The wages have since plummeted and car companies are demanding employees have two years of college education.

Motor City, as Detroit is known, is coming back after massive federal bailouts, but young ghetto men cannot get the jobs or do not want them.

The crime lifestyle is perpetuated.

Almon is angry with his own people, believing the high levels of black criminality reflect on him personally.

"You feel like you've got a bullseye on your back and a price on your head," he says. The case of black kid Trayvon Martin, shot dead in Florida in February by self-appointed street guardian George Zimmerman, sent a needless reminder to black America that they are always being profiled or watched with suspicion.

"I always need to adjust my behaviour," Almon says. "If I'm not in a black neighbourhood, I dress not to scare people. Because if they see a black guy coming, they're scared.

"I don't like it, but the truth of the matter is I understand it. It used to be that black people were scared of white people in America.

"Now it's whites scared of blacks and it's because of the crime."

Obama has pragmatic reasons for not appearing to be a "black" president.

Black leadership falls to old stagers like the Rev Al Sharpton and the Rev Jesse Jackson, who always turn up when there's a high-profile killing or a perceived injustice. In Almon's view, these men are not leaders but "race hustlers" who place responsibility anywhere but black society, which sends the wrong message to the ghettos.

"Al Sharpton and Jesse Jackson blame white people," Almon says.

"Every time they get their name in the paper, they're just selling their products. They ain't no different to the black people who sold their people into slavery for bags of salt and beads.

"Black people, we got to grow up. It's very difficult to be believe that 50 years ago you had Dr King lead his movement against the mightiest government on Earth, and his followers, regular people, had such dignity, so well dressed, such respect.

"Look at us now. No dignity, no pride, or respect. We are far, far less educated. How is that possible?"

Almon's views do not have wide appeal in the ghetto. For Gwendolyn Chapman and her daughter Ebony, who live in a tough, drug-riddled eastside area, it's the city's services - police patrols, streetlights and rubbish collection - that have failed.

But having a black president means all is not lost.

"Yes. I still have hope," she says.

"I think he's a good president. He made things happen." She cites his recent court victory on health care, but you won't need health care if you're dead. Gwendolyn mentions that a body was pulled out of here the day before, one street away.

"I want Obama and that's all I got to say," she says.

Late last week, Republican candidate Mitt Romney spoke to the National Association for the Advancement of Coloured People, saying: "If you want a president who will make things better in the African-American community, you're looking at him." He was jeered.

Willie Bryant, 54, fixing up his uncle's house behind Hitsville, home of the Motown museum, says Detroit is becoming a ghost town.

"Unemployment is at all-time high and the city has lost 50 per cent of its population," he says.

"I don't know whether it's because of the city, the state or federal government. Something's got to be done. It's a Third World city now. I'll vote for (Obama) again because of who he's running against," he says.

"I still have hope. I live off hope."

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to administrator-min@vikings.nfl.net

Copyright © 2003-2018. All rights reserved.

Print | Close Window

Subject: COMPLETE BIO AND VERIFICATION OF BACKGROUND-WHY THE NFL ISSUE IS SUCH A PROBLEM TO ME AT THE MOMENT
From: act@preactdontreact.com
Date: Wed, Jul 27, 2016 10:58 am
To: BELSON@NYTIMES.COM

Mr. Belson (the previous email had attachments and may have went to your junk folder)-

The information below contains the issues I have worked on with the think tank, and I am including why the NFL IPHONE message is an issue at this moment in the most negative of ways.

**CURRENT ISSUE THAT INTERSECTS WITH THE NFL** (I can provide the emails between myself and the Mayor and Police Commanders at your request)

Since 2012 I have been in contact with the Las Vegas Mayor and her top Police Commanders concerning a terrorist issue. The issue is I witnessed exactly what is contained in the ISIS video below. Initially, of course the Mayor, the Commanders, and the casino VP I originally warned, dismissed my information as ridiculous. However, after Paris, San Bernardino, etc. they no longer do. Since the ISIS video was released, I have been contacted by the FBI (San Francisco) on a referral from either the NYPD counter terrorism office or the foreign intelligence agency that contacted me to assess the threat in Las Vegas to their citizens. All now accept that my warning was accurate (2012 & 2013/2014) on what I witnessed. I have been specifically asked what I think the attack will look like, number of attackers, weapons used, casualties, etc. The authorities in Canada and Foreign Ministers in the EU are specifically going off of my recommendations. The accepted and expected death and injury toll dwarfs Paris. Due to the design of Las Vegas's 2 top tourists sites, it is impossible to protect the areas without the deployment of troops France and Belgium now have in place.

The Mayor, Police, and FBI have no intention of warning the public of the imminent attack (due to casino pressure). My assessment is the video release by ISIS is a green light to attack the city, and they will be pros on the level of the November Paris attacks or better. The issue is that the head of NFL security is a former FBI agent, most of his security are former FBI, CIA, and federal agents that work with the FBI and DHS on a daily basis due to terrorist threats. Surely, they have the IPHONE message from Bagley and much more, I am sure he has painted me as the worst person on Earth.

There are 2 problems with this, if an intel or security agency fails to act on a warning or information I pass along, as with the warning I gave my former professor and EU negotiator/security expert 3 weeks before the Paris attack, it could lead to catastrophe. The other issue is the NFL is seeking to move the Raiders to Vegas and spend $750 million in tax payer money to build the stadium. This as I am seeking to stop the city from being devastated by a terrorist attack. Who do they think is more likely to come up with a tip concerning a terrorist attack me or them? This is a big reason the true nature of the ISIS threat to Las Vegas has not been released to the public, they want to get the funding first, and the NFL likely knows about it and are working against me intentionally or not-but with the same effect. As the email to the NFL communications team warned, the Bagley IPHONE message would come back to haunt me regarding my work with national security.

**WHY I AM NEVER WRONG ABOUT FORECASTS IN THE AREA OF NATIONAL SECURITY**
-I studied under the best of the best with real world experience. Dr. Feinstein's family barely escaped the Holocaust, Dr. Zagar was a WARSAW PACT officer, the other professors I had from Europe, Australia, Canada, Southern Africa all had real world experience outside of the classroom.

-I actually know these people/have had conversations with them
https://www.justice.gov/archive/opa/pr/2007/November/07_nsd_910.html

-This guy lived 3 miles down the road from me
http://articles.chicagotribune.com/1985-06-19/news/8502090070_1_lebanon-david-berry-nabih-berri

-My experience in the war

-Growing up in the streets of Detroit
Essentially, I know how terrorists think, which is the largest missing element from those such as the Mayor cited below. They just don't understand how ruthless these guys are, which ironically have the same sort of mindset as a woman abuser (I have 7 sisters also).

So the forecasts are not based on clairvoyance, or hocus pocus, but science, and understanding the problem in the purest sense. That is why most of the people in the think tank that I consult are either extremely good in their professions or even better are kids in their teens and early 20's-they haven't learned to lie to themselves yet.

**MAYOR GOODMAN EMAIL AND POLICE COMMANDER EMAIL (the other emails are far worse)**
-------- Original Message --------
Subject: RE: PERSONAL AND CONFIDENTIAL FOR REVIEW BY MAYOR GOODMAN RE: TERRORISM THREAT
From: "Carolyn G. Goodman" <cgoodman@LasVegasNevada.GOV>
Date: Mon, April 11, 2016 2:30 pm
To: "act@preactdontreact.com" <act@preactdontreact.com>
Cc: Carolyn Levering <clevering@LasVegasNevada.GOV>, Ted Olivas <tolivas@LasVegasNevada.GOV>

Mr. Almon, thank you for sharing your concerns about terrorism and its potential impact to the Las Vegas area. I have recently expressed my own concerns directly with Secretary Johnson of the Department of Homeland Security. As a city, we invest in many resources to ensure the safety of the community and the visitors we serve. As you know, we cannot prevent every possible act of violence or terrorism. We work very hard to ensure communication, cooperation and coordination with our local government agencies, the private sector and our state

and federal partners to be prepared to achieve our 5 mission areas: prevent, protect, mitigate, respond, recover from terror attack.

I am forwarding your concerns to our Joint Terrorism Task Force and the Southern Nevada Counter Terrorism Center for further investigation. If you have knowledge of *specific planned targets, modes of attack, or dates and times of planned attack*, please file a SAR (Suspicious Activity Report) as soon as possible with our Counter Terrorism Center. This report may be sent anonymously if so desired."

CLV-Sig-Setup
-------- Original Message --------
Subject: INFORMATION REGARDING LAS VEGAS ISSUES
From: <info@thecountermedia.com>
Date: Fri, May 16, 2014 6:47 pm
To: Ted@TedMoody.com

Chief Moody-

I would like to relay information to you concerning the following issues that are/will affect Las Vegas:

-A terrorism issue (non-emergency)
-A police issue involving response issues (issues I encountered as a tourist in Las Vegas)
-Tourist safety on the Strip and Downtown

Thank you-
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: RE: INFORMATION REGARDING LAS VEGAS ISSUES
From: "Ted Moody" <ted@tedmoody.com>
Date: Sat, May 17, 2014 8:31 am
To: info@thecountermedia.com

Dear Jerome

Thank you. I look forward to hearing about and discussing your concerns.

Sincerely,
Ted Moody for Sheriff
438 East Sahara Avenue
Las Vegas, Nevada 89104
Campaign Phone: 702-992-0585
Campaign Fax: 702-853-1340
Ted@TedMoody.com

*Paid for and authorized by Ted Moody for Sheriff. Political Contributions are not tax deductible as charitable contributions for Federal Income Tax purposes. Contributors may contribute up to $10,000, $5,000 for the Primary Election and $5,000 for the General Election.*
-------- Original Message --------
Subject: INFORMATION ON SAFETY ISSUES-LAS VEGAS
From: <info@thecountermedia.com>
Date: Sat, May 17, 2014 1:02 pm
To: ted@tedmoody.com

Sheriff Moody:

Thank you for you response and time regarding the issues below:

1)THE TERRORISM ISSUE:

As you are certainly aware of, Al Qaeda has Las Vegas as one of its top 5 main targets, specifically the Strip. I am certain that the area has been scouted and targets selected based on my experience in the area and my observations of individuals and groups while in Las Vegas. They will hit what is most familiar with them, and Las Vegas is very familiar to them. (For example the mastermind behind 911 graduated from the University of North Carolinahttp://edition.cnn.com/2002/US/South/12/19/al.qaeda.aggie/ .

ACTIONS THAT WILL BE TAKEN BY TERRORIST:

A) http://newyork.cbslocal.com/2014/03/19/al-qaeda-magazine-calls-for-car-bombings-in-u-s-new-york

B) http://www.cnn.com/2013/09/18/world/asia/mumbai-terror-attacks/

RECOMMENDED COUNTER MEASURES:

A) Special response teams will not get to the site in time, and must be in place PRIORto any incident in the immediate area.
B) *CONTAIN AND KILL*-officers must be prepared to neutralize the terrorist at the point of attack, i.e. the attacker cannot be allowed out of the building, off the block, or off the side of the street where they attacked (Las Vegas Blvd is a perfect kill zone for a terrorist due to its

geography, such as the inability to cross the Strip in certain areas combined with the natural traffic volume.) Point blank, these are the same individuals and groups that Delta Force, Navy SEALS, Army Rangers, Airforce Commandos, and Marine RECON/special forces faced on the battlefields of Iraq and Afghanistan-they are not to be under estimated. (Essentially they are Islamic special forces.) They are going to attack sooner than later.
C) Las Vegas should have its own anti-terrorism unit on the level of the NYPD's anti-terrorism unit, NYC learned its lesson the hard way 911-YOU CANNOT DEPEND ON THE FEDERAL GOVERNMENT TO PROTECT YOUR CITY. As you will see in the information from the Canadian CIA (CSIS) and the response to that information from both that unit and myself, the federal authorities are grossly out of touch with reality regarding terrorism.
- http://www.cbsnews.com/news/the-case-against-nada-prouty-26-03-2010/
- http://www.nydailynews.com/news/world/fbi-appalled-cia-veterans-defense-agent-nada-nadim-prouty-lies-article-1.258534
- http://pamelageller.com/2007/12/hezbo-mole-crac.html/
I assure you this is not close to the worst.
I am well versed in this area as you will see due to my studies/duties as a university guest lecturer, and  personal experiences however most of my experience is first hand.  I left college and joined the US Army, several individuals that I attended college with left college and joined our enemy and did fight against the US in numerous war zones around the world.  These individuals are supported by groups in America, and know the country as well as you and I do.

DID YOU KNOW:

- http://articles.latimes.com/1985-06-19/news/mn-9224_1_nabih-berri
- http://www.debbieschlussel.com/21971/confirmed-islamic-terrorist-helped-fund-miss-michigan-usa-pageant/ (I cannot validate the claims against Ms. Fakih, however the allegations against the males named are accurate. I have personally seen these individuals proclaim support for terrorist organizations such as Hezbollah.)
- http://www.debbieschlussel.com/1956/la-shish-owner-indicted-does-your-fave-mid-east-restaurant-fund-terror/

- https://www.google.com/search?sourceid=navclient&aq=&oq=dearborn++TERRORISM&ie=UTF-8&rlz=1T4GZAG_enUS472US472&q=dearborn++TERRORISM&gs_l=hp....0.0.1.155650..........0.H2grzmfkc8A(This is the result of a Google search of "Dearborn Terrorism")

- http://www.wxyz.com/news/local-news/investigations/several-arrests-were-made-related-to-a-federal-investigation-into-happys-pizza (The real reason Federal authorities went after these people is the same reason they went after the La Shish owner-terrorism.)


Thank you-
Jerome Almon
305 725 2271

-------- Original Message --------
Subject: RE: INFORMATION ON SAFETY ISSUES-LAS VEGAS
From: "Ted Moody" <ted@tedmoody.com>
Date: Sun, May 18, 2014 9:41 am
To: info@thecountermedia.com

Dear Jerome

Thank you for the well considered and informative information.

I will review and continue to think about the issues you have raised.

We will talk in person one of these days.

Talk soon
'
Ted

**Sincerely,**
Ted Moody for Sheriff
438 East Sahara Avenue
Las Vegas, Nevada 89104
Campaign Phone: 702-992-0585
Campaign Fax: 702-853-1340
Ted@TedMoody.com


*Paid for and authorized by Ted Moody for Sheriff. Political Contributions are not tax deductible as charitable contributions for Federal Income Tax purposes. Contributors may contribute up to $10,000, $5,000 for the Primary Election and $5,000 for the General Election.*


What officials are saying publicly
http://www.ktnv.com/news/new-isis-video-includes-las-vegas-strip-footage
http://www.reviewjournal.com/news/las-vegas/no-credible-threat-after-possible-group-video-shows-las-vegas-strip-say-metro-fbi.

vs what is being said privately
http://abc7news.com/news/new-isis-video-names-targets-in-san-francisco/1404458/

Bollards http://www.ktnv.com/news/lvmpd-says-calls-reporting-suspicious-activity-up-200-percent (this actually made the situation worse) The Paris and Nice attacks are exactly what I warned of, with very specific elements that are identical.

**VETERANS ADMINISTRATION FORECAST ON HEALTHCARE**

------- Original Message --------
Subject: VETERANS GROUP CALLED FOR CLOSING VA CENTERS LONG AGO
From: <act@preactdontreact.com>
Date: Mon, April 11, 2016 6:50 pm
To: pkime@militarytimes.com

Dear Editor:

My organization has called for the end of the VA medical centers since the 90's
(http://www.doctorslounge.com/index.php/news/pb/62852). When the math is examined, keeping the VA is not just harmful to veterans
but economic suicide. For example, all disabled veterans could receive private medical insurance cards under Obama's plan or with private
insurance companies for $13.68 billion dollars annually, vs the $180 billion+ VA budget. And you could insure all veterans for $69.48 billion
annually. No wait times, no dead vets, and it would cut the homelessness and joblessness to near nothing. The health failure is where
most problems begin. That is over a $1 trillion savings over the decade, and the same can be done with VA benefits.

NBC STORY
http://www.nbc-2.com/story/25509709/veterans-group-wants-to-eliminate-va#.VwxP7qQrLIU

Sincerely,
Jerome Almon
305 72 52271

------ Original Message --------
Subject: RE: VETERANS GROUP CALLED FOR CLOSING VA CENTERS LONG AGO
From: "Kime, Patricia" <pkime@militarytimes.com>
Date: Tue, April 12, 2016 1:26 pm
To: "act@preactdontreact.com" <act@preactdontreact.com>

Thank you so much for reading and taking the time to write. It will be interesting to see what the Commission's final
proposal is and whether Congress or the White House agree with it.

It's interesting to see that this debate has been going on so long and I appreciate the historical perspective.

I have forwarded your email to one of the editors in case they would like to use this as a letter to the editor. They
will contact you for your approval if they decide to use it.

Again, thanks for reaching out,

Patricia


**MY EXPERTISE AND EXPERIENCE IN THE AREA OF DOMESTIC VIOLENCE**
**TRACY GRANDBERRY: DEAD WITHIN IN A MONTH AFTER MY WARNING**
http://www.macombdaily.com/20070530/warren-wife-dies-from-bullet-wound-to-head

**NIKKI BLATTER: DEAD WITHIN 6 HOURS AFTER MY WARNING**
**http://news.google.com/newspapers?nid=1350&dat=19960718&id=YGRPAAAAIBAJ&sjid=-**
**QMEAAAAIBAJ&pg=6633,4277563**
http://news.google.com/newspapers?nid=1988&dat=19960718&id=3HEiAAAAIBAJ&sjid=c60FAAAAIBAJ&pg=2903,1452651
http://newsok.com/paroled-cityan-faces-charges-in-dallas-death/article/2545288

**CHAMPAGNE LEWIS: DEAD WITHIN 90 DAYS AFTER MY WARNING # 25 IN THIS LINK (ORIGINALLY FROM ATLANTA)**
http://www.canada.com/globaltv/ontario/story.html?id=177221b0-49c0-4598-b3b4-ca2bb1697358

# Police nab suspect in killing of `U` senior
## Oklahoma man to face murder charge
**By CRAIG SCHMIDT**
**State News Staff Writer**
**Oklahoma City police and Dallas detectives arrested an Oklahoma City man Tuesday in connection with
the slaying of an MSU student.**
**Kano Jamal Stevenson, 23, will be charged with first-degree murder in the death of Nikki Blatter, 22,
who was found slain in her Dallas apartment Friday morning, police said.**
**"We arrested (Stevenson) based on information resulting from our investigation," said Sgt. Joe DeCort
of the Dallas Police Department, who could not comment on a motive for the killing.**
**KDFW-TV in Dallas reported Tuesday night that police recovered Stevenson`s bloody fingerprint from a
knife found inBlatter`s apartment.**
**he station reported that police found his name in Blatter`s personal phone book.**
**Police said they discovered Stevenson had served time in Oklahoma for forcible sodomy, was released
from jail in January and had been under state supervision.**
**Dallas police Sgt. Larry Lewis said Stevenson was arrested when he reported to his probation officer in
Oklahoma City.**

Blatter, an MSU engineering arts senior who was in Dallas working for Texas Instruments as a part of MSU`s Cooperative Education Program, was discovered by her roommate at 6:45 a.m. Friday with a slashed throat and head and neck injuries.

The Dallas County medical examiner`s office said Tuesday that Blatter died of strangulation and incised wounds on her neck.

Police said there were no signs of forced entry in the apartment and that Blatter probably opened the door for her attacker.

MSU political science senior Jerome Almon said he received an answering machine message from Blatter and spoke with her at 4:40 p.m. Thursday.

He said Blatter sought advice from him on whether to discontinue relations with two men she had recently become acquainted with.

"There were two guys that she mentioned when she talked to me," Almon said.

"A rapper who she had just met and someone named Jamal. If that`s the guy (police are) talking about, it was clear that she had a problem with him when she called me."

Almon said he met Blatter in September, when she made a failed effort to become a voting member of the McDonel Hall Black Caucus. Almon - who was a Black Caucus member at the time - is a member of Urban Agenda, an organization that works to curb domestic violence.

"She called me out of the blue (Thursday) with questions regarding two guys she had basically just met and didn`t know what to do about," Almon said. "One guy was just relentless and she was asking me how to get out of it. She wanted (the relationship) to end.

"I`m not saying she was involved with them in any real sense, but for whatever reason these guys were in it all for her, and both were very obsessive.

"I advised to her to stay away and, after I talked to her, I called between 12 or 20 times trying to catch up with her again to emphasize that I wanted her to get out but didn`t get a hold of her."

Almon said Blatter was careful about the men she dated and had not been in any dangerous relationships since he had known her.

Stevenson is being held without bond at the Oklahoma County Jail. His arraignment is scheduled for Friday in Dallas, but police said depending on Oklahoma authorities and whether Stevenson requests an extradition hearing, it could take anywhere from days to weeks for him to be returned to Dallas.

Blatter`s funeral is at 4 p.m. today at the Presbyterian Church in Homer, where her family lives.

Neil McGlone, the a spokesman for Texas Instruments, said Blatter`s supervisor and the manager of student intern programs will be flown in for the funeral.

McGlone said an employee assistance program at Texas Instruments is available to coworkers or relatives who are having trouble dealing with Blatter`s death.

*The Associated Press contributed to this report.*


**GOOGLE/EU/RIPOFFREPORT CASE**
http://www.dailymail.co.uk/news/article-3291416/Google-defamed-Australian-woman-auto-complete.html

**MY CONNECTION TO CASE**
https://www.google.com/#filter=0&q=American,%20Australian,%20And%20European%20Group%20Calls%20For%20Shut%20Down%20Of%20Ripoff%20Report

**WE ARE NOW AT THE CENTER OF THIS CASE IN THE EU**
http://www.nbcnews.com/tech/tech-news/google-could-face-record-3-4-billion-antitrust-fine-n574566

http://www.wsj.com/articles/eu-to-pursue-google-parent-alphabet-on-multiple-fronts-vestager-says-1445817842

https://www.theguardian.com/technology/2016/apr/20/eu-commission-google-android-skew-market-competition-antitrust-vestager

**CRIMINAL CHARGES AGAINST RIP OFF REPORT**
http://siouxcityjournal.com/news/local/sac-county-attorney-dismisses-witness-tampering-case/article_cce5e80f-786a-5f66-8763-3ecb30cadb71.html

**RIPOFF REPORT IS THE BUSINESS AND ROLE MODEL FOR THESE CRIMINALS**

http://www.nbcnews.com/news/crime-courts/revenge-porn-kingpin-hunter-moore-pleads-guilty-faces-jail-n313061

http://www.nbcsandiego.com/news/local/Kevin-Bollaert-Revenge-Porn-Sentencing-San-Diego-298603981.html

**AG'S CALL FOR END TO CDA 230**
https://www.eff.org/deeplinks/2013/07/state-ags-threaten-gut-cda-230-speech-protections

**JUDGE RULING TO REMOVE IMMUNITY FROM CDA 230**
http://blog.ericgoldman.org/archives/2015/09/another-tough-section-230-ruling-for-ripoff-report-vision-security-v-xcentric.htm

**EU ANTI TRUST CONTACT (1 OF MANY)**

    -------- Original Message --------
    Subject: 2016/030418 - C-3 - GOOGLE-AUSTRALIA COURT CASE REQUEST-ILLEGAL
    ADVERTISEMENT SCHEME
    From: <comp-greffe-antitrust@ec.europa.eu>

Date: Tue, March 29, 2016 6:10 am
To: <act@preactdontreact.com>

Email sent on 29/03/2016

 EUROPEAN COMMISSION
Competition DG

European
Commission

Brussels, date of email

# Acknowledgement of receipt

To the attention of :
Subject : GOOGLE-AUSTRALIA COURT CASE REQUEST-ILLEGAL ADVERTISEMENT SCHEME
Your reference:
Sir/Madam,
The Directorate-General for Competition has received your correspondence dated 21/03/2016 (Registration: 2016/030418),
concerning the subject referred to above.
DG COMP Registry
if you have any question or problem, please contact the Registry at
comp-greffe-antitrust@ec.europa.eu for Antitrust
comp-merger-registry@ec.europa.eu for Merger
Stateaidgreffe@ec.europa.eu for State Aid

-------- Original Message --------
Subject: Reply to your e-mails of 3/8 and 11 April 2015 -
COMP/C3/MP/se/HT.814/Bundle 2015/041369
From: <COMP-C3-MAIL@ec.europa.eu>
Date: Mon, May 04, 2015 1:54 am
To: <act@preactdontreact.com>
Cc: <COMP-GREFFE-ANTITRUST@ec.europa.eu>

Dear Mr Almon,

Thank you for your emails of 3, 8 and 11 April 2015 in which you express concerns as regards certain of Google's
practices related to its general search service.

We appreciate that you have chosen to share your concerns with us.

Feedback from citizens, such as yours, is a valuable source of information which we take very seriously and for
which we would like to thank you.

Yours sincerely,

## BANASEVIC Nicholas
Head of Unit

## European Commission
DG Competition – Unit C3
Antitrust - IT, Internet and Consumer electronics
office: MADO 27/069
B-1049 Brussels/Belgium

## THE WARNING

## 30 MARCH 2009

Secretary Janet Napolitano
Department of Homeland Security

U.S. Department of Homeland Security
Washington, DC 20528

Secretary Napolitano-

   I am writing you concerning a pervasive and unacceptable
sanctioned policy within the Department of Homeland Security of the sexual harassment of female traveler's
entering the United States. I have been informed by numerous female travelers coming to visite me in the United
States from Norway, Germany, and especially Canada that they are routinely harassed by male DHS inspectors. I
find the allegations completely credible due to the carbon copy stories from the females, and the profile of the
females- all attractive teen or near teen girls traveling alone. The harassment is so overt that it is impossible that
supervisors are not aware of it, do not witness it, and in fact sanction it.

   I have a substantial amount of both academic and field study experience in this area, and have personally
witnessed the practice by DHSemployees myself. This is should be addressed in the open without hesitation. It is
insulting to the female travelers, and also opens up US females to the retaliatory actions by the security personnel
of other countries-which I assure has happened. Certainly with all the alleged dangers facing Americans and the
gaping holes in border security at the various ports of entry, DHS does not have the luxury expending valuable
energy and tax payers money on sexually harassing female travelers.

   I thank you for your time and consideration and will await your reply.

Sincerely,

Jerome Almon

(Compare my letter to the CBS Border Agent rape/kidnap story, had I been listened to, these girls and women would not have been
raped.)

**RAPE AND SEXUAL ASSAULT**
http://www.cbsnews.com/news/u-s-border-patrol-has-a-sex-abuse-problem-says-whistleblower/

**SUPERVISOR-IT'S THE NORM**
http://time.com/3822487/tsa-sexual-assault-denver/

**EXCHANGE STUDENT SEXUALLY ASSAULTED BY TSA AGENT**
http://newyork.cbslocal.com/2015/08/28/tsa-agent-sex-assaultlaguardia-airport/

**CELEBRITIES**
(http://www.hollywood.com/celebrities/bar-refaeli-dwts-s-cheryl-burke-we-were-groped-by-tsa-57731018/)

          **LETTER FROM US SENATOR MIRRORS DHS INSULTING RESPONSE**
          —— Original Message ——
          Subject: Re: DHS RAPE/MURDERS-SCHOOL SHOOTINGS
          From: "Senator Debbie Stabenow" <senator@stabenow.senate.gov>
          Date: Wed, December 23, 2015 11:48 am
          To: <act@preactdontreact.com>

# United States Senate

U. S. Senator Debbie Stabenow
MICHIGAN

**Dear Jerome,**
**Thank you for contacting me about the reports of sexual misconduct and abuse by U.S.**
**Customs and Border Protection agents. I appreciate that you have taken the time to**
**communicate your views and concerns with me.**

**I share your concern about this issue. Should related legislation come before the U.S.**
**Senate for a vote, I will keep your views in mind, and share your thoughts on this issue with**
**my colleagues who serve on the Senate Homeland Security and Governmental Affairs**
**Committee.**

**Thank you again for contacting me. Please continue to keep me informed about issues of**
**concern to you and your family.**
**Sincerely,**



**Debbie Stabenow**
**United States Senator**

### U.S. Senator Debbie Stabenow
### The United States Senate • Washington, DC 20510
### stabenow.senate.gov


**THE WARNING**

---- Forwarded Message ----
From: "WEB.COMMENTS@customs.treas.gov" <WEB.COMMENTS@customs.treas.gov>
To: almonjer@yahoo.com
Sent: Thursday, September 20, 2001 9:40 AM
Subject: Detroit/Windsor security/GYR


Thanks for your message.  I am forwarding it onto the Security Team for investigation.

Customs/GYR


almonjer@yahoo.com (Jerome
Almon)                              To:      web.comments@customs.treas.gov, technical@customs.treas.
09/14/01 03:54 PM           gov
                                    cc:
                                    Subject:   U.S. Customs Website Comment.


Below is the result of your feedback form.  It was submitted by
Jerome Almon (almonjer@yahoo.com) on Friday, September 14, 2001 at 15:54:31
_____

email: almonjer@yahoo.com

subject-of-this-message: Detroit/Windsor Security

website_comments: I have had previous contacts with your office issues (specifically Bonnie Tischler).  I feel it is
necessary to reintroduce this information ( I will send a copy of thisinformation to US Senator Carl Levin.)  I have made
compliants against certain procedures and individuals at the Detroit/Windsor border crossing. I also corresponded with the
Canadian Minister for Immigration (Elinor Caplan) concerning the fact that even the supervisors at the Canadian border
do not understand much of the information they need to concerning legitimate vs. false documentation. (I unfortunately am
able to prove this point.) Meaning if say a person was on a wanted list -the Canadians often ask the person to interpret
the information.
Finally the Detroit/Windsor tunnel.  It is a disaster waiting to happen.  Since the US checks cars AFTER they have entered
the tunnel (as does Canada) -doesn't that defeat the objective of stopping a terrorist act in the tunnel?  The check should
happen before the tunnel is entered, and after-or the tunnel should be closed.

_____

REMOTE_ADDR: 24.131.62.95
HTTP_USER_AGENT: Mozilla/4.0 (compatible; MSIE 5.0; Windows NT; DigExt)

I originally warned a agent at a federal law enforcement entity of the threat on 9/11 and although he agreed I was correct,
he took no action, stating he didn't exactly know what to do regarding the information, and that he was quite frankly
stunned at the danger. Only when an individual drove through the tunnel with what appeared to be a bomb on his front
seat did the politicians take the matter up, as you will see with NYC.  The tunnel is in a far worse position than it was on
9/11 due to Detroit's economic collapse, the influx of more Middle Easterners into Canada, and
this http://www.reuters.com/article/us-detroit-tunnel-bankruptcy-idUSBRE96O0RT20130725.


(ALL OF THE STATEMENTS FROM THE POLITICIANS IN THIS ARTICLE ARE FROM MY CORRESPONDENCE TO
THEM. AT THE TIME THEY ALL STATED I WAS INSANE UNTIL BOMB ISSUE AFTER BOMB ISSUE OCCURRED)

Copyright 2002 Gannett News Service. All rights reserved. This material may not be published, broadcast, rewritten, or
redistributed.
Tighter security at border hits snag
Legal issues may block U.S., Canada checks before crossing
By Lisa Zagaroli / Detroit News Washington Bureau

    Comment on this story
    Send this story to a friend
    Get Home Delivery
    WASHINGTON -- Checking travelers between the United States and Canada

after they've crossed the border – which some liken to checking airline
passengers after they land – is being scrutinized by officials
concerned that bridges and tunnels could be vulnerable to attack.
Lawmakers are pressuring the U.S. Customs Service and Canadian
officials to come up with a decision this week on whether the countries
can swap inspection locations.

An alternative to paying a toll, crossing the bridge or tunnel, and
then being scrutinized by Customs officials once inside the other
country's territory is to do inspections before crossing.

Although the reverse inspection system is the only solution being
lobbied to enhance infrastructure safety, the two nations haven't agreed
on how to settle legal obstacles. An old idea revived by the Sept. 11
terrorist attacks, a revised system would involve numerous agencies in
both countries in the decision.

"This reverse clearance proposal has a number of sovereignty and
structure issues attached to it," said Michel Proulx, spokesman for the
Canada Customs and Revenue Agency in Ottawa.

"There are a lot of players involved in all of this. It's difficult
to get a sound, concrete answer. No one department or agency would be
able to say yes or no."

There's little to stop someone who wanted to damage the Ambassador
Bridge, Detroit-Windsor Tunnel, or even Detroit Metropolitan Airport, if
the crime is done before the perpetrator even gets to an inspection
point, critics say.

Besides the human safety concern, destroying any one of the
border-crossing points would do serious harm to the auto industry, one
of the United States' economic engines, and many other businesses that
rely on just-in-time delivery of material. Michigan had $70 billion in
trade with Canada in 2000.

**"Every time I drive through that tunnel, I expect something to
happen," said Jerome Almon, a Detroiter who drives to and from Toronto
at least twice a month.**

**"Osama bin Laden says the economy is what they want to attack, and
you cannot find a more decimating effect than that bridge or tunnel on
our economy. You will kill Detroit, it's over, goodbye. But think of the
effect on the rest of America."**

Firearms an issue

Aside from jurisdiction, the question of whether U.S. Customs agents
should carry firearms in Canada is of particular concern to Canadians.
Canada is known for being much less tolerant of guns than the United
States.

"Our Customs officers are not armed and at this point in time we
still feel there is no reason for them to be," Proulx said.

"We have a study going on right now to determine whether the tools
they have are adequate to do their jobs safely and with full security.
The U.S. (agents) are (armed) and definitely that would be one of the
snags in the issue."

The preclearance concept does have precedent. U.S. Customs agents
inspect U.S.-bound passengers at six Canadian airports so they don't
have to be routed through Customs once they arrive like travelers on
flights from every other country, said former Michigan Gov. James
Blanchard.

He spearheaded the "open skies" agreement when he was U.S. ambassador
to Canada.

The real stumbling block to doing this at bridges and tunnels will be
working out how much authority each side is given to enforce the other
country's laws, he said.

"You could always prevent (a suspicious passenger) from getting on
the plane," Blanchard said. "The question is who arrests them, can they
say 'I choose not to fly' then go home, or do we hold them?"

Sen. Carl Levin, D-Detroit, said he thinks all of the issues can be
worked out.

"The only impediment here is bureaucratic impediment," he said. "Even
though there's supposed to be an urgency after Sept. 11, there seems to
be some unnecessary foot-dragging."

Levin and Sen. Debbie Stabenow, D-Lansing, sent a letter to Customs
Commissioner Robert Bonner on Jan. 4, insisting on a progress report by
Friday.

"It is obvious that inspecting vehicles for dangerous contents such
as bombs or explosives after they enter our tunnels or cross our bridges
is inadequate," they wrote.

Customs spokesman Jim Michie said he wasn't sure when a decision
would be made on reverse inspections, but that it was being closely
studied.

Tighter local security

Local authorities say they've taken the steps they can to bolster
security.

Travelers who use the Detroit-Windsor Tunnel are no longer allowed
through unless operators are certain they can make to the other side
without backups, said Gordon Jarvis, president of the Detroit & Canada
Tunnel Corp.

"If there is an incident and you need to get out, there is space for
you to do so, and there are fewer cars in the tunnel at any one time,"
Jarvis said. "It also makes it much easier for us to identify when there
are incidents in the tunnel."

Jarvis said reverse inspections are a viable option at the tunnel,

despite the smaller queue area, compared to other crossing points like
the Ambassador Bridge.
The owners of the Ambassador Bridge have installed new lighting,
fencing and surveillance cameras, as well as armed security 24 hours a
day, said Dan Stamper, president of the Detroit International Bridge Co.
Stamper said the bridge company is paying for the extra security.
"We're not sure whose responsibility it is for the cost of security,
but we are not in the position to say it's not going to be done," he
said.
The bridge authority has completed plans showing that logistically,
preclearance can be implemented on an interim basis within 90 days,
Stamper said. In doing so, there would be the added bonus of huge
efficiencies in traffic flow.
"The current six lanes that cross the border, two at the tunnel and
four at the bridge, become traffic lanes and not parking lots," Stamper
said. "It increases the capacity of both the tunnel and the bridge, a
lot more than anything else we can do today."
Blue Water Bridge study
Bruce Campbell, the engineer manager of the Blue Water Bridge, said
the proposal is being examined as part of a long-term security review of
the span connecting Port Huron with Sarnia, Ontario.
With the Ambassador Bridge being the busiest U.S.-Canada entry point,
carrying 12 million vehicles a year, the economic implications for the
region are enormous.
"One 18-wheeler goes across that bridge every eight seconds," said
Carmine Palombo, director of transportation planning at the Southeast
Michigan Council of Governments.
The implications for the bridge and tunnel operators are significant
as well.
"They're all looking at an out-of-pocket expense they hadn't
anticipated," said Neil Gray, director of government affairs at the
International Bridge, Tunnel and Turnpike Association, which represents
toll agencies.
"Nobody wants to do a toll increase to reflect this, in fact I'm not
sure anyone has proposed one, but it's an issue we are all having to
think about."
Protecting airports is a concern as well, though most of the
attention has been on protecting aircraft against air piracy, Capt.
Duane E. Woerth, president of the Air Line Pilots Association, told
senators late last year.
Noting that airports in Rome and Vienna have been hit, Woerth said
he's worried terrorists could attack ticket counters, check-in
facilities and lines of passengers waiting outside.
Airlines, bridges and tunnels are experiencing lower traffic flow
because of leisure travelers concerned about terrorist risks.
**Almon, the Detroiter who travels to Toronto on business, said he's a
former combat engineer with the Army and he's concerned about how easily
a carload of explosives put together with store-bought material could
take out the bridge or tunnel.**
**"At the mouth of the Detroit tunnel sits General Motors headquarters,
a terrorist would get two for one with that," Almon said.**

The tunnel is even less protected now than when I first warned of the threat, the fact is there is NO
protection at the tunnel.

 I also warned NYC over and over at the same time, and as usual they did not listen until...

http://nypost.com/2010/11/30/path-tunnels-get-600m-ring-of-steel/


http://www.cbc.ca/news/canada/windsor/story/2012/07/12/wdr-windsor-detroit-tunnel-closed.html


https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=bomb%20in%
20detroit%20windsor%20tunnel

### THE RAMIFICATIONS OF THE SITE BEING ATTACKED
An example of a site that will certainly be attacked in 2016 would cause the following damage:
-10,000 dead minimum, my estimates put it at a likely 40,000-60,000
-Loss of $700 billion in trade overnight
-Loss of 10% of American jobs (due to the auto industry completely shutting down nation wide-both foreign
and domestic production)
-A stock market crash worse than 2008 (which of course would affect Europe, Australia, New Zealand, and
Canada
 (Cost of the bomb to destroy the tunnel and drown Detroit $3500 and although I warned the tunnel
corporation which is bankrupt, to take this information down over a decade ago, they have not

### TERRORIST HAD SITE AS TARGET

Ahmed Ressam, the Millennium bomber had the Detroit-Windsor tunnel, GM HQ, and the Ambassador
Bridge as his secondary targets if he could not reach LAX. Had he chosen either, he would have been 100%
successful and 9/11 would not be close to America's worst terrorist attack. https://www.fbi.gov/about-
us/history/famous-cases/millennium-plot-ahmed-ressam

**From:** Neal Belitsky <nbelitsky@dwtunnel.com>
**To:** 'Jerome Almon' <almonjer@yahoo.com>
**Sent:** Saturday, September 22, 2001 11:21 AM
**Subject:** RE: Tunnel Safety/Policy

Thank you.
We have had similar discussions on both sides of the border. Inspection is a
governmental policy set by Washington and Ottawa. The Tunnel Corporation as
well as local and federal agencies have enhanced security. As you can
expect, the nature of these are confidential.
Neal Belitsky
Director
-----Original Message-----
From: Jerome Almon [mailto:almonjer@yahoo.com]
Sent: Saturday, September 22, 2001 11:06 AM
To: nbelitsky@dwtunnel.com
Subject: Tunnel Safety/Policy


Dear Sir:

Two days ago I was interviewed by FOX News concerning
a matter involving safety and the Detroit/Windsor
tunnel. For the past year I have voiced my concerns
about issues at the Tunnel and Bridge to Minister
Elinor Caplan (Immigration Minister), Sen. Carl Levin
(Michigan), and US Customs. Among those issues were
several security concerns. Chief among the concerns
was that vehicles are searched only AFTER they have
entered and completely navigated the tunnel. Of course
this offers anyone with ill will to cause maximum
damage at minimum risk of being stopped.

I have re-contacted the governmental agencies (14
September 2001), and asked that this policy be changed
to a policy that mirrors current airport security.
That is, a physical search BEFORE vehicles enter the
tunnel (as airports require metal detector
examinations and baggage searches before boarding
planes), and the standard checks upon exiting the
tunnel.

My concerns come out of my experience as a combat
engineer/paratrooper in the US Army (explosives) and
as a Political Scientist that has extensive knowledge
of the Middle East and terrorism. It is my opinion
that with General Motors at the mouth of the Detroit
side and the added bonus that any breach in the tunnel
will flood downtown Windsor and Detroit, this must
have been looked at by terrorist entities. Further,
in the CBS broadcast of 48 hours 21 September 2001 it
was shown that terrorist have "mapped" out every
vulnerable and damaging target in NY/New Jersey on
video tape for possible actions. Tunnels were among
their major targets. Therefore, NY has embarked on
"terrorist proofing" the city. That is having
individual(s) drive the city and look at it through
the mind of a terrorist and create policies to thwart
possible attacks. In other words pre-act rather than
react. Finally, I hav ebeen informed that the Detroit
News is looking into this matter and US Customs (DC)
has turned the matter over to their security team. I
am seeking your support along with the Detroit
Chamber of Commerce, New Detroit, and Windsor
businesses to change this policy immediately.

Jerome Almon
248-569-0468

**From:** Richard Blouse <DBLOUSE@detroitchamber.com>
**To:** almonjer@yahoo.com

Workspace Webmail :: Print

**Sent:** Monday, September 24, 2001 12:33 AM
**Subject:** Re:

Thanks for your note and interest. We are aware of this danger and will look into your points immediately. Thanks agin for your interest.

>>> Jerome Almon <almonjer@yahoo.com> 09/21/01 04:42PM >>>
Mr. Blouse-
I am writing concerning a recent interview I had with
FOX News. The following are the facts:
1) For the past year I have corresponded with US
Customs (DC), the Canadian Minister for Immigration
(Elinor Caplan),and Senator Carl Levin's office
concerning issues that I have at the US/Canadian
border. The issue I am seeking support on concerns
the DETROIT/WINDSOR TUNNEL. I AM SEEKING A CHANGE IN
POLICY CONCERNING SEARCHES OF VEHICLES.

2) Vehicles are searched only AFTER they have entered
and completely navigated the tunnel. Equivalent to
allowing passengers of airplanes to board with baggage
WITHOUT any metal detector search or examination of
their property.

3) If that tunnel is breached (I am a former combat
engineer for the US Army and I know it would not take
much to do it)it will flood all of downtown Detroit
and Windsor (with GM at the foot of the US side this
has to be a prime target for any illicit activity in
this area). As a paratrooper/engineer and political
scientist I believe that the tunnel has been assessed
as a target. It provides maximum damage with NO risk
(because of the lack of a pre-check before entering
the tunnel).
4) I have received a reply form US Customs Security in
DC in the last 48 hours that they are assesing my
reccommendations. I would like the Chamber to join me
in changing policy (it doesn't matter how many guards
are at the border if they allow a terrorist free
access to the conduit) to the same as the airlines
have. A physical inspection of ALL vehicles prior to
entering the tunnel.

If you find my point(s) valid please contact at
248-569-0468.

**From:** "Wolfson, Marc" <Marc.Wolfson@fema.gov>
**To:** 'Jerome Almon' <almonjer@yahoo.com>
**Sent:** Friday, January 25, 2002 9:05 AM
**Subject:** RE: Canadian/US Border crossing Detroit

You can write to the Office of Homeland Security care of the White House:
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Their telephone number is 202-456-1700.

-----Original Message-----
**From:** Jerome Almon [mailto:almonjer@yahoo.com]
**Sent:** Thursday, January 24, 2002 3:34 PM
**To:** OPA
**Subject:** RE: Canadian/US Border crossing Detroit

Do you have an e-mail or regular address fo the office
of homeland security? Its website refers this matter
to you.
Jerome Almon
--- OPA <OPA@fema.gov> wrote:
> Recommend you raise Canadian/US Border crossing
> issues with:

> 
> 1. The U.S. State Department
> 2. The U.S. Department of Transportation
> 3. The U.S. Customs Service
> 4. The U.S. Border Patrol (Department of Justice)
> 5. The Office of Homeland Security
> 
> -----Original Message-----
> From: Jerome Almon [mailto:almonjer@yahoo.com]
> Sent: Friday, January 18, 2002 1:00 PM
> To: opa@fema.gov
> Subject: Canadian/US Border crossing Detroit
> 
> 
> Dear Sir or Madame:
> I am writing you concerning a matter of great
> importance to myself and the nation.  Since the
> early
> days of the September 11 attacks, I have informed
> U.S. Customs (D.C.)state, local, and Congressional
> representatives of the urgent need to correct a
> major
> deficiency at the US -Canadian border in Detroit.
> Initially my reccommendations were thought to be
> absurd-until an individual drove through the tunnel
> with a pipe loaded with bb's.  Now those who thought
> my ideas to be ludicrous, are now heralding the
> change. In interviews with FOX News and the Detroit
> News, I pointed out that automobiles are only
> searched
> AFTER they have entered and completely navigated the
> Ambassador Bridge and Detroit Windsor Tunnel. (This
> is
> the equivalent to searching passengers and their
> luggage after they have reach their destination-a
> disaster in the making.)
> Reasons this should be corrected ASAP:
> 1) $70 Billion dollars of trade crosses the 2 border
> points annually form Michigan.
> 2) There are detailed diagrams and information on
> both
> structures websites, giving a blue print to any
> would
> be terrorist.
> 3) A breach of the tunnel would result in Detroit
> and
> Windsor Canada being completely flooded. (How do you
> get the river out of both downtowns?
> 4) It would devaste the auto industry and severely
> hamper the US economy. (General Motors HQ is at the
> mouth of the US side.  I am sure you are aware of
> the
> testimony of Achmed Ressam concerning his
> organization's desire breach tunnels and destroy
> corporate entities-it's a 2 for 1.)
> 5) If the Ambassador Bridge is damaged, it would
> block
> shipping lanes also.
> 
> 6) I have traveled through the tunnel several times
> and the bridge, and I can tell you there is no
> security in any real sense there.  I was not even
> checked for identification.
> 7) Canadian officials DO NOT understand US legal
> documentation, and often seek for the individual to
> interpret it.  This should be corrected.
> What ever the cost of reverseing the inspections-it
> will be far cheaper than the looming security
> disaster.
> If I understand the goals of the Office of Homeland
> Security, it is to pre-act rather than react. This

Workspace Webmail :: Print

> is
> the most obvious case to invoke such a policy.
>
> Sincerely and Good Luck,
> Jerome Almon
>
>


**THE WARNING (was sent to top US Police Officials earlier in the year such as Bill Bratton)**
... (Dr. Zagar is my former professor, had he acted on the info Paris could have been disrupted)
———— Original Message ————
Subject: RE: JEROME FROM WAYNE STATE UNIVERSITY
From: <act@preactdontreact.com>
Date: Wed, October 21, 2015 11:44 am
To: "Mitja_Žagar" <mitja.zagar@guest.arnes.si>
Dr. Zagar-
Good to hear from you. I am sorry I just got to my email messages, I am working on several other huge projects that all come back to the migrant issue. I will have to hook up Skype, I don't know how it works to be honest.

The situation in the States is pretty dire. We are essentially at civil war with the country collapsing socially. All of the work that you and Dr. Feinstein did and your forecasts turned out to be 100% accurate. Simply put, America bet on the wrong people with the wrong plans and now we are getting our comeuppance.

I am against the re-settling of immigrants in the US or Europe, it will most certainly lead to more conflict in both areas and the Middle East. The only hope is establishing a safe zone in Syria and Iraq, which is as close to impossible as it gets considering the collapse of the basic structures and the radicalization of the factions. Electing George Bush was the worse event that has happened to the world since WWII. I will get on Skype and send you another email asap. I am moving to Berlin to work on a large social media project in the next 30-60 days. In the meantime I am sending these articles for your review concern my thoughts on the migrant issue. Would you to be able to attend a conference on the issue of the migrants and school shooter issues in Europe or the US with all expenses and a fee paid to you?


The other issue I am extremely concerned about is a threat that would end Detroit, cost America 2 million jobs in a week, and plunge the stock market to below 2008 and 911 levels. The Iran deal was done in part due to Iran has 40,000 agents in or at America's borders prepared to attack if Iran's nuclear facilities were attacked. That is the good news, the bad news is the Sunnis have 3X that many agents in the US and are preparing for their "Islamic Tet offensive." With Russia, out of necessity intervening in the Syrian/Iraq war and the US govt. giving behind the scenes approval for the Russian-Iranian-Alawite axis which will inevitably bring in Israel and the US the Sunnis will go after the US and Canadians on their own soil in a much more aggressive and massive way. My assessment is that the Chinese will be drawn into the war due the unrest with the Xinjiang Province and the Uighars. The Islamic State (IS) has spread throughout Central Asia and will take Afghanistan and defeat the Taliban in the end unless there is a "mass war event." It is my contention that Putin has decided to that. He cannot lose the Syrian-Iraq War, he cannot allow the IS to continue to grow in the Central Asian Republics, and Afghanistan, and he is not giving up China, and does not have the military resources nor money to fight a prolonged war. I believe Putin is planning to use a tactical/battle field nuclear weapon (NATO appears to be thinking that way on the Ukraine which is insane). Most of the intelligence guys that I respect believe that is the only way to stop the IS/Sunnis or to completely withdraw from the Middle East. What is your opinion?
Thanks-
Jerome


**FROM CANADA'S CIA (CSIS)**
*"Many Canadians may be surprised to learn that, with the exception of the United States, there are more terrorist groups active in Canada today than in any other country in the world."*

**VERIFICATION**
*http://www.torontosun.com/2013/01/23/algerian-terrorists-had-canadian-ties-eh*

(My numbers on the size of the networks mentioned are accurate I assure you. 2 other respected security/intelligence officers that have a proven track record of accuracy, agree with me. The messages I sent to US authorities were more detailed and were sent in the Spring of 2014, and the Spring and Summer of 2015.)

    **DR. ZAGAR BIO**
    **CV**
    https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=mitja%
    20zagar%20cv


    **INTERVIEW**
    http://www.huffingtonpost.com/john-feffer/could-the-yugoslav-wars-h_b_7620756.html


    **PUTIN STATEMENT ON NUCLEAR WEAPONS**
    http://www.express.co.uk/news/world/625465/Islamic-State-Russia-Vladimir-Putin-threatens-bomb-ISIS-
    nuclear-weapons


**THIS MESSAGE IS DUE TO MY CORRECTLY FORECASTING THE ISSUE, AS YOU CAN SEE THE MP APOLOGIZED DUE TO THE PRIME MINISTERS ORDERS**

---------- Forwarded message ----------
From: **Minister of Transport, Infrastructure and Communities / Ministre des Transports, de**

l'infrastructure et des Collectivités <MINTC@tc.gc.ca>
Date: Thu, Oct 13, 2011 at 1:24 PM
Subject: Proposed construction of a new bridge
To: "almonjer@gmail.com" <almonjer@gmail.com>
Cc: "cims_oper@pm.gc.ca" <cims_oper@pm.gc.ca>


Mr. Jerome Almon
almonjer@gmail.com


Dear Mr. Almon:

Thank you for your correspondence of July 18, 2011, regarding the proposed construction of a new
bridge between Detroit and Windsor. Please accept my apologies for the delay in replying.

The Detroit River International Crossing, also known as the New International Trade Crossing, is a
top infrastructure priority for the Government of Canada. This being the case, the Government of
Canada continues to work collaboratively with the State of Michigan and the U.S. federal
government to secure passage of the necessary legislation to authorize the construction of the new
bridge. To this end, Canada offered $550 million to cover the costs of project components in
Michigan to facilitate passage of the authorizing legislation by the Michigan legislature. As well,
Budget 2011 contained a commitment to fund 50% of the capital costs of the Windsor–Essex
Parkway. I am pleased that the Province of Ontario has moved ahead with construction of the
Parkway. This is a good time to enter into large projects, given low interest rates and sufficient
capacity in the construction market to undertake a project of this magnitude.

The Government of Canada believes in a competitive transportation system that supports
economic growth and prosperity through the efficient and secure movement of goods and people
across the Canada–U.S. border. As such, other border operators, including the Ambassador
Bridge, will continue to play an important role in cross-border trade and traffic in the Windsor–
Detroit region. The Government of Canada is committed to advancing a new Detroit River bridge
in partnership with the State of Michigan and the Government of the United States.

Again, thank you for writing and for providing me with your comments.

Yours sincerely,


                            Denis Lebel, P.C., M.P.

c.c.     Office of the Right Honourable Stephen Harper, P.C., M.P.
Prime Minister




-------- Original Message --------
Subject: FW: NEW WINDSOR-DETROIT BRIDGE
From: <brian.masse@parl.gc.ca>
Date: Fri, December 14, 2012 3:38 pm
To: <jma@aroundtheworldinaflash.com>

Dear Jerome,

I want to thank you for your email and please accept my apologies for the delay in responding to
your message. I think we can both agree that the result of the referendum insofar as Proposal 6 is
concerned was tremendous.

I appreciate your willingness to contribute constructively to this process. I look forward to working
with you to ensure that the new public crossing connecting Windsor-Detroit is a state of the art
crossing that simultaneously meets the needs of the North American economy as well as being an
asset for the region.

Sincerely,

Brian Masse MP


**BRIAN MASSE M.P. (Windsor West)**
Member of Parliament (Windsor West) | Député (Windsor-Ouest)
New Democratic Party | Nouveau Parti démocratique

tel/ tél.: (613) 996-1541/ (519) 255-1631 | fax/ téléc.: (613) 992-5397/ (519) 255-7913
www.brianmasse.ca
ndp.ca | npd.ca
images images (2)

*Confidentiality Warning: This message and any attachments are intended only for the use of the intended recipient(s), are confidential, and may be privileged. If you are not the intended recipient, you are hereby notified that any review, retransmission, conversion to hard copy, copying, circulation or other use of this message and any attachments is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, and delete this message and any attachments from your system. Thank you.*

*Information confidentielle: Le présent message, ainsi que tout fichier qui y est joint, est envoyé à l'intention exclusive de son ou de ses destinataires; il est de nature confidentielle et peut constituer une Information privilégiée. Nous avertissons toute personne autre que le destinataire prévu que tout examen, réacheminement, impression, copie, distribution ou autre utilisation de ce message et de tout fichier qui y est joint est strictement interdit. Si vous n'êtes pas le destinataire prévu, veuillez en aviser immédiatement l'expéditeur par retour de courriel et supprimer ce message et tout document joint de votre système. Merci.*

## I TURNED DOWN THIS DOCUMENTARY DUE TO THE POTENTIAL HARM TO AMERICA (I WAS PURSUED DUE TO MY CORRECT PREDICTIONS REGARDING TERRORISM)

On Fri, 10/20/06, bayly@.de <bayly@.de> wrote:
From: bayly@.de <bayly@w.de>
Subject: FW: jerome almon
To: almonjer@yahoo.com
Date: Friday, October 20, 2006, 3:42 PM

hey jerome... how ru doing? well, received the following e-mail today.... tell me if i should give him the contacts he wants or if u wanna do it urself... my mom is here for 4 days.. been to jazz concert yesterday and will go to branford marsalis concert 2morrow... its jazz too.... and right now just got back from the adidas store... man i am adidicted ;) cant go there without buying smth... even when i am broke just like right now... well, hope to hear from u...
(I refused to do the documentary below for the same reasons certain entities need to police themselves better.)
Von: *scott corben*
Gesendet: 20.10.06 12:41:27
An: bayly@.de
Betreff: jerome almon

Hi Katja,

I got your contact details from Marie at Freemuse in Denmark. My name is
Scott Corben and I am a producer with Al Jazeera Television in London.

I am researching a piece on soldier in the United States and
I am really keen to speak to a guy called Jerome Almon. I believe he is based in Detroit. Maries tells me that you may
have some way of contacting him. If you have an up to date email or phone number I'd really appreciate it.

Look forward to hearing from you

best regards,

Scott

Producer/Director "Top Secret"
Al-Jazeera Satellite Channel Ltd
7th Floor Westminster Tower
3 Albert Embankment London SE1 7SL
Switchboard: +44 (0) 207 820 4820
Fax: ++44 (0) 207 820

## WARNING TO AIRLINE INDUSTRY THAT FORESAW BRUSSELS ATTACK

——— Original Message ———
Subject: THE THREAT OF TERRORISM TO THE TRAVEL INDUSTRY AND CORRECTIONS
THAT MUST BE MADE
From: <act@preactdontreact.com>
Date: Sun, November 29, 2015 7:59 pm
To: president@apfa.org, Nancy.Rivard@airlineamb.org,
public-comment@alliedpilots.org, PMcisaac@americanpilots.org,
comm.chair@alliedpilots.org
Cc: communications@apfa.org
Sir or Madam: I am forwarding the following information sent to first responders, due to its application to your industry. To be direct, I have warned your union several times since 9/11 of these very threats, and the actions of the leadership has not matched the threat. Unfortunately, this is the same conduct of law enforcement and political leadership regarding what is now a catastrophic situation. That is, the industry will suffer huge losses in both personnel and revenue due to the lack

of taking prudent steps to pre-act rather than react to obvious threats. The only hope in negating or minimizing the threat is for the travel, hotel, and tourism industries along with the pilot and flight attendant unions (and their allies) to join forces and seek to have necessary security and industry support measures put in place without political consideration. The needed measures must be completely based on the real world security and economic threat that exists, and is getting worse by the minute. The losses France and Belgium are suffering are just the beginning, and minor in compared to an Egypt Air or Russian Sharm El Sheikh incident in North America or Europe. I assure you, the threat is far worse than is known even to most of the law enforcement community. Sincerely,Jerome Almon
**ECONOMIC IMPACT**

http://www.dailymail.co.uk/news/article-3338173/Terror-attacks-Paris-means-visitor-numbers-Europe-tumble-France-lost-1-4bn-tourism-revenue.html

http://www.dailymail.co.uk/news/article-3338512/EU-leaders-agree-Turkey-2-1billion-help-tackle-migrant-crisis-tighten-security-borders.html

**UNADDRESSED THREATS TO YOUR INDUSTRY**
-Foreign pilots compromised by ISIS or Al Qaeda committing an act similar to the pilot of Egypt Air 990 at an airport, city, or against another passenger airliner -An attack on airports using car/truck bombs and suicide bombers/shooters against shuttle buses and the non-secure areas of the airport such as ticketing -Compromised airport personnel (this is worse than is indicated here)

http://www.nydailynews.com/news/world/isis-terrorist-minneapolis-worked-major-american-airport-report-article-1.1925924

http://www.express.co.uk/news/world/622702/easyJet-Paris-attacks-France

https://www.rt.com/news/323811-paris-airports-fired-radicalization/

**CIA/FBI/SCOTLAND YARD CONTACTS**

(Sent to through CIA website)
From: Jerome Almon <the313@hotmail.com>
To: almonjer@yahoo.com
Sent: Sunday, March 11, 2007 2:55 PM
Subject:

I am formally informing the CIA of a phone call I received between 6 and 8 March from the UK from an individual that made certain statements concerning 9/11 and the London bombings that were "uncomfortable." The individual contacted me under the guise of discussing a music industry issue-but 99% of the conversation were very vehement statements in support of the 9/11 bombers and London bombers and against the US/UK govts. This person stated he would send me an email regarding certain music issues-which never occurred-which was odd since he was seeking a contact from me allegedly. The call was intitiated due to certain web based info.
Good luck.

From: Jerome Almon <almonjer@yahoo.com>
To: washington.field@ic.fbi.gov
Sent: Tuesday, May 1, 2007 7:18 PM
Subject: Phone Call/ Info

Sir or Madam: (I could not email the Detroit Office -so I am passing this info on.) I am contacting you concerning a phone call I received in March from the UK for the following reasons:

-The caller was an adamant supporter of the 9/11 bombing and 7/7, bombings in London, that is that they were justified

-The caller mentioned he had been in Pakistan recently and was of Pakistani origin
-The caller state he wanted to stage music events to support certain political groups/aims
-The caller's attitude and tone was beyond the "normal" talk
-Due to certain circumstances I may be receiving more of these calls/ contacts and they are of course unwelcome.

The contacts I am receiving are a result of an Al Jazeera editorial taken out of context. I have been contacted by Al Jazeera regarding an interview (from late 2006) and am of the belief my name is circulating in certain circles in an erroneous fashion that is certain to lead to future such contacts. Considering the recent revelations regarding the recent convictions of several Jihadist in London with similar backgrounds and philosophy, I thought it relevant to pass on the info on this contact. The number the call came from may have been 411 465 23000 -likely a phone card.
Thank you and if I can be of any further help do not hesitate to let me know.
Jerome Almon
313 459 2801

On Saturday, June 30, 2007 11:42 AM, "mailbox.internet@met.police.uk" <mailbox.internet@met.police.uk> wrote:

Thankyou for your email, you can pass the info via this email address and we will forward to the Anti-Terrorist Dept.

Email Office
New Scotland Yard

-----Original Message-----
**From:** James Ford [mailto:bam131311@yahoo.com]
**Sent:** 30 June 2007 16:39
**To:** DCC10 Mailbox - Internet Mailbox
**Subject:**

**Sir/Madam-**
**I would like to pass a piece of info on to your department regarding an**
**unusual phone call from the UK to myself in the US regarding 7/7 (not an**
**emergency situation) in March/April.**
**Thanks**

**From:** Jerome Almon <almonjer@yahoo.com>
**To:** CTSHIELD@NYPD.org
**Sent:** Wednesday, August 15, 2007 7:04 PM
**Subject:** INFORMATION REGARDING HOMEGROWN TERRORISM RECRUITMENT TOOL

Sir or Madam (I have included documents and articles as verification and background
purposes.)

As- I stated in my phone call to the NYPD Shield Dept- I passed this info on to the
FBI and Scotlandyard, unfortunately I do not think I was properly debriefed in
relations to the matter. I am passing on this information due to it being my duty
as an American citizen, and I believe the situation warrants a warning.

## Issue: HIP HOP/RAP MUSIC BEING USED TO RECRUIT HOMEGROWN TERRORISM
**Don't believe it? Examine the words to the song that plays on this**
**page and the overall philosophy of this page.**
http://profile.myspace.com/index.cfm?fuseaction=user.
viewprofile&friendid=18166546
**I received a phone call from the UK in March of 2007 from an**
**individual proporting to be a promoter that I had contacted via**
**myspace. The conversation from the individual was 99% "jihadist"**
**in nature- point blank I was being felt out for recruitment (the**
**reasoning is in the Al Jazeera contact below and a story that**
**appeared on Al Jazeera concerning me-completely out of context).**
**The individual mentioned he had recently been to either**
**Afghanistan or Pakistan and his verbal attacks on the West was**
**not a case of bluster but very serious- I am very capable of**
**distinguishing between the 2 as my background will indicate.**

**RECOMMENDATION: I would just bring the issue out into the open-**
**it would educate the public and eliminate this potentially ripe area**
**of recruitment. NYC's decision to warn of homegrown terrorism in**
**the frank manner that it did today is the correct way to go-and this**
**issue falls equally into this area. I have no confidence that**
**bureaucrats in either London or DC will pre-act, but will only react**
**in such matters as has been proven to be the case. And as you**
**know NYC will likely suffer the brunt of the damage if the**
**recruitment plan is successful/has been successful to any degree.**
**(Of course African Americans will and are being particularly**
**targeted and this is of course a personal issue with me.)**

**Keep in mind in a book I wrote from 11 September 2001 -**
**November 2001 I predicted several incidents that have come to**
**pass:**
**-That the next wave of terrorism would be from citizens of**
**Western countries (Madrid/London/India/attempts in the US)**
**-That the Tunnel at the Detroit/Windsor Border would be targeted**
**(and others like it as a NY Times story from 2006 "revealed" that**
**the tunnels there were extemely vulnerable -and in the debriefing**
**of Achmed Ressam he stated circa 2004 his secondary targets**
**were bridges/tunnels/corporate HQ's)**

**These are not the only times I have been right- although initially I**
**was told my idea of "reverse inspections" at the US/Canadian**

border was a ridiculous idea-it has now been adopted partially as of 2005/2006 as indicated on the Detroit/Windsor tunnel's official site.
**Brief Bio:**
**-Desert Storm Veteran/Translator (I spoke working Arabic at the time)**
**-Decade+ experience with Arabic student institutions and the mindset consistent with homegrown terrorist**
**-Studied Political Science under some of the best minds in the area of terrorism/international politics**

**Jerome Almon**
**313 459 2801**

## CANADA CASE

• Jerome Almon
I'm outta here @ 5. Call me Monday. I know you are a tough customer but I want to make it simple.

*Matthew Casey Fleming*

Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:282
*The email is UNCLASSIFIED based on the definitions provided in Executive Order 12958*

-----Original Message-----
**From:** Jerome Almon [mailto:almonjer@yahoo.com]
**Sent:** Friday, December 02, 2005 1:48 PM
**To:** Fleming, Casey M
**Subject:** RE: Entering Canada
**Only fiction has to make sense, all of this over arrogance-just like Vegas-and here it is 7 years later and they are still trying to pay me off after paying me off for another debacle that is 2 of the 3 issues coming up along with the Toronto casino.**
**Mr. Fleming-**
**Thank you - are you aware that a member of the State Dept (Evelyn Wheeler) has all the information on my case? If you need more info-most of it I can fax/e-mail to you. I am not at home at the moment and did not bring my cell phone with me- what is the latest I can call you?**
**Thank You-**
**Jerome Almon**

*"Fleming, Casey M" <flemingmc@state.gov>* wrote:

You and your problem entering Canada.
*Matthew Casey Fleming*
Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:282
*The email is UNCLASSIFIED based on the definitions provided in Executive Order 12958*

-----Original Message-----
**From:** Jerome Almon
[mailto:almonjer@yahoo.com]
**Sent:** Friday, December 02, 2005 1:10 PM
**To:** Fleming, Casey M
**Subject:** Re: Entering Canada

**Mr. Fleming-**

I will give you a call late today. May I
ask what this is concerning please.
Thank You
Jerome Almon
248 569 9298

"Fleming, Casey M"
<flemingmc@state.gov> wrote:

Can't get you by phone so give me a call
when you get a chance.

Matthew Casey Fleming
Special Consular Services
American Citizen Services
American Consulate General,
360 University Avenue,
Toronto, Canada M5G 1S4
(416) 595-1700 ext:1-282
The email is UNCLASSIFIED based on
the definitions provided in Executive Order
12958

## CANADA'S ADMISSION OF RACISM

http://www.theglobeandmail.com/news/national/youth-
violence-tied-to-racism-report-says/article1066333/


http://www.cbc.ca/news/canada/end-racial-profiling-ontario-
commission-1.401570


http://www.macleans.ca/news/canada/out-of-sight-out-of-mind-2/


### BIO

-I am a university lecturer/expert on domestic violence, international politics, terrorism, and urban
crime. I worked under global experts Dr.'s Mitja Zagar (Slovenia and co-author of their
Constitution/Syrian refugee & security expert/Top EU negotiator), Otto Feinstein head of the Urban
Agenda and author of Ethno-Development, Richard Mansbach-CIA consultant, and worked at the
University of Toronto on the Delphi Project out of Belgium. I have been the target of an Al Jazeera
documentary due to my correct predictions as well as featured on the front page of the most visited
Jihadist website on Earth for a decade.

-1 year tour in the first Iraq War, am a paratrooper, combat engineer (explosives expert, featured on
A&E for saving my unit's mission during combat, and awarded directly from the Pentagon for
saving my task force's mission), was drafted as a translator during the war and POW camp
designer, taught my brigade basic Arabic language, numerals, and history.

Download

Copyright © 2003-2018. All rights reserved.