UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JEROME ALMON,

       Plaintiff,

vs.

NEW YORK TIMES, et al,

       Defendants

**CIVIL ACTION NO.**

**3:18-CV-92-TCB**

## JUDGMENT

The court, Honorable Timothy C. Batten, Sr., United States District Judge, by order signed on November 6, 2018, having dismissed this action, it is

**Ordered and Adjudged** that the plaintiff takes nothing and the action be, and the same hereby is **dismissed as frivolous.**

Dated at Atlanta, Georgia, this 6th day of November, 2018.

James N. Hatten, Clerk

By: s/Robin Harlan
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 6, 2018
James N. Hatten, Clerk

By: s/Robin Harlan
    Deputy Clerk