Jerome Almon
113 South Dogwood Street
Villa Rica, GA 30180

Return to Sender

NIXIE  302  FE 1  0011/15/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

N METRO
06 NOV '18
PM 3 L

3:18CV92

Hasler
FIRST-CLASS MAIL
11/06/2018
US POSTAGE $000.47⁰

ZIP 30263
011D11653040